# EXHIBIT B

```
1            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION

3   BRAD SANDEFUR,                    )
                                      )
4          Plaintiff,                 )
                                      )
5       vs.                           )   17-CV-2048
                                      )
6   SHERIFF OF COOK COUNTY            )
    THOMAS J. DART, in his            )
7   individual and official          )
    capacity as Sheriff of Cook       )
8   County, Illinois; COUNTY OF       )
    COOK, a unit of local            )
9   government; ROBERT EGAN, in       )
    his individual capacity;          )
10  NATHAN CAMER, in his              )
    individual capacity; DANA         )
11  WRIGHT, in her individual         )
    capacity; and JEFFREY             )
12  LANGE, in his individual          )
    capacity,                         )
13                                    )
           Defendants.                )
14

15           The deposition of BRAD SANDEFUR, called

16  by the defendant for examination, pursuant to

17  notice, and pursuant to the rules of Civil

18  Procedure for the District Courts of the United

19  States, taken before Loretta K. Adams, a Notary

20  Public and Certified Shorthand Reporter within

21  and for the County of Cook and State of Illinois,

22  at 206 South Jefferson Street, Suite 100,

23  Chicago, Illinois, on the 5th day of June, A.D.,

24  2018, at 10:00 o'clock a.m.
```

Page 1

```
 1        A P P E A R A N C E S
 2   PRESENT:
 3
 4       MS. ELIZABETH FLEMING
 5         HERBERT LAW FIRM
           206 South Jefferson Street
 6         Suite 100
           Chicago, Illinois  60661
 7         (312) 655-7660
           elizabeth.fleming@danherbertlaw.com
 8
           appeared on behalf of the Plaintiff;
 9
10
11       MR. LYLE KEVIN HENRETTY
12         OFFICE OF THE
           COOK COUNTY STATE'S ATTORNEY
12         69 West Washington Street
13         13th Floor
           Chicago, Illinois  60602
14         (312) 603-1426
           lyle.henretty@cookcountyil.gov
15
           appeared on behalf of the Defendants.
16
17
             *     *     *     *     *
18
19
20
21
22
23
24
```

Page 2

```
 1              I N D E X
 2            Brad Sandefur
 3
 4
 5
 6
 7   EXAMINATION BY              PAGE:LINE
 8   Mr. Henretty                    4:1
 9   Ms. Fleming                  181:14
10   Mr. Henretty (Further)        191:3
11
12
13
14   EXHIBITS                   PAGE:LINE
15   Deposition Exhibit
16   No. 1                        25:15
     No. 2                        63:5
17   No. 3                        90:5
     No. 4                        93:18
18   No. 5                        99:15
19   No. 6                       107:16
     No. 7                       121:16
20   No. 8                       135:1
     No. 9                       139:12
21   No. 10                      151:16
     No. 11                      154:11
22
23
24
```

Page 3

```
 1              (Witness sworn.)
 2            BRAD SANDEFUR,
 3   called as a witness herein, having been first
 4   duly sworn, was examined and testified as
 5   follows:
 6              EXAMINATION
 7   BY MR. HENRETTY:
 8      Q.  Good morning, Mr. Sandefur.
 9      A.  Good morning.
10      Q.  Please state and spell your last name for
11   the record, sir.
12      A.  My name is Brad Sandefur.  S-a-n-d-e-f-u-r.
13      Q.  Let the record reflect this is deposition
14   of Brad Sandefur, taken pursuant to notice, the
15   Federal Rules of Civil Procedure, and all
16   applicable local rules.
17          Mr. Sandefur, just before we started I
18   introduced myself.  My name is Lyle Henretty.
19   I'm with the State's Attorney's Office, and I'm
20   here on behalf of the sheriff.  Have you ever had
21   your deposition taken before?
22      A.  Yes.
23      Q.  About how many times?
24      A.  Twice, I think.
```

Page 4

```
 1      Q.  So you've probably heard these rules
 2   before, but I have to go over them to make sure
 3   we're all on the same page.
 4          Because we have a court reporter here,
 5   I'll be asking you a series of questions, and you
 6   have to answer out loud.  Do you understand that?
 7      A.  Yes.
 8      Q.  The court reporter can't take down a nod of
 9   the head, uh-huh or uhn-uhn, so I ask that you
10   answer using words and out loud.  I'll try to
11   remind you if you forget.  People do forget and
12   I'm not trying to be rude, I just want to make
13   sure that we have a clean record.  Does that make
14   sense?
15      A.  I understand.
16      Q.  On those same lines, because we want a
17   clean record there will be times where you'll
18   probably anticipate where I'm going with a
19   question and you may probably be right, but I
20   just ask that you let me finish the question
21   first before you start answering so the court
22   reporter can get a clean record.  Is that fair?
23      A.  Yes.
24      Q.  I don't expect this to take all day.  I'm
```

Page 5

### Brad Sandefur
### June 5, 2018

1  sure your attorney has told you that I'm entitled
2  to seven hours minus the fifteen minutes I was
3  late, but I don't expect that this will take the
4  full time.
5        This will take some time, so if you
6  need a break at any point, use the restroom, just
7  step out, have a drink of water, please just let
8  me know and we'll let you take a break; is that
9  okay?
10       A.  Yes.
11       Q.  The only thing I would say is if there's a
12 question pending, I would ask you to finish the
13 answer before we take the break.
14       A.  Okay.
15       Q.  And I'll try not ask my questions so fast
16 that you won't have time to get there and ask for
17 a break.
18       And I have to ask this at all
19 depositions, so please don't take any of these
20 questions personally.  Are you on any medications
21 that would prevent you from being able to answer
22 fully and truthfully today?
23       A.  I am on medications, but it will not
24 prevent me from answering questions.

*Page 6*

1        Q.  I see that you have a broken wrist, is it a
2  pain medicine?
3        A.  Yes.
4        Q.  What's the medication?
5        A.  Tramadol.
6        Q.  How much, what's the dosage?
7        A.  One or two, and I don't know what the size
8  of the dose is.  If you really need to know I've
9  got the bottle right here.
10       Q.  If you don't mind.  50 milligrams, and
11 you're allowed to take up to two pills every four
12 to six hours.
13       Thank you.  While I'm asking you
14 questions, if at any point you don't understand a
15 question that I'm asking, please ask me to
16 rephrase it and I'm happy to do so.  Is that
17 okay?
18       A.  Yes.
19       Q.  And I will assume if you answer a question
20 that you feel like you understood it; is that
21 fair?
22       A.  Yes.
23       Q.  Okay.  You said you've given two
24 depositions before.  What was the context of the

*Page 7*

1  first deposition that you gave, what was the
2  deposition for?
3        A.  I have no recollection.  They were sheriff
4  cases that someone thought I might be involved in
5  or have some knowledge of.
6        Q.  Those are the cases that you mentioned that
7  were due to your role as an employee of the
8  Sheriff's Office?
9        A.  Yes.
10       Q.  Do you remember whether those cases were
11 brought by inmates?
12       A.  One was, and the other one I don't recall.
13       Q.  The one that was, do you remember who
14 brought the case?
15       A.  I do not.
16       Q.  Have you ever testified in a courtroom?
17       A.  Yes.
18       Q.  About how many times?
19       A.  I can only tell you at least once.
20       Q.  Is that one of the cases that we were just
21 talking about?
22       A.  No.
23       Q.  Under what circumstances were you
24 testifying?

*Page 8*

1        A.  I arrested a child molester.
2        Q.  You were the arresting officer or was
3  that --
4        A.  Yes.
5        Q.  Was that inside of the jail?
6        A.  No.
7        Q.  Where was it that you testified?
8        A.  I arrested him in Chicago at a retail
9  store.
10       Q.  Do you remember when that was?
11       A.  I do not.
12       Q.  Do you remember roughly the decade?
13       A.  Possibly late '90s.  I can't swear that
14 that's accurate.
15       Q.  And that's all I'm asking is to the best of
16 your memory.  If you don't remember entirely,
17 please say I don't remember or I don't know, and,
18 you know, no one will hold you to it.
19       To your memory as you sit here today
20 that's the only time you've actually testified in
21 court?
22       A.  Criminally, yes.  I forget, I've testified
23 in a civil cases.
24       Q.  And what was that civil case?

*Page 9*

3 (Pages 6 to 9)

A. Custody case for my child.
Q. **For your own --**
A. For one of my children, yes.
Q. **Your own personal custody case?**
A. Yes.
Q. **And when was that?**
A. Let's see here. She would have been about 5, so it would have been 199 -- I have to get it straight in my head here. It would have been -- I can't recall now. I get birth dates screwed up. Give me a second. So I guess it would have been around 2000.
MR. HENRETTY: Now I'm going to get a little bit into your background. And I'm saying this to you as well as your counsel. Because you worked at Cook County Jail I'm not going to do what I normally do like ask for your address and things like that. There's no reason for that to be in the record.
Assuming Counsel is agreeable to producing Mr. Sandefur at trial or at any other time that it would be necessary in the case?
MS. FLEMING: Right.

Page 10

BY MR. HENRETTY:
Q. **So with that said, while I'm not asking for your current address or anything of that nature, I will ask you if you currently live with anyone?**
A. Yes.
Q. **Who do you currently live with?**
A. I live with my wife Nancy Beth, my sister-in-law Janet Brill, my youngest daughter Kelsey, and my adopted son who is my biological grandson Dillon.
Q. **Did you live with all of those people -- we'll be talking about a couple of different time frames today so it gets confusing sometimes.**
**So the bulk of what we're talking about in this case, at least the specific instance was in 2015. So during 2015 did you live with all of these same people?**
A. I did.
Q. **To extent that it gets confusing or you need clarity as to what time period we're talking about please feel free to ask me, and I might do the same to you by saying 2015 versus the present versus any time before 2015, okay?**
A. Okay.

Page 11

Q. **Talk a little bit about your educational history. Do you have any post-high school education?**
A. I do.
Q. **Starting with the first place you went after high school, would you work through your educational background.**
A. I went to Oakton Community College where I received an associate's with honors in law enforcement --
Q. **Oakton, you said?**
A. Oakton Community College, where I received an AAS with honors in law enforcement. I then went to Roosevelt where I got a criminal justice degree, graduated again with honors.
And I'm currently enrolled at Liberty University and I am four classes away from having my master's degree.
Q. **And what would your master's be in?**
A. Criminal justice with a forensic psychology component.
Q. **Is that all of the higher education that you've had?**
A. Well, technically we get sent every year to

Page 12

community colleges for our in-service and we get college credits for that, so I also have college credits from Triton and Moraine Valley. But I never officially attended there, it's just as part of our in-service training.
Q. **In-service training through the --**
A. Sheriff's Department.
Q. **Was that from Cook County Jail, you'd go as a Cook County Jail employee or was this for everyone at the Sheriff's Department, if you know?**
A. Everyone in the Sheriff's Department has to go to in-service once a year.
Q. **How long is in-service?**
A. 40 hours a year.
Q. **Is it all at the same time or do people go at different times?**
A. Well, you go in groups all at once. But I should also clarify that they have changed it. Now you go to three days and your other 16 hours of in-service is done through computer videos.
Q. **And do you do that on site at work or do you --**
A. It's at work.

Page 13

4 (Pages 10 to 13)

**Brad Sandefur**
**June 5, 2018**

**Q.** As far as your work history is concerned, where are you currently employed?

**A.** I'm currently employed as a deputy sheriff sergeant, a CO-2, which means I'm assigned to the correctional department. I'm specifically in charge of the transportation unit on the afternoon shift, 1200 to 2000.

**Q.** How long have you been in charge of transportation on the afternoon shift?

**A.** Let's see. I've been there I guess now for five years, although it may be only four. And I shared that responsibility with another sergeant until he promoted -- until he was promoted to lieutenant and left the unit, and then I became the shift commander at the time. I can't recall specifically when that occurred.

**Q.** Do you think it was sometime in the last four or five years?

**A.** Yeah, it was definitely within the last four or five years. I've only been there that long. It would be, like I said, probably the last three years.

**Q.** So prior to being the first or second in command for the transportation in the afternoon,

are you still at Cook County Jail?

**A.** Yes, I've been there for 29 years.

**Q.** What did you do before that?

**A.** Before the transportation unit?

**Q.** Yes.

**A.** I was part of external operations, two years with external operations. They take care of the exterior of the jail, outlying hospitals, patrol around the jail and some transportation needs.

**Q.** When you say take care of, you mean security?

**A.** Yeah, they're responsible for security.

**Q.** And I didn't ask you about transportation. What are your duties as the head of transportation?

**A.** The transportation unit is a street unit, their main responsibility is the transportation of prisoners to and from various locations. Occasionally we pick up new suspects or people who have been arrested on warrants.

We are also responsible for backing up street units and responding to citizen requests for police assistance.

**Q.** When did you become a sergeant?

**A.** December 22, 1996.

**Q.** So you were a sergeant for the external operations and transportation the whole time you were there?

**A.** Yes.

**Q.** Prior to external operations what was your job title?

**A.** Sergeant. But where I was assigned, is that what you're --

**Q.** Correct, my fault. Where were you assigned?

**A.** Central kitchen.

**Q.** What was your role in the central kitchen?

**A.** To ensure that food went to all of the divisions for the detainees.

**Q.** How many officers were you supervising when you were in the central kitchen?

**A.** I don't recall, it would just be a guess. It was like 10 or 15.

**Q.** Were you also supervising -- strike that. Did inmates also assist in this transporting food or delivering food?

**A.** Yes.

**Q.** About how many inmates were you supervising, if you remember?

**A.** It was usually two inmates per food cart, so two inmates per division. Well, one division would deliver to more than one division, so I can only give you a guesstimate.

So I would say, well, it was like about ten detainees that went to the divisions, but then we had another 25 or 30 that worked in the kitchen area washing dishes, slicing baloney, things like that.

**Q.** What was your assignment prior to central kitchen?

**A.** Division 1, maximum security division.

**Q.** How long were you in Division 1?

**A.** Seven years I think.

**Q.** Do you remember what year you started there?

**A.** I think it was about 2007.

**Q.** What were your duties in Division 1?

**A.** I was supervisor on the midnight shift. My duties were whatever my captain assigned me to at that time, which could vary.

Basically I was in charge of one

1    section of Division 1.  Sometimes if I was the
2    only sergeant I would be in charge of everything,
3    overseen by the lieutenant or captain.
4        **Q.  Prior to Division 1 what was your**
5    **assignment?**
6        A.  I was a supervisor in the records office.
7        **Q.  What were your duties in the records**
8    **office?**
9        A.  Wow, that was a lot.  We had to get the
10   courts out, we had to make sure warrants were --
11   okay, basically we prepared the court call and we
12   made sure that court dates and all detainee
13   records pertaining to court dates, warrants,
14   current court cases were kept up to date and that
15   information was entered into the computers.
16       **Q.  About how many officers were you**
17   **supervising as a sergeant when you were there?**
18       A.  Clarification for you, we did not have
19   officers, it was civilians.
20       **Q.  Okay, how many civilians?**
21       A.  Again don't know for sure, but I believe it
22   was around 20.
23       **Q.  I assume you were there until about 2007,**
24   **when did you start in the records?**

Page 18

---

1        A.  1997, so that means my dates are a little
2    off.  I was in the records office for seven
3    years, so I would have left there in, what, 2004.
4            And then I would have gone to
5    Division 1, seven years there, 2011.  A year in
6    the central kitchen 2012.  So that's about right.
7    So two years in external ops 2013, and then I was
8    in transportation, okay.  This does seem like a
9    memory test.
10       **Q.  Okay.  So prior to being in records, where**
11   **were you?**
12       A.  Prior to being in records I would have been
13   a deputy assigned to Division 9, I was there for
14   nine months.
15           So that would have been -- well, maybe
16   it was a little more than that because that would
17   have been from -- I guess, yeah, about
18   December of '95 until I was promoted.  Then
19   there's a gap there.  And I know you didn't ask
20   for this, I don't want to be accused of telling
21   you any false information.
22           My official promotion date was
23   December 22, 1996.  For whatever reason the
24   County failed to inform me that I had been

Page 19

---

1    promoted until January of '97.  So there's a
2    small gap there in my story.
3        **Q.  Understood.**
4        A.  All right.
5        **Q.  So prior to being in Division 9, I assume**
6    **from here back you were a deputy the entire time?**
7        A.  I was a deputy the entire time.  Prior to
8    that nine months I was on the Special Operations
9    Response Team.
10       **Q.  How long were you on Special Ops?**
11       A.  Two and a quarter years, from September
12   of '93 to December of '95.
13       **Q.  What were your duties in Special Ops?**
14       A.  Well, we were basically the equivalent of a
15   SWAT team.  We were trained to respond in the
16   jail and out of the jail.  When we weren't doing
17   that we did a lot of tier searches.  We also
18   assisted external operations in their regular
19   duties.
20       **Q.  And then prior to Special Ops where were**
21   **you assigned?**
22       A.  I was assigned to Division 9.
23       **Q.  For about how long?**
24       A.  Well, let's see.  My assignment to

Page 20

---

1    Division 9 ended in September of '93.  When it
2    began is up in the air because what happened is
3    when I first graduated from the academy -- or
4    when I first started, not when I first graduated.
5    When I first started I was assigned to
6    Division 4.
7            I started in February of 1990.  At some
8    point all of the male detainees in Division 4
9    were transferred to Division 9.  And then of
10   course I worked a little over a year before I
11   actually went to the academy.  So Division 4,
12   academy, back to Division 4, transferred to
13   Division 9 where I worked until I was selected
14   for the Special Operations Response Team.
15           And oh, my goodness, that's why my
16   dates are off.  I forgot.  The reason I said nine
17   months about in Division 9 is because in
18   September of '96 I went to the electronic
19   monitoring unit and became an investigator.
20           I was an investigator from September
21   until I was promoted to sergeant.  So September
22   of '96 until I was promoted to sergeant I was
23   actually working for the electronic monitoring
24   unit as an investigator.

Page 21

**Brad Sandefur**
**June 5, 2018**

| | |
|---|---|
| 1  Q. So a little over two months? | 1  Q. Did you have any other security jobs? |

**Page 22**

```
1   Q. So a little over two months?
2   A. About, yeah.
3   Q. What did you do as an investigator in the
4   electronic monitoring unit?
5   A. Well, we responded to people who -- if we
6   got electronic notification that a detainee no
7   longer is in the area they were supposed to be
8   in, we responded to that.
9        We responded to problems with the boxes
10  if they weren't working.  We responded to
11  escapes.  We backed up any street unit that
12  requested our assistance.  And we went around and
13  just did regular house checks on people that were
14  assigned to electronic monitoring.
15  Q. As I mentioned, I'm not looking at my phone
16  to be rude.  There's just a couple of documents
17  that I forgot to print out on there so I'm
18  checking those documents occasionally.
19       Before you worked -- you said you came
20  in in February of 1990.  Prior to working with
21  Cook County where did you work?
22  A. Wow.  Well, before I went to work for
23  Cook County I was a waiter at Bakers Square
24  restaurant, and I was also a security officer for
```
Page 22

```
1   Hawthorne Security.
2   Q. At the same time?
3   A. Yes.
4   Q. What did you do at Hawthorne?
5   A. I just did patrol, foot patrol of
6   apartment complexes.
7   Q. And I don't need every job.  What year were
8   you born?
9   A. 1960.
10  Q. So I assume you had other jobs when you
11  graduated until --
12  A. Most of my work has been in restaurant,
13  security or retail.  I mean I've done other
14  things, but that would be the bulk of my
15  employment.
16  Q. That's what I was going to say.  Why don't
17  we go through and you can just make it a little
18  quicker.  We can keep going backwards, I just
19  want to know about the security jobs you've had.
20  We don't need to talk about the retail or the
21  restaurant jobs.
22       So Hawthorne, how long were you at
23  Hawthorne?
24  A. I don't recall, several years.
```
Page 23

```
1   Q. Did you have any other security jobs?
2   A. Yes.  I worked for Industrial Security
3   Specialists.  I have no recollection of what
4   years, but I can tell you I patrolled a factory.
5   Q. Do you remember the factory?
6   A. Well, I guess it was a factory.  They had a
7   whole big chemical thing there, which is the
8   biggest reason that they had security there, I
9   suppose, is to make sure nobody broke into their
10  chemical area.  I mean they did other things, but
11  that's the one that I was assigned to.
12  Q. Do you remember what the company was, the
13  name?
14  A. The name of the company, no.  I just
15  remember they were on Cermak not far from the
16  jail, but I didn't know that at time.
17  Q. Okay.  Any other security jobs that you had
18  between graduation from college and when you
19  started with the sheriff?
20  A. Well, I worked for the Rosemont Auxiliary
21  Police.
22  Q. When was that?
23  A. I guess it was 198 -- I don't know,
24  mid-'80s.
```
Page 24

```
1   Q. Any other ones?
2   A. Well, there might have been, but I can't --
3   as far as security goes?
4   Q. Security, correct.
5   A. Yeah, there was another one, but I can't
6   remember any of the details of it.  I can't
7   remember their name.
8   Q. Do you remember if that was --
9   A. I know I worked -- they assigned me to work
10  a door at Allstate Insurance in Northbrook.
11  Q. Was that before the chemical company?
12  A. Oh, I don't recall that.  My guess is that
13  it was after, but I can't remember.  I can't
14  swear to it.
15       (Whereupon Deposition Exhibit
16       No. 1 was marked for
17       identification.)
18  BY MR. HENRETTY:
19  Q. I'm going to show you what's been marked as
20  Exhibit 1, have you seen this document before?
21  A. I believe I have.
22  Q. Feel free to look through it if you want.
23  I'm going to ask you some specific questions
24  about it, but if you want to thumb through it.  I
```
Page 25

| | |
|---|---|
| 1   will represent to you -- | 1   you experienced as a child? |
| 2      A. Yes, I have seen this. | 2      A. I don't recall. |
| 3      Q. I'll represent to you that it's the first | 3      Q. When is the first time you recall seeking |
| 4   amended complaint in this case that was filed on | 4   out medical treatment for your knee pain? |
| 5   your behalf. | 5      A. Well, let's see here. The furthest back I |
| 6         If you look at the top it says 8/25/17, | 6   recall is 1995, but that's because I reviewed |
| 7   it's Document No. 24, 22 pages plus a handful of | 7   medical records that I have and I don't have |
| 8   exhibits after that that are all attached here. | 8   anything prior to 1995. |
| 9      A. I've seen several of these so I'm assuming | 9      Q. What medical records did you review? |
| 10   that I've seen this one. | 10      A. My personal medical records. |
| 11      Q. I will ask you to turn your attention to | 11      Q. Do you remember where they were from |
| 12   Paragraph No. 71, which is on Page 11. | 12   specifically that you saw the first time that |
| 13      A. Paragraph 71 or Item 71? | 13   identified what hospital or what doctor? |
| 14      Q. We call them paragraphs, I think it's the | 14      A. No. |
| 15   only 71 on there. | 15      Q. Do you remember why you choose to seek out |
| 16      A. Okay, I'm just making sure. Under | 16   a doctor for knee pain in 1995? |
| 17   plaintiff's disability. | 17      A. Because I was limping. My knee would go |
| 18      Q. Correct. The first sentence of it | 18   out and I would fall down. |
| 19   reads: In or about March 2011 plaintiff reported | 19      Q. Did that start in or around 1995? |
| 20   to a doctor regarding right knee pain and | 20      A. No, it had happened previously, but it was |
| 21   cervical spine pain. Did I read that correctly? | 21   becoming more and more frequent. |
| 22      A. Yes. | 22      Q. Do you remember when the first time was |
| 23      Q. Did you report to a doctor regarding knee | 23   that you fell down due to the knee pain or the |
| 24   pain and cervical spine pain about March of 2011? | 24   knee gave out? |
| Page 26 | Page 28 |
| 1      A. I don't recall. I can only go by what's | 1      A. My earliest recollection would be when I |
| 2   here. I don't have my medical records in front | 2   was about 16. But of course at that age I just |
| 3   of me. | 3   considered it a quirk. |
| 4      Q. Okay, well, I guess I'll ask you. The | 4      Q. When you say it was becoming more and more |
| 5   first question is -- | 5   frequent, had it been becoming frequent slowly |
| 6      A. I do want to clarify one thing. Even | 6   over years or was it suddenly becoming more |
| 7   though you didn't ask, I hate it when things | 7   frequent in 1995? |
| 8   aren't right. I'm pretty sure it might have been | 8      A. I don't recall that. |
| 9   my right knee, but most of my problems are with | 9      Q. Do you remember about how many times in |
| 10   my left. It's with both knees, but the majority | 10   1995 prior to seeking medical treatment your knee |
| 11   are with my left knee. So this may be incorrect. | 11   had given out? |
| 12      Q. I appreciate that, thank you. And feel | 12      A. No. |
| 13   free if you see anything else, let me know. | 13      Q. In 1995 what treatment did you receive for |
| 14         So let's back up a little bit. Do you | 14   your knee? |
| 15   have a history of -- and I think you just | 15      A. I don't recall. |
| 16   answered it -- but do you have a history of knee | 16      Q. Did your knee pain improve in 1995? |
| 17   pain? | 17      A. No, I don't think so. I mean it's -- I |
| 18      A. Yes. | 18   understand you're trying to get to my medical |
| 19      Q. When is the first time you experienced | 19   conditions because of the lawsuit, but it's an |
| 20   significant knee pain? | 20   intermittent condition. I have a patella that |
| 21      A. As a child. | 21   never grew together, so that causes me problems. |
| 22      Q. Do you remember about how old you were? | 22      Q. What do you mean by intermittent? |
| 23      A. No. | 23      A. Well, I mean it's not constant, it's not |
| 24      Q. Did you get any treatment for the knee pain | 24   24 hours, 7 days a week. I don't fall down every |
| Page 27 | Page 29 |

1　two seconds.  It will happen for a few weeks and
2　then it won't happen for a few weeks.
3　　　　**Q.  Has that been consistent to the extent that**
4　**it happens for a few weeks and then it doesn't**
5　**happen for a few weeks since 1995?**
6　　　　A.  That's just an example.  I can't tell you
7　anymore specifically than that.  I was just
8　trying to give you a general idea.
9　　　　**Q.  Can you be specific at all as to the amount**
10　**of time that will pass in between incidents?**
11　　　　A.  No.  Sometimes it's days, sometimes it's
12　months.
13　　　　**Q.  Is there any consistency to it?**
14　　　　A.  No.  That's why I refer to it as
15　intermittent.
16　　　　**Q.  Is there pain when your knee gives out?**
17　　　　A.  Yes.
18　　　　**Q.  On a scale of 1 to 10 what would the pain**
19　**be to you?**
20　　　　A.  It's at least an 8.
21　　　　**Q.  Does it usually occur while you're walking**
22　**or running?**
23　　　　A.  Usually when I'm walking.
24　　　　**Q.  And which knee gives out or is it both?**

1　　　　A.  It's the left one more often than the right
2　one.
3　　　　**Q.  Does the right one also give out as well?**
4　　　　A.  Yeah, but not nearly as badly or as often
5　as the left one.
6　　　　**Q.  You mentioned you fall down.  Do you always**
7　**fall down or just sometimes?**
8　　　　A.  No, sometimes I can catch myself.  It's
9　just a matter of -- I guess I've always caught
10　myself before I fell all the way to the ground --
11　well, I shouldn't say always, most of the time.
12　　　　**Q.  Is the onset always sudden?**
13　　　　A.  Yes.
14　　　　**Q.  Does it happen more at a certain time of**
15　**day?**
16　　　　A.  I don't believe so.
17　　　　**Q.  Does it ever happen while you were running?**
18　　　　A.  Yes.
19　　　　**Q.  Does it happen more or less often when**
20　**you're running than it does when you're walking?**
21　　　　A.  I don't know.  I think that's kind of a
22　trick question since I walk way more often than I
23　run.  I know you don't intend it that way, I'm
24　just saying it's not a comparison I can make.

1　　　　**Q.  That's fair, so let me reword it then.**
2　**Percentage-wise do you believe it will happen**
3　**every time you run, half the time you run?**
4　　　　A.  Does not happen every time I walk.
5　　　　**Q.  Have you ever noticed any correlation**
6　**between running versus walking as to frequency?**
7　　　　A.  I can't say that I have.  Obviously when
8　I'm running it puts more stress on the knee and
9　so definitely when I'm done running I feel the
10　pain in that knee whether I've had an incident of
11　loss of support or not.
12　　　　**Q.  Are you currently in any treatment for your**
13　**knee or your knees?**
14　　　　A.  I get cortisone shots in my knees.
15　　　　**Q.  How often do you get cortisone shots?**
16　　　　A.  It varies based on how long the shots last.
17　Again it's inconsistent.  One time I got a shot
18　and it lasted eight months.  This last one has
19　lasted for -- I got it shortly after I got out of
20　the police academy and it lasted -- well, mostly
21　since then.  I started having trouble again
22　actually about a week ago, so I'll probably have
23　to go back and get another shot.
24　　　　**Q.  When you say got out of the police academy,**

1　**do you mean in 2015?**
2　　　　A.  Yes.
3　　　　**Q.  Is the cortisone -- and if you know.  I**
4　**assume you're not a doctor?**
5　　　　A.  I'm not.
6　　　　**Q.  So if you know, is the cortisone intended**
7　**to help with the pain or help with the underlying**
8　**issue that causes the knee to give out?**
9　　　　A.  Okay, I can only tell you what my doctor
10　has told me, he said that cortisone has no
11　healing properties.
12　　　　**Q.  Has your knee ever given out while you were**
13　**standing still?**
14　　　　A.  Yes.
15　　　　**Q.  About how often if you know?**
16　　　　A.  I don't.
17　　　　**Q.  It's happened multiple times?**
18　　　　A.  Yes.  However, if it helps you, not as
19　often as when I'm actually walking.
20　　　　**Q.  That was going to be my next question.  Is**
21　**there a way to quantify if you can, and tell me**
22　**if you can't, over the course of a given year**
23　**does it happen ten times, does it happen twenty**
24　**times, five times?**

**Page 34**

1     A. I wouldn't be able to quantify that because
2 remember, all of this is related to my back issue
3 as well.
4     Q. We'll get to that in a minute.
5     A. I have no doubt.
6     Q. Over your lifetime can you quantify how
7 many times?
8     A. No.
9     Q. Do you think it's happened more than one
10 hundred times?
11     A. I can't hazard a guess. But because I'm
12 56 years old and I've had this since I was a
13 child, that's probably very likely.
14     Q. Other than the ones that we just talked
15 about, have you had any other knee problems in
16 your life?
17     A. Other than what's related to the issue that
18 we've been discussing?
19     Q. Correct.
20     A. Not that I can recall at this time.
21     Q. Okay. So then looking back at the
22 complaint, Paragraph 72 says: Plaintiff was
23 diagnosed with osteoarthritis in his right knee
24 and a C5-6 disk desiccation in his back. Did I

**Page 35**

1 read that correctly?
2     A. Yes. But again I need to clarify that this
3 might be an error and it may be referencing --
4 that this may in fact supposed to be the left
5 knee.
6     Q. Do you remember when -- strike that. Have
7 you been diagnosed if you know with
8 osteoarthritis in your knees?
9     A. Yes.
10     Q. Do you remember when you were first
11 diagnosed with osteoarthritis?
12     A. Well, I mean, let's see here. No, I'd have
13 to look at my medical records to be able to
14 answer that question.
15     Q. Do you remember if it was a diagnosis of
16 both knees or just one and then later the second?
17     A. The diagnosis was only on the left knee.
18     Q. Have you ever been diagnosed on you right
19 knee?
20     A. I don't recall.
21     Q. And then also it states you have a C5-6
22 disk desiccation in your back; is that accurate?
23     A. Well, I definitely have a problem with the
24 disks in my back, yes. I don't really know what

**Page 36**

1 a desiccation is. But yeah, I have herniation
2 disks back there, I have bone on bone back there,
3 I have a sciatica problem.
4     Q. When did you first start experiencing back
5 problems?
6     A. When I was 18.
7     Q. Was there an inciting incident?
8     A. Well, my guess is yes. I don't know
9 specifically, but I believe it was related to a
10 weightlifting incident, okay.
11     All I can tell you is when -- well, I
12 should clarify when I ws 18 or 19, but I believe
13 I was 18. I had gone to a gym and worked out,
14 and when I came back home my back gave out and I
15 fell down on the kitchen floor. I was in severe
16 pain. I couldn't get up.
17     I'll never forget it because my brother
18 thought I was playing and he just stepped over me
19 and left the house. He didn't even ask me if I
20 needed help. So that was very...
21     Q. How long were you lying there?
22     A. That I don't recall, but it was at least --
23 well, I can't even say at least, but I was there
24 for quite a while. Not hours and hours I don't

**Page 37**

1 believe, but I mean I was down for a while.
2     Q. I assume you went to the doctor eventually
3 for that?
4     A. No. I had no money and no insurance. So
5 no, I did not go to the doctor. I just took pain
6 pills and dealt with it for a long time.
7     Q. When did you first go to a doctor to seek
8 treatment for your back if you remember?
9     A. Well, again, the earliest I can recall is
10 1995, although I'm certain I went prior to that.
11 But I just can't say for sure because again,
12 prior to 1990 I didn't have health insurance so
13 it was really hard for me to go to doctors for
14 anything.
15     Q. What sort of doctor -- well, strike that.
16 Do you still see a doctor for your back?
17     A. When I need to, yes.
18     Q. What sort of doctor do you see?
19     A. An orthopedist.
20     Q. Do you see the same orthopedist every time?
21     A. Well, I see one of three for my back
22 pretty much. I would see I believe now it's
23 Dr. Drake, but when I get the cortisone shots I
24 see the main doctor whose name I can't remember.

1  Q. Is he a partner of Dr. Drake, do you know?
2  A. I don't know if they're partners or if
3  Dr. Drake works under him, but he's a very famous
4  doctor for knee problems.
5  Q. Do you remember the name of the group?
6  A. Core Orthopedics. I believe that's already
7  in here somewhere.
8  Q. Is that the same -- did you go to Core
9  Orthopedics in 2015 as well?
10  A. Yes.
11  Q. When did you start going to Core
12  Orthopedics?
13  A. I don't remember, I'd have to look at my
14  medical records. Whatever health plan I was on
15  at the time sent me there. And prior to that I
16  went to a different place that no longer exists.
17  I can tell you where they were. They were in
18  Hoffman Estates on Hassle Road, but they're not
19  there anymore.
20  Q. Do you remember the name of that place?
21  A. No.
22  Q. Do you remember the name of the doctor who
23  was there?
24  A. Dr. Jackson -- I can't remember his last

Page 38

1  name. He's deceased -- or I'm sorry, I can't
2  remember his first name, he's deceased.
3  Q. So Jackson is his last name?
4  A. Yes.
5  Q. Do you also go to Core for treatment of
6  your knees?
7  A. Yeah, that's where I get my cortisone shot.
8  Q. What if anything are you currently -- well,
9  strike that. Are you currently taking any
10  medication for your back?
11  A. Just take Tylenol when the pain gets too
12  bad.
13  Q. Does Core Orthopedics provide any other
14  treatment for your back?
15  A. Well, for a long time they sent me to a
16  place called Premiere Pain.
17  Q. But you're not going there anymore?
18  A. I go there if I need them, but I haven't
19  needed them for a couple of years.
20  Q. Do you remember when the last time you were
21  at Premier Pain was?
22  A. I do not.
23  Q. I apologize if I asked this already. You
24  said you thought the last cortisone shot was

Page 39

1  somewhere in 2015; is that right?
2  A. No -- well, very shortly after I got out of
3  the academy. I think that's when it was. It
4  might have been right at the end of the academy,
5  but I'm pretty sure it was just a little bit
6  after I got out.
7  Q. So sometime between September and December
8  of 2015 is your recollection?
9  A. Between July and November of 2015 to the
10  best of my recollection.
11  Q. Sure, and that's something we can check.
12  Turning your attention to Paragraph 73
13  on Page 11 of the complaint marked as Exhibit 1,
14  it says: Plaintiff's pain is intermittent and
15  does not affect his ability to complete his work
16  assignments. Did I read that accurately?
17  A. Yes.
18  Q. Do you believe that's an accurate
19  statement?
20  A. I make it an accurate statement because if
21  I have a problem I work through it until I'm no
22  longer on duty because I'm not going to have them
23  send me home, which happened to me once when I
24  used a cane to walk into work. So no matter how

Page 40

1  much pain I'm in, I'll never do it again.
2  Q. Paragraph 74 reads: However, when
3  plaintiff's disability flares up it affects one
4  or more of plaintiff's basic life functions, in
5  particular affecting plaintiff's ability to walk
6  even short distances.
7  A. That's accurate.
8  Q. And I read that correctly?
9  A. Yes, sir.
10  Q. Okay. When you say you push through, what
11  do you mean by that?
12  A. Well, I mean I don't lean on walls, I'll
13  try to get myself somewhere where I don't have to
14  walk a lot, or I'll change position of my body so
15  I can continue to walk. Looks a little funny,
16  but it gets me through the shift.
17  Q. Has your knee ever given out during work?
18  A. Yes.
19  Q. Have you ever fallen at work?
20  A. Not fully.
21  Q. Again I know that it might sound like a
22  trick question, about how many times if you
23  remember has your knee given out during the work
24  shift?

Page 41

11 (Pages 38 to 41)

Page 42

1    A. I couldn't answer that.
2    **Q. More than once?**
3    A. Yes.
4    **Q. More than five or six times?**
5    A. I don't know.
6    **Q. How does the flare up, and I'm using that**
7    **word because it's in the complaint. If there's a**
8    **better word, let me know. How does the flare up**
9    **affect your ability to walk even short distances?**
10   A. Well, first of all, flare up made not be
11   the best word, but I don't know what a better
12   word would be. Because it's intermittent, then I
13   guess flaring up is about as accurate as you can
14   get with it.
15          Now how does it affect my ability to
16   walk. Well, it causes me severe pain, and as
17   I've said, I sometimes have to lean on -- if I
18   don't have my cane I have to lean on walls or I
19   have to hold on to someone or I have to change my
20   body position.
21          It depends on the level of the pain and
22   exactly what's being affected at the time of that
23   flare up. So sometimes it can be just the knee,
24   sometimes it's just the back and sometimes it's

Page 42

1    both.
2    **Q. When it's just the back and not the knees,**
3    **does that affect your ability to walk?**
4    A. Much more than my knee. To me my back is
5    the primary problem, not my knee.
6    **Q. How does it affect your ability to walk, to**
7    **the extent you can articulate it?**
8    A. The pain is severe. If I stop and stand
9    still I'll feel the pain. I can hold myself up,
10   but if I try to take a step I'll fall or -- and I
11   don't want to say fall because fall is not the
12   complete -- I don't completely fall.
13          I have noticeable weakness that causes
14   me to adjust to try and prevent myself from
15   falling to allow me to maintain my ambulatory
16   status.
17   **Q. And I apologize if I've already asked this.**
18   **Have these flare ups occurred more or less often**
19   **between 2015 and the present than prior to 2015?**
20   A. I need to think about that. There has been
21   a period of time where it didn't happen in my
22   opinion or to my recollection as often, a period
23   extensive enough that I felt that I might be okay
24   and I actually returned my handicapped placard to

Page 43

1    the Secretary of State. But shortly after I did
2    that I came to regret that choice because it
3    started acting up again.
4    **Q. When was that period?**
5    A. Well, I would guess, and it's just a wild
6    guess, from maybe the end of 2014 it just seemed
7    to get less, and then since I didn't have any --
8    well, I did. I shouldn't have said that because
9    I did have incidents, I just didn't have them
10   while I was actually there, okay.
11          So for a period of months around the
12   last quarter of 2014 to maybe the middle of 2015
13   I didn't have but maybe one or two incidents,
14   maybe. I just know that it was enough that I
15   just thought hey maybe, maybe I'm getting better.
16   **Q. And you said they didn't happen while you**
17   **were there, what there do you --**
18   A. Well, I started to think that I never had
19   an incident while I was at the academy and that's
20   not true, I do. I remember crawling in and
21   having to scream at my daughter to go get my cane
22   after I had come home from the academy.
23   **Q. When was that, if you remember?**
24   A. I don't remember a specific date or a

Page 44

1    specific month.
2    **Q. When you say at the academy do you mean**
3    **while you were there in 2015 --**
4    A. It's the same thing as what I said before.
5    No matter what, I learned my lesson that one time
6    I used my cane to walk into roll call. I wasn't
7    even on duty yet and the lieutenant had a fit.
8          So no matter what I will not let that
9    affect me. I will not that prevent me -- I can't
10   stop it from affecting me, but I will not let it
11   prevent me doing what I need to do and I will
12   suffer the consequences after I'm done.
13   **Q. I just want to make sure we're clear for**
14   **the record. When you say at the academy, you**
15   **mean in 2015?**
16   A. Yes.
17   **Q. Because I know you were at the academy in**
18   **1990?**
19   A. No, 1991.
20   **Q. 1991, excuse me.**
21   A. Just so we're on the same page. I started
22   in 1990, but at that time they were so far behind
23   in training people I spent a little over a year
24   working at the jail before I actually went to the

Page 45

12 (Pages 42 to 45)

1 Sheriff's Academy for that.
2     **Q. Do you know why that was?**
3     A. Yeah, everybody did that. It was just the
4 general way they were doing things.
5     **Q. Paragraph 78 of the complaint, Exhibit 1**
6 **reads: Plaintiff's disability, while limiting,**
7 **is intermittent. At no point has plaintiff been**
8 **unable to fulfill any of his duties or**
9 **requirements as a Department of Corrections**
10 **officer. Did I read that correctly?**
11     A. Yes.
12     **Q. Is that an accurate statement?**
13     A. Yes, because if I woke up and knew I was
14 having a problem I could call in sick or call in
15 and get a day off.
16     **Q. Do you always have that kind of notice when**
17 **a flare up is occurring?**
18     A. No.
19     **Q. So when you just said you'd call in for a**
20 **day off --**
21     A. Well, if I was aware of it beforehand. But
22 sometimes as I have explained it will happen
23 while I'm working, you know, and then you just
24 have to deal with it. I can either ask my boss

Page 46

1 hey, look, can I go home early, put in for
2 compensation time and leave, or you just have to
3 fight through it.
4     **Q. We'll start with the first one. Have you**
5 **ever asked for compensation time when there was a**
6 **flare up to leave early?**
7     A. Well, I can't remember specifically, but
8 I'm sure that I have.
9     **Q. And then you said push through it. You've**
10 **already talked about some of the things you do to**
11 **compensate, leaning against walls and that sort**
12 **of thing. Have you ever been called upon to do**
13 **something physical during a flare up that you**
14 **were unable to do work?**
15     A. Not that I can recall.
16     **Q. Has there ever been a situation where --**
17 **well, strike that.**
18         **In your career as a correctional**
19 **officer was there ever a time when you had to**
20 **restrain an inmate physically?**
21     A. Yes.
22     **Q. At any point while you were flaring up have**
23 **you ever been called upon to restrain an inmate?**
24     A. I wouldn't be able to answer that. I don't

Page 47

1 know. I can't recall something that specific.
2     **Q. In your career as a corrections officer**
3 **have you ever had to chase an inmate?**
4     A. That's funny. In my whole year career have
5 I ever had to chase an inmate, once that I can
6 recall, only once that I remember.
7     **Q. Do you remember if you were flaring up**
8 **during that time?**
9     A. I remember that one incident very clearly
10 and I was not having a flare up at that time.
11     **Q. When you're flaring up does it affect the**
12 **speed with which you can move?**
13     A. Yes.
14     **Q. How so?**
15     A. Well, you're in pain and you're
16 compensating for the injury, you move more
17 slowly.
18     **Q. Can you quantify that as far as when you**
19 **say push through it?**
20     A. Well, when you step the leg up and there's
21 no weight on it, you're able to move real
22 quickly, but as soon as it hits the ground you
23 feel the pain, you push through it but obviously
24 it causes a hesitation.

Page 48

1     **Q. Can you quantify it to the extent that**
2 **you're ten percent slower, twenty percent slower?**
3     A. No.
4     **Q. Lawyers sometimes have to ask questions**
5 **like that.**
6     A. I'm not mad at you. You're just doing your
7 job.
8     **Q. You're welcome to look back at it again,**
9 **but in Paragraph 78 where it mentions that it's**
10 **limiting, your disability is limiting, taking**
11 **that with Paragraph 74 it says it affects your**
12 **ability to walk small distances, is there any**
13 **other way your disability is limiting to you?**
14     A. Well, sometimes I experience pain when I
15 sit down. Sometimes I can only lay in one
16 particular way or another. Sometimes I can't
17 carry certain weight because it causes too much
18 pain on that side of my body.
19     **Q. Can you give me an example of the time you**
20 **weren't able to carry weight? Is there anything**
21 **you remember trying to lift that you couldn't**
22 **lift, something you were holding that you**
23 **dropped?**
24     A. Yeah, I picked up a crate of -- what we

Page 49

13 (Pages 46 to 49)

1  call blue box, a blue box setup which consists of
2  handcuffs, shackles, chain, a protective box and
3  a lock.  I picked up a crate of those that I
4  thought under normal conditions I would be able
5  to pick up and I couldn't pick it up without
6  severe pain.
7          So in order to compensate for that so I
8  could continue to do my job, I simply took some
9  out one at a time until it was light enough that
10 I could carry it.
11         I've also carried wood at home that
12 wound up being too heavy for me to carry because
13 the back would not cooperate.  There's been other
14 times I'm sure, but I couldn't be more specific.
15     **Q.  Do you remember how much a blue box setup**
16 **weighs?**
17     A.  I do not.
18     **Q.  50 pounds, 20 pounds?**
19     A.  A single setup, no, it wouldn't be anything
20 like that.  You're talking, I don't know, zero to
21 ten pounds.
22     **Q.  And what we were just talking about, was**
23 **that a pallet --**
24     A.  Well, I shouldn't say zero, it has to be at

Page 50

1  least a pound.
2      **Q.  The one you said you had trouble lifting,**
3  **was that a single box or was that like a**
4  **pallet --**
5      A.  No.  You know what a milk crate is, right?
6  It was a milk crate filled.
7      **Q.  And about how many of those would be in a**
8  **milk crate?**
9      A.  Well, it varies depending on what your
10 needs are.  It could be one, two, however many
11 the thing would hold.  I'm guessing you can
12 probably get somewhere between 20 and 30 in a
13 crate.
14     **Q.  Do you remember how many were in the one**
15 **you tried to pick up?**
16     A.  Uhn-uhn, no idea.
17     **Q.  We talked a little about the bipartite**
18 **patella, which is referenced in here at**
19 **Paragraph 87, can you explain what that means?**
20     A.  I don't know what bipartite means, it's
21 just what the medical records said.  I looked it
22 up once but I forgot.
23         Basically everyone is born, just like
24 you have that little hole in your skull after you

Page 51

1  come out the womb, everyone's knee is born the
2  same way, the bones are separated but they're
3  supposed to meld together as you age, and that
4  didn't happen for me.
5      **Q.  You mentioned earlier you use a cane**
6  **sometimes?**
7      A.  Sometimes.
8      **Q.  Or you have a cane, at the very least?**
9      A.  I use it sometimes and I have it with me or
10 at least in my car.  I have it accessible at all
11 times.
12     **Q.  What would cause you to start using the**
13 **cane?**
14     A.  Well, if I feel severe pain in my knee or
15 in my back, or if I took a step and my knee
16 suddenly gave out, or I took a step and my back
17 suddenly said no, you don't.
18     **Q.  You indicated on at least one occasion you**
19 **brought the cane into work.  Is that the only**
20 **time you ever brought the cane in?**
21     A.  I don't recall if it's the only time I
22 brought it in, but I do recall it's only time
23 that it became an issue.
24         Let me clarify.  I did not use it on

Page 52

1  duty, this was before duty.  And my back was
2  bothering me, it was icy, and I wanted to make
3  sure I didn't slip because that would have taken
4  me completely out of commission.  So I used the
5  cane to walk into roll call, and then I put it
6  away.
7      **Q.  Do you remember what shift you were**
8  **working?**
9      A.  Midnights.
10     **Q.  Do you remember where you were assigned?**
11     A.  External operations.
12     **Q.  You were a sergeant while you were in**
13 **external operations?**
14     A.  Yes.
15     **Q.  As the sergeant were you stationed in a**
16 **specific place or did you travel around the**
17 **compound?**
18     A.  Well, I went wherever my captain or
19 lieutenant assigned me.  I guess at the time it
20 was a lieutenant, at the time it was
21 Lieutenant Balata.  B-a-l-a-t-a.
22         Most of the time -- well, I guess about
23 half the time I was assigned to the hospital and
24 half the time I was assigned to -- it's just a

Page 53

14 (Pages 50 to 53)

1  rough guess, I don't how it actually balances
2  out, I was assigned to a patrol car.
3      **Q. Would you drive or would you ride**
4  **passenger?**
5      A. I drove. I was a one-man unit.
6      **Q. By yourself, okay. When you came in with**
7  **the cane that day you mentioned earlier that the**
8  **lieutenant was the one --**
9      A. Lieutenant Balata.
10     **Q. And what did Lieutenant Balata say?**
11     A. He just looked at me and -- I don't
12 remember exactly what I said. I just know that
13 whatever he said -- I didn't use it on duty, it
14 was before I started duty so you can't say
15 anything about it.
16         And he just said -- he's famous for I
17 don't know, I don't know. And then the next
18 thing I know he was calling or reporting it to
19 somebody in some way because I know I got a call
20 from Commander Franko.
21     **Q. Did you have the conversation with**
22 **Lieutenant Balata at roll call or was it --**
23     A. It was -- I was around roll call time. I
24 don't remember if it was before or after roll

Page 54

1  call. But since roll call is an official
2  function, I doubt it would have been literally
3  during roll call.
4      **Q. Were there still any other people around?**
5      A. The whole shift was there. Everyone who
6  reported for duty would have been there.
7      **Q. And I know you don't know for sure, would**
8  **you understand the others to have heard this or**
9  **was this something he just said privately to you?**
10     A. Well, he said it when I walked in, but he
11 wasn't trying to keep it hush-hush or anything.
12     **Q. And you said it went to -- was it a**
13 **commander you spoke to next?**
14     A. Well, I got a phone call from a commander a
15 day or two later or the next morning or something
16 like that.
17     **Q. And which commander was it again?**
18     A. It would have been William Franko. He's
19 retired. That's F-r-a-n-k-o.
20     **Q. And what did Commander Franko say to you?**
21     A. He said you have to come down here right
22 now. And I told him why, and he said just get
23 down here. And I said I'm not coming down there
24 right now. He said that's an order. Well, you

Page 55

1  can't give me that order, that's beyond your
2  authority, if I come down there I expect to be
3  working.
4          But being the obedient solder I've
5  always been, I went down there in uniform. And
6  he had a fit and told me that I couldn't work
7  until my medical condition had been evaluated and
8  paperwork had been filed. At which time I told
9  him it's already been done, I left the paperwork
10 on your desk. He stated that he never saw the
11 paperwork.
12         I later found out that somebody in his
13 office had taken the paperwork off of his desk
14 and put in a file cabinet and locked the file
15 cabinet to which Commander Franko did not have a
16 key. So I wound up losing a few days of work.
17     **Q. Did you lose a few days work without pay?**
18     A. No. I had to give up comp time that I had
19 planned on using.
20     **Q. And this was while you were -- you said you**
21 **were in the --**
22     A. External operations.
23     **Q. Yes, I was trying in look for the year for**
24 **that again. Can you tell me the year?**

Page 56

1      A. I couldn't tell you the year.
2      **Q. You were in external ops for two years,**
3  **right?**
4      A. Two years, I believe.
5      **Q. And that was roughly -- I have it, sometime**
6  **in the 2000s?**
7      A. Roughly 2011 to 2013 or '14. I think it
8  was 2013.
9      **Q. How many days if you remember did you lose**
10 **comp time for?**
11     A. I don't recall, but I know I couldn't do
12 anything about it until someone came in and
13 opened up that file cabinet. I think it was two
14 to three days.
15     **Q. Did you ever seek to get that time back?**
16     A. I don't remember.
17     **Q. There wasn't any discipline for that**
18 **incident, correct?**
19     A. No.
20     THE WITNESS: Before you ask the next
21 question, can we take a short break?
22     MR. HENRETTY: Sure.
23         (Whereupon a short break was
24          taken.)

Page 57

15 (Pages 54 to 57)

BY MR. HENRETTY:

Q. Okay, we're back on the record. Now just to tie up this line of questioning, let's talk a little bit about your cane. Have you ever used any other device to assist you in walking?

A. Yes.

Q. What have you used?

A. A crutch.

Q. When did you use a crutch?

A. I can only tell you at various times throughout my life. I can't remember specific times. Now I should clarify that sometimes it wasn't related to the knee, it was because of an ankle injury.

Q. Well, I'm not --

A. I just don't want anyone to say I gave false information.

Q. I understand and I appreciate that. But the questioning right now, I'm not interested in the ankle injury. When you were using it for the knees or for your back, did you use one or two crutches?

A. I've actually done both.

Q. When you were using one did you always use

Page 58

it on the same side?

A. I don't recall.

Q. In comparison to using the cane, did you use the crutch or crutches more or less often?

A. Less often.

Q. Do you own crutches?

A. Not anymore.

Q. Do you use crutches periodically now?

A. No.

Q. When you did use them, did you own the crutches?

A. Yes.

Q. When did you get rid of your crutches?

A. I don't recall.

Q. Was it years ago, months ago?

A. The best I can tell you is a few years ago.

Q. What was the reason you used the crutch as opposed to the cane?

A. Well, occasionally if the back and the knee are both bothering me severely enough at the same time, then I can't put any weight on the leg.

Q. When is the last time you remember that happening, when both your back and your knee bothered you so badly that you couldn't put

Page 59

weight on it?

A. That's -- I can only tell you it's been more than a few years ago, which is why I got rid of the crutches.

Q. Before 2015, if you remember.

A. Did I get rid of the crutches before 2015, is that the question?

Q. Yes.

A. I'm not certain. Best I can tell you is probably.

Q. Have you ever used a wheelchair?

A. For these conditions, no.

Q. Did you use one for a different condition?

A. Well, just like, you know, in and out of the hospital or something.

Q. Okay. Do your knee flare ups occur any more often today than they did in 2015?

A. Yes.

Q. About how much more often, if you can give a percentage?

A. Back to almost daily, but for short time periods.

Q. About how long?

A. Well, not always, so I've got to clarify

Page 60

that. But often -- well, not often, but sometimes. Like in a case just now, I did not use a cane when I went out, but it was stiff. If I walk far enough and long enough sometimes it loosens up.

But a lot of times if I've been sitting too long, regardless whether my knee is straight or bent, the knee will not work and won't necessarily allowed me to put proper weight on it.

Q. How often in 2015, and when I say 2015, specifically between May and December of 2015, how often were the flare ups occurring of the knees?

A. I couldn't tell you. The best answer I can give you to that is that on more than one occasion I came home from the academy and told my daughter to go get my cane if she was home, or my wife or whoever was there.

Q. You say more than once, do you think it was more than ten times?

A. I don't know, but I can -- I'm pretty sure I can say at least three times, but I can't tell you if it's more than ten or less than ten, but

Page 61

16 (Pages 58 to 61)

1   for some reason in my mind I kind of specifically
2   remember at least three.
3       Q.  I asked you about your knees.  Do you feel
4   that the back flare ups or the back pain is
5   different enough, would you say that it's still
6   happening now as often as it did in 2015 or more
7   or less?
8       A.  It is happening more often, but it's not --
9   I don't know, what's the right word here?  I
10  guess I'll just say it's not quite as severe as
11  often.
12      Q.  It's not as severe now as it was --
13      A.  I still get the severity, the real
14  severity, just not as often as I used to get the
15  real severity.  And yes, I have been getting the
16  flare ups more often than I had been a couple of
17  years ago.
18      Q.  Did you differentiate in 2015 between May
19  and December between the back pain and the knee
20  pain, was that something you were able to do
21  or did it all sort of hit at once?
22      A.  No, it's just like when I mentioned the
23  three or four or two or whatever it was time
24  frame, I'm pretty sure it was at least three that

Page 62

1   I sent my daughter, I couldn't tell you if it was
2   because of the back or the knee.
3       Q.  Okay.  I'm done with Exhibit 1 for now, but
4   we'll probably come back it.
5           (Whereupon Deposition Exhibit
6           No. 2 was marked for
7           identification.)
8   BY MR. HENRETTY:
9       Q.  I'm showing you what's been marked as
10  Exhibit 2.  For the record it's a two-page
11  document -- when I say Bates stamp it's the
12  number down at the bottom right-hand corner.  It
13  says Sandefur/Dart 39 and 40.  Do you recognize
14  this?
15      A.  Yes.
16      Q.  What is this?
17      A.  It is a thing where the doctor marks my
18  disability.
19      Q.  The top title says:  Persons with
20  disabilities certification for plates or parking
21  placard.  Did I read that right?
22      A.  Yes.
23      Q.  If you look at the top left-hand corner it
24  looks like there's some cut off fax numbers, but

Page 63

1   under that it says Jesse White, Secretary of
2   State, State of Illinois.
3       A.  Okay.
4       Q.  Do you see that?
5       A.  Yes.
6       Q.  If you go down to the bottom it says
7   physician's name, do you see that on Page 39?
8       A.  Yes.
9       Q.  What's the name, Stephen Behnke?
10      A.  B-e-h-n-k-e.
11      Q.  Do you know Stephen Behnke?
12      A.  I know him as my doctor -- or formerly as
13  my doctor.
14      Q.  For how long did you see Dr. Bahnke?
15      A.  I don't recall.
16      Q.  Do you know what type of doctor Dr. Bahnke
17  was?
18      A.  General practitioner, family doctor.
19      Q.  Did you see him for decades or for a short
20  period of time if you remember, a year or two?
21      A.  No, it was more than a year or two.
22      Q.  If you'd look to the second page,
23  Sandefur/Dart 40, under Part 1, persons with
24  disabilities, there's some language and there's a

Page 64

1   signature.  Is that your signature?
2       A.  Yes.
3       Q.  And next to that is the date of 6/20/11?
4       A.  Yes.
5       Q.  Would it be fair to characterize this as
6   something you signed on June 20, 2011?
7       A.  Okay.
8       Q.  Do you have any reason to believe that you
9   didn't sign it on June 11, 2011?
10      A.  I'm sure I signed it around there, but
11  sometimes I'll put down the day that I actually
12  sent it in.  So I may have signed it on the 19th
13  or the 21st, but yes, generally we can go with
14  the 20th.
15      Q.  Do you remember was this early on when you
16  were seeing Dr. Behnke or later, do you know how
17  long you had been seeing Dr. Behnke at the time
18  this document was filled out?
19      A.  How many years had I been seeing Dr. Behnke
20  before I asked him about this?  No, I don't know.
21      Q.  What had you been seeing him for?
22      A.  Well, he was just my general family
23  practitioner.  Any condition I had, I had to
24  start with him and then have him send you to

Page 65

17 (Pages 62 to 65)

whoever else.

**Q. Do you remember if you asked him to fill this out or if he raised the subject with you?**

A. I raised it with him.

**Q. And why did you raise it with him?**

A. Well, because the problems were happening more often, and all I wanted to know is if I could qualify for a placard based on the problems I was having or not so that if I had a problem I didn't have to go as far.

**Q. If you look on Page 39, parts of it are handwritten, do you see that?**

A. Yes.

**Q. Is that your handwriting?**

A. No.

**Q. Do you know whose handwriting it is?**

A. No. I would presume that it's the doctor's, but I don't know that for a fact.

**Q. Do you remember if you were there when he filled it out?**

A. I remember seeing him with it in his hand. Do I remember actually watching him fill it out or did he give it to a nurse to complete, I don't recall that.

Page 66

---

**Q. If you look at the first part that's handwritten it says name of the person with disabilities, Brad Sandefur, and underneath that diagnosis it appears to me to be osteoarthritis, knees. Does that seem accurate to you?**

A. That's what it looks like to me, yes.

**Q. And then further down the page underneath that there's some writing with a bunch of stars, it says note and then there's some language. Do you see that, there's a bunch of check boxes?**

A. Um-hmm.

**Q. There are Xs next to two of the five elements or sections underneath that; is that accurate?**

A. Yes.

**Q. The first one that's checked says: Cannot walk without the assistance of another person, prosthetic device, wheelchair or other assistive device. Did I read that accurately?**

A. Yes.

**Q. Do you know if on or around June 20, 2011, whether or not you could walk without the assistance of another person or prosthetic device, wheelchair or other assistive device?**

Page 67

---

A. As I have stated before it was an intermittent condition, so sometimes I could not and sometimes I could.

**Q. The next one says: Is severely limited in the person's ability to walk due to an arthritic, neurological or orthopedic condition. Did I read that accurately?**

A. Yes.

**Q. And then the next section says: Length of disability, check one, and disability is permanent is checked; is that right?**

A. That's correct.

**Q. Have you ever been told by a doctor prior to this that your disability was permanent?**

A. Prior to this doctor?

**Q. Yes.**

A. I don't believe I had previously asked the doctor if I would qualify under the Disability Act with the conditions that I had.

**Q. Did you specifically talk with Dr. Behnke about the permanency of your disability?**

A. About the permanency of it, I don't recall.

**Q. Did you talk to Dr. Behnke about the Disability Act?**

Page 68

---

A. Yes.

**Q. What did you guys talk about?**

A. I explained to him my condition, I told him it was intermittent but that when it would happen I would be stuck getting to or from a building where I would have severe pain when I was walking, and would an intermittent condition qualify me for a handicap placard.

And I specifically told him if it would, can you fill this out, and if it doesn't, don't do anything that's going to get me in any trouble. I don't want to do anything illegal, but if this condition qualifies for a placard, you know, I think I can use it.

**Q. In or around June of 2011 was the first time you had ever applied for a placard or asked a doctor to apply for a placard?**

A. To the best of my knowledge, yes.

**Q. And I realize I asked you a compound question, so I'll divide it up --**

A. No, I understand what you're driving at. The thing is I'm just trying to think is this the first one I got from him or were there other ones before this and all that.

Page 69

---

18 (Pages 66 to 69)

1 But basically Dr. Bahnke -- I had
2 mentioned this problem to other people, but I
3 never thought it was so bad that I would need a
4 handicap placard. But as the years went on you
5 age, things get worse, I kept having more and
6 more problems, so yeah, I would -- probably this
7 is the first time.
8 **Q. Thank you. On Page 40 above your**
9 **signature, the section that says Part 1, person**
10 **with disabilities, I hereby apply for, and then**
11 **it's checked person with disabilities parking**
12 **placard, that box is checked.**
13 **And then it goes on to say: Under the**
14 **statutory provision, and it has some statutory**
15 **language, I certify that my physical condition**
16 **entitles me to the issuance thereof, I am also**
17 **aware that the person with disabilities parking**
18 **device, whether plates or parking placard, must**
19 **not be used unless I am the driver or passenger**
20 **of the vehicle. Did I read that correctly?**
21 A. This says in the vehicle, not of the
22 vehicle.
23 **Q. You're correct. Otherwise is this --**
24 A. Otherwise you are correct.

*Page 70*

---

1 **Q. And then you signed it I think you already**
2 **testified?**
3 A. That's my signature.
4 **Q. Did you understand when you signed this**
5 **that you are bound by the section of law that is**
6 **cited within that paragraph that I just read?**
7 A. Yes.
8 MS. FLEMING: I think now might be a good
9 time to take a brief pause.
10 MR. HENRETTY: Yes, sure.
11 (Whereupon a short recess was
12 taken.)
13 BY MR. HENRETTY:
14 **Q. Back on the record. Mr. Sandefur, does**
15 **your wife currently have a handicap placard also?**
16 A. Yes.
17 **Q. Do you know when she got that, what year?**
18 A. No.
19 **Q. Did she have it prior to 2015?**
20 A. Yes.
21 **Q. Do you know what she needs assistance for,**
22 **what it is on her form that says why she has it?**
23 A. She has no knee joints left and she has
24 back issues.

*Page 71*

---

1 **Q. In 2015 how many vehicles did you have?**
2 A. Four.
3 **Q. Did they all belong to you or your wife or**
4 **did some of them belong to the other people that**
5 **lived in the house?**
6 A. Three of them belong to me and my wife and
7 one belongs to just me.
8 **Q. Did you switch out cars or was there one**
9 **you always drove and one she always drove?**
10 A. Yes, we switched out vehicles occasionally,
11 but mostly we drove particular vehicles.
12 **Q. And speaking of 2015, what was the vehicle**
13 **that you drove?**
14 A. A white Toyota Sienna.
15 **Q. What was the one your wife drove primarily?**
16 A. A yellow Chevy Spark.
17 **Q. Was the Toyota the one that you owned or**
18 **was that both of you?**
19 A. No, we both owned that. The other one that
20 I own is a motorcycle.
21 **Q. Okay, what is the motorcycle?**
22 A. '98 Honda.
23 **Q. That leaves one more. What was the fourth**
24 **vehicle?**

*Page 72*

---

1 A. A green Chevy Spark.
2 **Q. Do you have two Sparks?**
3 A. Two Sparks, yes, a yellow one and a green
4 one.
5 **Q. What are the years on those?**
6 A. They're both 2014.
7 **Q. Do you remember the year of the Toyota?**
8 A. 2009.
9 **Q. Back in 2014 did your wife ever use your**
10 **handicap placard if you know?**
11 A. At no time did my wife ever use my handicap
12 placard, nor I did ever use hers. The only
13 exception to that -- and I know I didn't ask this
14 but you're going to -- is if we're both in the
15 vehicle at the same time, which is perfectly
16 legal. As long as whoever that placard is
17 assigned to is in the vehicle, you're good.
18 **Q. So there weren't times when you would take**
19 **her car and use her placard?**
20 A. Absolutely not.
21 **Q. And as far as you know vice-versa?**
22 A. Correct.
23 **Q. You sort of answered this before, but just**
24 **so we get it clean. Do you still have a valid**

*Page 73*

handicap placard?

A. No, but I'm considering reapplying, I'll tell that you. That's off on the side, I just felt like saying that.

Q. When did you give up your placard?

A. In 2015.

Q. Do you remember when in 2015?

A. Specifically no, but I can tell you it was while I was still in the academy.

Q. Before we move on from Exhibit 2, and I don't believe it says so right on there, but do you know how long the placard that you received in 2011 was good for?

A. I don't recall.

Q. Did you have to seek an additional placard at some point?

A. Yes, the first time it expired.

Q. Do you know when it expired?

A. No.

Q. Did you have to have your doctor submit new paperwork at that point?

A. No.

Q. How did you --

A. Online.

Page 74

Q. You went online and just reapplied for the placard and they sent you a new one?

A. Yes, sir.

Q. Is that the Secretary of State website?

A. Yes.

Q. Have you ever used -- strike that. Prior to getting rid of it in 2015 -- did it expire in 2015?

A. I don't believe so.

Q. When you say you got rid of it did you send it back, how did you get rid of it?

A. I mailed it back to the Secretary of State.

Q. Did you let them know in a letter or something that you didn't need it anymore?

A. I let them know in the letter that I felt like maybe I didn't need it anymore, but that I might reapply for it at a later time because I wasn't certain.

I don't remember exactly how I worded it, but yeah, I told them based on my performance at the academy, you know, and the fact that I haven't had a severe problem in, I don't know, a few months or whatever it was I said, you know, that I was going to turn this in and maybe I

Page 75

didn't need it anymore.

Q. Did you ever use the handicap placard prior to sending it back in 2015 when you were not flaring up?

A. Okay, I can just say yes or no to that, but it requires clarification. So having said that, the answer yes.

Q. Go ahead and clarify.

A. Thank you. Okay, here's the thing. You never know when it's going to happen. I could have severe problems walking into a building and then be fine by the time I'm walking out. I could have no problems walking in, and then have a problem walking out.

Just like I've had that happen at work and had to look at one of my deputies and say Officer So-and-So, would you go to my car and get my cane. So I've done that on several occasions.

So to say that I've used it when I didn't have an active flare up, yes, but you never know when you're going to have the problem, it's just not predictable.

Q. When you had the placard did you use it to park in handicap spots if they were available?

Page 76

A. No. I would sometimes say, you know, I don't think I'm going to have a problem today, you know, I'm just feeling really good, everything is going well. So no, I did not always park in a handicap spot.

Q. Was the placard ever hanging from your car when you went to work?

MS. FLEMING: I'm going to object to the form of the question with respect to what car are we talking about.

BY MR. HENRETTY:

Q. That's fair. In 2015 and prior when you had the active handicap placard, how did you normally get to work?

A. Most of the time I drove my -- I drove the van.

Q. You drove the Toyota Sienna?

A. I didn't clarify that that's a van.

Q. Did you drive yourself to work?

A. Yes.

Q. When you drove yourself to work did you display the handicap placard?

A. Yes, it was always hanging -- well, I shouldn't say always, but probably 90 percent of

Page 77

20 (Pages 74 to 77)

the time, it was just always hanging on my mirror
at all times.

    **Q. When you drove to work at the Cook County Jail did you park in a handicap spot, start with ever?**

    A. Sometimes yes, sometimes no.

    **Q. Can you say about how often you would park in a given week in a handicap spot?**

    A. No.

    **Q. Would you say even weekly you would use a handicapped spot?**

    A. For a period of time I did, yes, and no, I can't tell you specifically what that period of time was. But yeah, I would say I used it at least once a week.

    **Q. In general or just during that period of time?**

    A. During a short period of time.

    **Q. When you say short, was it months, days?**

    A. I don't know. Weeks, that might have been a couple of months, I don't know.

    **Q. As far as the years go, you don't remember what years that was?**

    A. No. All I can tell you is because of

Page 78

---

conditions -- and I don't really want to
volunteer any information here, but I just can't
help myself and be honest as much as I can.

    I actually got to the point where if I
used a handicap spot and I didn't have a flare up
going in, during or coming out, I would feel
guilty for using it. So I would often not use it
when I probably should have.

    And my wife yelled at me for it. She'd
say you don't know when this was going to happen,
you need to use those spots, and I said there's
other people that need them more than I do. So
it went back and forth.

    **Q. Are you aware if there's other people at the Cook County Jail who also have handicap placards or who did in 2015?**

    A. Am I aware of other people?

    **Q. Yes.**

    A. Yes, there are a large number of people who have handicap placards.

    **Q. Are you aware of people who have handicap placards using -- strike that.**

    **Have you ever witnessed someone use a handicap placard when in your estimation they**

Page 79

---

didn't need it park in a handicap spot?

    A. No, I would have no idea whether they needed it or not. The Secretary of State website says specifically the condition may not be apparent, do not question people with it.

    **Q. So you've never suggested to anyone that people use handicap placards at Cook County Jail when they don't need them?**

    A. Not that I can recall. I know that one of the investigators made that suggestion in his report.

    **Q. But you never suggested that opinion to him?**

    A. Not that I recall.

    **Q. Okay. And we're going to kind of jump back and forth because I'm going to talk a little bit about the application process to go into the Sheriff's Office.**

    **Starting back in 1991 when you first started or before that whenever it was that you first sent in an application -- or strike that.**

    **Do you remember the first time you sent in an application to the Sheriff's Office for employment?**

Page 80

---

    A. I'm going to tell you it was between 1987 and 1990.

    **Q. Did you apply for employment at the Sheriff's Office more than once?**

    A. No.

    **Q. When you were applying to the Sheriff's Office between 1987 and 1990, did you have to be certified by the merit board?**

    A. You had to be certified, I don't know by who, but you had to be on the certified hiring list.

    **Q. Was there a period of time when that list expired, if you recall?**

    A. Legally by law to my knowledge a hiring list expires every two years, although some at Cook County told me it didn't apply to them.

    **Q. So you went through whatever that certification for hiring process was at one point, and then sometime within the next two years you were hired by Cook County; is that fair?**

    A. Well, yes.

    **Q. Do you remember what the application process was?**

Page 81

21 (Pages 78 to 81)

1    A. Yes.
2    **Q. Let's start to the extent that it changed,**
3    **let's start with the earlier time.**
4    A. You had to go and turn in an application at
5    the County Building. You had to stand in line
6    for a long period of time. You had to buy a
7    county stamp which they didn't tell you in
8    advance, then you went up and you took a written
9    test.
10         If you passed that test, then they send
11   you a more detailed application that you fill
12   out, send it in, and they investigate you. If
13   there's anything you're not clear on they call
14   and you ask about it or tell you to clarify it in
15   writing, which you do.
16         Then you wait and see if they give you
17   a letter telling you yes, you're hired or no,
18   you're not.
19   **Q. When you initially applied between '87 and**
20   **'90, did you apply to be a sheriff's police or a**
21   **correctional officer or was it just sort of a**
22   **general application?**
23   A. No, you cannot apply to be a sheriff's
24   police officer. You can only apply for

Page 82

corrections or a court deputy. They're both
deputy sheriffs, but they don't clarify that on
the application.
     It's corrections or deputy sheriff.
You have to serve a certain amount of time in one
of those positions before you can go to the
sheriff's police force.
**Q. Do you remember which of those two you**
**applied for?**
A. Corrections.
**Q. And I assume you were certified at some**
**point?**
A. At some point I received a letter saying I
was certified.
**Q. And then what was the next step?**
A. The next step was to just wait until they
called you for whatever the next step was.
**Q. And then were you called in for interviews**
**or was there further testing?**
A. No, I was never called in for an interview,
never called in for a drug test. I knew that the
list about to expire and I made a phone call and
said how come I run into all these people that
scored less than I did and took the test after me

Page 83

and they're in the academy and I'm not.
**Q. How did you know some people scored less**
**than you did?**
A. I ran into them at the uniform store.
**Q. And they told you what their scores were?**
A. Well, that was my assumption because when I
took the test I had the highest score in my
group.
**Q. Other people in your group that you ran**
**into?**
A. Not necessarily. I don't remember every
one. I don't remember every one in my test
group, I don't know who they were.
**Q. Regardless, eventually you started working**
**with DOC, right?**
A. Yeah. I mean yes.
**Q. And we've already gone through your**
**history. So after a certain amount of time did**
**you apply to be a sheriff's police?**
A. Several times.
**Q. When was the first time you applied to be a**
**sheriff's police?**
A. Gosh, I don't know, '91 maybe, '93, '91 or
'93.

Page 84

**Q. Understanding you applied a few different**
**times, and please if it's changed over the years**
**let me know, but what is the process once you're**
**working for the County to apply for the sheriff's**
**police?**
A. Well, they supposedly put out a notice
telling you that they're testing, which they
didn't always do, and you go and take a
preliminary written test.
     I don't remember what the order is, so
let's see here. So you take a preliminary
written test. If you make the cut, then you go
on the preliminary eligibility list. And then at
some point you take a power test. And then if
they call you in to go to the academy, you'll
take another power test.
**Q. What is a power test?**
A. It's a test of your physical ability. You
have to run or left weights and stretch and do
sit-ups.
**Q. About how many times did you apply to the**
**sheriff's police between the first time in 1991**
**or so and 2015?**
A. Well, every time they gave a test except

Page 85

22 (Pages 82 to 85)

1  for two times.
2    **Q. How often were the tests given?**
3    A. Every other year.
4    **Q. So that's approximately 14 years, so about**
5  **five times if it's all of them except two?**
6    A. No, I've been with the Sheriff's Department
7  29 years, so...
8    **Q. I'm sorry, so '91, there's another ten**
9  **years there, so about ten times?**
10    A. Probably, yeah, probably somewhere in
11  there, 10 or 12.
12    **Q. So then you take the test, and then would**
13  **you hear from them after that --**
14    A. After that you move to the next step.
15    **Q. -- after the power test?**
16    A. Well, yeah, if you made the preliminary
17  list, then you took the preliminary power test.
18  And then they would publish a second eligibility
19  list based on who passed the power list and who
20  didn't, and then you just waited to get called to
21  go to the academy.
22    **Q. How many times did you make the preliminary**
23  **list of the times that you applied?**
24    A. Every time I took the test except the very

1  first time.
2    **Q. And then did you --**
3    A. To the best of my recollection.
4    **Q. Did you take power tests every time?**
5    A. No -- well, that's not correct. I don't
6  recall.
7    **Q. So when you went into the class in 2015, do**
8  **you remember when you had taken the preliminary**
9  **test and the power test, was that also in 2015 or**
10  **was that at the end of 2014?**
11    A. It would have been -- I don't know. When I
12  took the power test -- the preliminary power test
13  or the final power test?
14    **Q. Let's start with the preliminary power**
15  **test.**
16    A. I couldn't tell you, it would have been
17  between 2013 and 2014.
18    **Q. Do you remember when you took the final**
19  **power test, would that have been 2015?**
20    A. The Thursday or Friday before I was
21  supposed to start the academy.
22    **Q. Prior to starting the academy, and I'll**
23  **just represent that it was July 6, 2015, was**
24  **the --**

1    A. Well, thank you, I couldn't remember. I
2  just know it was the 5th or the 6th.
3    **Q. I figure most people don't, and I have it**
4  **in front of me.**
5    A. I just couldn't remember which day was the
6  Monday.
7    **Q. So prior to July 6, 2015, at any point did**
8  **anyone at the Sheriff's Office raise any issues**
9  **with you about your disability?**
10    A. No.
11    **Q. I know we had the one discussion earlier**
12  **about the time with the cane. I don't remember,**
13  **was --**
14    A. Is it Lieutenant Balata, is that what
15  you're trying to think of?
16    **Q. Yes. Was that prior to this?**
17    A. Yes.
18    **Q. But other than that incident you don't**
19  **remember anyone ever talking to you at all**
20  **about -- no one ever raised with you any issues**
21  **about your having any disability in your work?**
22    A. No.
23    **Q. Did anyone from the Sheriff's Office raise**
24  **any issues regarding your age prior to the time**

1  you reported to your first day at the Police
2  Academy?
3    A. Not that I recall.
4    **Q. Now we're a little more than two hours in,**
5  **I'll begin now by saying we're now moving on to**
6  **July 6, 2015.**
7    A. Okay.
8    **Q. As we've just discussed, you said you**
9  **thought it was the 5th or the 6th, and I'll**
10  **represent to you that the 6th was the first day**
11  **you reported.**
12    A. I'll accept that. That's probably -- I'm
13  sure you've got it.
14    **Q. If you remember, what time did you arrive**
15  **in the morning?**
16    A. I don't remember what time I arrived. It
17  was between 5:30 and 5:45, I believe.
18    **Q. Where was the Police Academy?**
19    A. It was at Triton College in River Grove.
20    **Q. Again, based on the fact that you're a**
21  **corrections officer I don't want to get into the**
22  **specifics of where you live, about how far from**
23  **your home in 2015 was the Police Academy?**
24    A. I don't know, probably 10 or 12 miles.

1 **Q. Would that have taken you 10 or 12 minutes**
2 **or was it bad enough traffic that it would take**
3 **you an hour or --**
4 A. It probably takes about 20 minutes.
5 (Whereupon Deposition Exhibit
6 No. 3 was marked for
7 identification.)
8 BY MR. HENRETTY:
9 **Q. Mr. Sandefur, I'm showing you what's marked**
10 **as Exhibit 3, at the bottom it's stamped**
11 **Sandefur/Dart 128, it says Page 1 of 2, and I**
12 **don't know what the second page was, but I don't**
13 **need it. Can you tell me what Exhibit 3 is, if**
14 **you know?**
15 A. It's a photo of a vehicle.
16 **Q. Is that your vehicle? And I know it's kind**
17 **of a bad photograph.**
18 A. Okay. That's not my vehicle.
19 **Q. Do you recognize this vehicle?**
20 A. I do.
21 **Q. Whose vehicle is it?**
22 A. It belongs to Casey Automotive.
23 **Q. Was that the vehicle you were driving on**
24 **the morning of July 6, 2015?**

Page 90

1 A. Yes.
2 **Q. Why were you driving a Casey Automotive**
3 **vehicle?**
4 A. Because my vehicle wound up in the repair
5 shop and it wasn't ready in time.
6 **Q. Okay, that's all the questions I have about**
7 **that one, we can put that aside.**
8 **How long had you been driving that car**
9 **as of July 6, 2015?**
10 A. I don't know. I think I received it on --
11 I don't even know. But it would have been like
12 Friday or Saturday probably before I went to the
13 academy.
14 **Q. Do you know if anyone else in your**
15 **household had been using it during that couple of**
16 **days?**
17 A. I don't believe anyone else used it.
18 **Q. And we'll talk about when you got there.**
19 **Do you remember what time you were supposed to**
20 **have reported to the Police Academy that morning?**
21 A. I don't remember, it was either 0545 or
22 0600.
23 **Q. Does the phrase uniform and vehicle**
24 **inspection mean anything to you?**

Page 91

1 A. Well, they conducted a vehicle inspection.
2 **Q. What do you understand a vehicle inspection**
3 **to be?**
4 A. To me you check -- well, general inspection
5 of the vehicle to see, to determine its
6 condition.
7 **Q. Do you remember who was conducting the**
8 **vehicle inspection?**
9 A. I do not recall who conducted my vehicle
10 inspection.
11 **Q. Was it someone from the academy that was**
12 **conducting the vehicle inspection?**
13 A. Yes, yes, someone that was assigned to the
14 academy.
15 **Q. When they were conducting the vehicle**
16 **inspection were you at the vehicle or was it**
17 **conducted while you were elsewhere?**
18 A. I actually don't recall, but I would tend
19 to believe that I would have been in the vicinity
20 of the vehicle because they would need the keys
21 to test the tail lights and such.
22 **Q. Let's take a step back. The academy, what**
23 **was the structure of the academy in terms of you**
24 **reported in 6:00 in the morning, did you go home**

Page 92

1 at night, were you there all day, what was the
2 structure of the academy?
3 A. You were there all day and we went home at
4 whatever time they dismissed you. So usually
5 between 1600 and 1700 hours, which would be
6 between 4:00 and 5:00 p.m.
7 **Q. How long did the Police Academy last?**
8 A. I believe it's ten weeks.
9 **Q. Is it Monday through Friday?**
10 A. Yes.
11 **Q. Were you wearing a uniform that morning?**
12 A. No.
13 **Q. What were you wearing, if you remember?**
14 A. Civilian clothes. Black tie, purple shirt,
15 I think I had on gray pants and black shoes. Or
16 the pants may have been blue, but I'm pretty sure
17 they were gray.
18 (Whereupon Deposition Exhibit
19 No. 4 was marked for
20 identification.)
21 BY MR. HENRETTY:
22 **Q. Have you seen this document before,**
23 **Mr. Sandefur?**
24 A. This is the one that says -- yes, I've seen

Page 93

24 (Pages 90 to 93)

1  this before.
2      **Q. What is that document?**
3      A. Well, it says that it's a recruit uniform
4  and equipment checklist.
5      **Q. Were you given a list of items that you**
6  **were supposed to bring on the first day of the**
7  **Police Academy?**
8      A. Yes.
9      **Q. And as you can see, some of the things are**
10  **checked, some aren't. Do you know, for instance,**
11  **the first one is checked, it says shirt, 63/35**
12  **polyester cotton, and it goes into some detail.**
13      **It says that you're supposed to bring**
14  **three pressed-in or ironed-in creases -- I'm**
15  **sorry. The uniform shirts will have three**
16  **pressed-in or ironed-in creases. Is that**
17  **something you were supposed to do prior to**
18  **arriving that day, if you know?**
19      A. Press the shirts?
20      **Q. Correct.**
21      A. No, they never told us to do that.
22  Although they told me that yes, they did, but
23  they did not. And I checked with other people
24  before I went, am I supposed to press these

Page 94

1  shirts before I go or wait until they tell me
2  that I have them and go press them. And I was
3  told no, don't press them.
4      But this was just like other people who
5  had been at the academy and told me that I should
6  not press them. And I will until my dying day
7  swear they never told me to press those shirts
8  before I got there.
9      **Q. And you say you were wearing a necktie?**
10      A. Yes, I was.
11      **Q. There's no checkmark, is it, plain black**
12  **necktie?**
13      A. It was a black necktie and I had a little
14  round tie pin in it so that it wouldn't drag on
15  the ground when they made us exercise.
16      **Q. Was it a clip on, if you remember?**
17      A. No, they don't -- my goodness, that's a --
18  wait, I take that back. I don't recall. I
19  believe it was a clip on because police officers
20  should never wear a full round tie. But we were
21  in civilian dress then, so they may have said
22  that you should have a full round tie or a full
23  tie. I don't recall.
24      **Q. And you said you were wearing a tie clasp**

Page 95

1  with it, I think, just now; is that correct?
2      A. Yeah, a tie pin, yeah.
3      **Q. The next one that's not checked says**
4  **Cook County Sheriff's Police Training Academy**
5  **baseball-style cap, is that something that they**
6  **provided to you?**
7      A. Yeah, they provide that. Well, they don't
8  provide it. After you get there they make you
9  buy it.
10      **Q. That was my --**
11      A. This isn't the list of things that I'm
12  required to bring. That's just a list of things
13  that they might have inspected you for, but not
14  everything on here is something you had to bring.
15      **Q. And that's what I'm trying to figure out as**
16  **we go through. The next one that's not checked**
17  **is the dri-fit shirt. That's a purchase --**
18      A. Yes, that's a purchase after you get to the
19  academy.
20      **Q. What about a double-fit mouth guard?**
21      A. A double-fit mouth guard, you have to bring
22  that. I had it, I couldn't find it, but I had
23  it. There were several things that I had, but
24  the way they were rushing you and pressuring you,

Page 96

1  I forgot where I put them and I could not find
2  them. But I had everything.
3      **Q. Okay. The next one does not apply to you**
4  **so I'll skip that one. The next two don't apply**
5  **to you. The last one in that section that's not**
6  **checked is jump rope. I'm looking at Page 123.**
7      A. Yes, I had a jump rope, I still have the
8  jump rope. Never opened it, we never used it.
9      **Q. And then under firearms training/range**
10  **equipment, did you have the appropriate leather**
11  **gear, holster, did you bring a holster with you?**
12      A. Yes, I did.
13      **Q. And then magazine and double magazine**
14  **pouches, did you have those?**
15      A. Yes, I did.
16      **Q. Speed loaders?**
17      A. Did not have speed loaders because I used a
18  semi-automatic.
19      **Q. Did someone ask to see those at any point,**
20  **whether you had them when they were doing this**
21  **check, if you remember?**
22      A. I don't recall.
23      **Q. Did you have eye and ear protection, they**
24  **were recommended --**

Page 97

25 (Pages 94 to 97)

1    A.  We would not have brought those on the
2  first day.  Those were not part of the
3  inspection.  That part I'm sure of.
4    **Q.  And then the next one that's not checked is**
5  **a two GB or larger thumb drive?**
6    A.  They didn't require that.
7    **Q.  And then a black ink pen?**
8    A.  I had two black ink pens.
9    **Q.  A valid driver's license?**
10    A.  I had a valid driver's license, but I did
11  not have it on me because I lost it that week
12  while I was shopping for a new car for my
13  sister-in-law.
14    **Q.  Okay.  So that had nothing to do with the**
15  **car that you brought, those were not related, the**
16  **fact that you had a car that wasn't -- yours was**
17  **in the shop?**
18    A.  Yes, right, my car was in the shop.
19    **Q.  But you left your driver's license at a**
20  **what, was it a dealer or where was it?**
21    A.  Well, I mean that's my -- I actually think
22  I left it in one of the cars I test drove.
23    **Q.  Did you ever find that driver's license?**
24    A.  Did not.

Page 98

1    **Q.  I assume they issued you a new one at some**
2  **point?**
3    A.  I went and got a new one that same day.
4    **Q.  Did you report the other one missing?**
5    A.  I did not.  That's not required in the
6  State of Illinois.  Well, they yelled at me about
7  it, they said why don't you have a police report,
8  because the State of Illinois doesn't require a
9  police report for a missing driver's license.
10    **Q.  And so the vehicle wasn't yours with the**
11  **vehicle sticker in the window.  And then we've**
12  **already talked about the placard, and we'll**
13  **probably talk about it a little more later.  So**
14  **we can set that one aside.**
15      **(Whereupon Deposition Exhibit**
16       **No. 5 was marked for**
17       **identification.)**
18  BY MR. HENRETTY:
19    **Q.  I'm showing you what's been marked as**
20  **Exhibit 5, do you recognize this?**
21    A.  It's a photo of a handicap placard.
22    **Q.  Was that your handicap placard that you**
23  **brought to the Police Academy on July 6, 2015?**
24    A.  I don't recall what the placard number was.

Page 99

1  I can't equivocally state that it was, but based
2  on the purpose of this deposition, I would
3  presume that to be the one.
4    **Q.  You have no reason to believe otherwise?**
5    A.  I have no reason to believe otherwise.
6    **Q.  Did anyone say anything to you about the**
7  **placard during the initial vehicle inspection?**
8    A.  I do not recall if anything was said to me
9  during the vehicle inspection, but at some point
10  something was said to me.
11    **Q.  Do you remember who said it to you?**
12    A.  Investigator Jeffrey Lange.
13    **Q.  Okay, and what did Investigator Lange say**
14  **to you?**
15    A.  Well, first he said what is that or
16  something to that effect.  I asked him what is
17  what, and he said something I don't recall.  And
18  either way the conversation came about that it
19  was a handicap placard.
20    **Q.  Did he say anything after that?**
21    A.  Well, there was a lot of things said after
22  that, but in the specific correct order I
23  couldn't tell you.
24    **Q.  To the best of your ability tell me about**

Page 100

1  your conversation.
2    A.  Well, generally and not specifically in the
3  order conversated the conversation went:  Whose
4  is that -- oh, no, it didn't go like that.
5      He said why is that hanging on your
6  mirror.  And I said very specifically it's there
7  for my wife, which was a bad way to phrase
8  things.  He then yelled at me about having it in
9  the mirror because that's illegal, and I said I
10  forgot to take it down.
11      He then turned around and yelled out to
12  everyone can you believe this, now they're
13  sending handicapped motherfuckers to the academy.
14    **Q.  When you said it was there for your wife,**
15  **what did you mean?**
16    A.  I mean that my wife and I had gone
17  somewhere the night before and I had put it up
18  there because she was in the car.
19      It was one of those times as I had said
20  earlier when I said sometimes I feel like, you
21  know, that I don't need -- that I'm going to be
22  able to be okay, you know, it was one of those
23  things.  But she was in the car, I was in the
24  car, so that made it legal to use it so I hung it

Page 101

26 (Pages 98 to 101)

1  up there because she was with me and she always
2  needs to be in a handicap parking area, so I had
3  it up there.
4  **Q.  And then in that conversation did you tell**
5  **Investigator Lange it was your handicap placard?**
6  A.  I said it was there for my wife, and at
7  some point it's my placard.  I was very clear, it
8  is my placard.  I never -- I don't want to jump
9  the gun here, but I never said it was my wife's
10  placard because it wasn't, okay.
11  **Q.  Okay.  What else do you recall about that**
12  **conversation?**
13  A.  I remember he talked to me for a while, but
14  I can't -- I shouldn't say a while, but a few
15  minutes.  But I can't remember specifically what
16  the remainder of the conversation was.
17      I remember he wasn't happy with me.  He
18  wasn't happy that I had a disability placard.
19  Yeah, I can't remember anything else
20  specifically.
21      I've read the reports, so anything else
22  I say at this point may have been stuck in my
23  mind based on the reports that I've read,104   3
24  so I can't tell you an accurate recall of the

Page 102

1  conversation beyond what I've already told you.
2  **Q.  Okay, and we'll take a look at one of the**
3  **reports later.  Did you know Investigator Lange**
4  **before that morning?**
5  A.  I wouldn't say I knew him.  I think I was
6  vaguely familiar with him, but I don't even
7  remember for certain about that.
8  **Q.  When you say you might have been familiar**
9  **with him, would that be --**
10  A.  Just from being on the job, yeah.
11  **Q.  Okay.  After you had that conversation with**
12  **Investigator Lange, what happened next?**
13  A.  Well, at some point I was told to gather my
14  things and go inside.  They then ordered me to
15  take the elevator.
16      Prior to my going in they had said --
17  they were out there while we were all lined up in
18  front of our cars and he said recruits are never
19  allowed to use the elevator for any reason.
20  Which also turned out not to be true, but that
21  was the statement.
22      So the minute I went in and they told
23  me to take the elevator, I knew I was being set
24  up.  And I was right.  I got on the elevator and

Page 103

1  went up to the second floor, they then screamed
2  at me and hollered at me recruits are never to
3  take the elevator, who do you think you are, what
4  are you doing.
5      They then forced me to run with both of
6  my suitcases, without knowing what my medical
7  conditions were, they made me run two flights of
8  stairs down to the basement carrying my suitcases
9  and back up to the top floor again.  So I had to
10  run all the way down to the basement carrying my
11  suitcases and I had to run all the way back up.
12  And I was the only one required to do that.
13  **Q.  Let me unpack that just a little bit.  You**
14  **said they told you to use the elevator, who is**
15  **they?**
16  A.  The academy instructors whoever was there,
17  I can't remember specifically who ordered me to
18  do it.
19  **Q.  Were there other -- was Lange an**
20  **instructor?**
21  A.  Yes.
22  **Q.  Were there other instructors than Lange**
23  **standing around at that point?**
24  A.  Yes.

Page 104

1  **Q.  Do you remember about how many?**
2  A.  Well, let's see.  Claudio Rivera, Lange --
3  there were more than that helping with the
4  initial stuff out in the parking lot, but how
5  many were actually in the building when they
6  ordered me to go up the elevator and run up and
7  down the stairs, I can only tell you there were
8  at least three.
9  **Q.  You said you were in the building.  Were**
10  **you outside originally talking about the placard**
11  **next the car?**
12  A.  Yes.
13  **Q.  And when did you go inside the building?**
14  A.  When I was ordered to do so.
15  **Q.  Was it temporally right after that that**
16  **they said go inside the building?**
17  A.  Reasonably close proximity, yes.
18  **Q.  Was there anything else related to the**
19  **academy or anything in between that, roll call or**
20  **anything or were you just having this**
21  **conversation?**
22  A.  No, I was just having that conversation
23  with Lange, he yelled out to the other people,
24  continued to talk to me.

Page 105

27 (Pages 102 to 105)

There was someone else in the vicinity, but I can't remember who it was or why they were there. I don't just mean they were out in the parking lot. They were somewhere reasonably near myself and Lange, but who it was and why they were there I do not recall.

Q. And when you say other people, were those --

A. Other recruits.

Q. Okay. Was everybody standing by their car or was everybody just kind of congregated, do you remember that?

A. We were all doing different things at that point because they had some people doing stupid things like dancing and singing BeeGee songs.

Q. They being the instructors?

A. Yes.

Q. Okay. So you went in, and then someone, Lange or someone who you said was an instructor told you to get into the elevator and go upstairs. What was -- was that one floor up?

A. At that point, yes, one floor.

Q. What was on the second floor generally?

A. Classrooms, offices.

Q. Was there anybody standing --

A. Yes.

Q. Do you need a break?

A. No, it was just one of those little spurts of pain.

Q. Was there someone at the top of the elevator waiting for you or --

A. I believe there were two people, but I can't swear to that either.

Q. Do you remember who?

A. No.

Q. Were they also instructors or --

A. Yes.

(Whereupon Deposition Exhibit No. 6 was marked for identification.)

BY MR. HENRETTY:

Q. Showing you what's been marked as Exhibit 6, do you recognize Exhibit 6?

A. Yes.

Q. What is Exhibit 6?

A. The To/From they made me write.

Q. When you say it's a To/From, it's identified as a Cook County Sheriff Police

Department memo, is all the handwriting on this page yours?

A. Yes -- well, wait a minute, let me make sure. Yeah, except of course for the sticker that was just put on there.

Q. Right. And when you say they, do you remember who made you write this?

A. No, I believe -- no.

Q. It's to a Sergeant Cammack?

A. Yes.

Q. Do you know Sergeant Cammack?

A. I know him, yes.

Q. When did you first encounter Sergeant Cammack?

A. Well, I first encountered him at my final power test.

Q. How did you encounter him?

A. Well, he was part of the crew conducting the test and I had a quick conversation with him in the hallway.

Q. What was the conversation, if you remember?

A. I said just hello to him, he said hello to me, and he said something about -- I don't remember how it came about, but I was aware that

he was a sergeant or I became aware during the conversation that he was a sergeant.

And, you know, I said something -- gosh, I don't know how it came up. But at some point we were having a conversation, we were both sergeants at the time, and at some point I said well, sergeants for two more days, you know, blah, blah, blah, whatever it was. And then of course he went and made a big deal out of the fact that I had the audacity to call myself a sergeant.

Q. He did then, or later?

A. No, no, it was -- later when we went into a classroom, he went and told his instructors that I had made reference of sergeant to sergeant, and they just went off about that fact.

It was a factual statement, but apparently I was out of line for having said it. He did not specifically berate me, but he did a general berating of everyone sitting in that classroom at the time.

Q. And that was during --

A. That was at the pre-test, the final physical test where they decided, you know, if

1 you're actually going to the academy or not.

2 **Q. Was Cammack the one who was instructing the**
3 **class?**

4 A. He's the one -- Cammack was in charge. He
5 was not specifically directing that portion of
6 the test or of the indoctrination.

7 **Q. Was he there?**

8 A. Was he in the room at the time? I don't
9 recall.

10 **Q. And just so I'm clear. When you said it**
11 **was generally everyone or was speaking to**
12 **everyone, did whoever was saying this make it**
13 **clear that you had been the one to say sergeant**
14 **to sergeant or were they just talking about --**

15 A. I don't recall, but it was no secret from
16 what I -- well, I shouldn't say that because
17 there's nothing to prove that.

18 But to the best of my knowledge
19 everyone there -- no, no, everyone there who was
20 with Cook County knew that I was the only
21 supervisor in that class.

22 **Q. So exactly what did they say?**

23 A. I don't recall specifically. I just know,
24 you know, that sergeant to sergeant was

Page 110

---

1 inappropriate and who did I think I was, you
2 know, you people are recruits and nothing more.

3 And I guess my take was no, I'm still a
4 sergeant because I haven't, A, been told I'm
5 actually going to the academy yet, and B, I'm not
6 assigned to the academy until Sunday, as of right
7 now sitting here I'm a sergeant.

8 **Q. They said somebody said sergeant to**
9 **sergeant?**

10 A. That's what they said. They did not
11 specifically identify me to the best of my
12 recollection.

13 **Q. Okay. Other than when you saw him in the**
14 **hallway did you speak with or see Cammack?**

15 A. Cammack.

16 **Q. Did you speak to or see Cammack between**
17 **that encounter in the hallway and the time when**
18 **you wrote this memo?**

19 A. Did I see him, yes, did I speak to him, I
20 don't recall.

21 **Q. You saw him just around in the --**

22 A. Yes, yes. I don't remember if we had any
23 other words.

24 **Q. Okay. Did you meet with Cammack that**

Page 111

---

1 morning when you said you were sent in to go
2 upstairs, was Cammack the person you were going
3 to meet with, if you remember?

4 A. Sent to go upstairs...

5 **Q. When they put you in the elevator and said**
6 **report upstairs --**

7 A. No, no, I was just -- that was just -- I
8 just ran down -- everyone else went upstairs and
9 lined up outside the classroom that we were going
10 to be using.

11 I was ordered to run down to the
12 basement and all the way back up to the top, at
13 which time I got in line with all the other
14 recruits.

15 **Q. I understand. I think I misunderstood you.**
16 **So you weren't sent up to speak with anybody,**
17 **they just said use the elevator to go upstairs?**

18 A. Yes, sir.

19 **Q. When you ran up and down the stairs you**
20 **said you had the suitcases, what was in the**
21 **suitcases?**

22 A. All the equipment we were supposed to
23 bring.

24 **Q. The stuff we discussed earlier?**

Page 112

---

1 A. Yes, sir.

2 **Q. Could people see you running up and down**
3 **the stairs or where was the staircase?**

4 A. No. Once I go in the stairs, no one could
5 see me unless they were actually in the
6 stairwell.

7 **Q. Do you remember anybody in the stairwell**
8 **when you were running up and down?**

9 A. Instructors, I believe, but I can't swear
10 to that. I know I heard instructors' voices, but
11 I can't remember if there were any -- like the
12 landing between the flight of stairs, I can't
13 recall if there was an instructor on the landings
14 to actually see me or not.

15 I don't even recall if there was one in
16 the basement when I go down there. The
17 instructor or instructors who...

18 **Q. When you took the elevator upstairs and you**
19 **said there was an instructor or instructors there**
20 **that told you to run up and down the stairs and**
21 **yelled at you, did you say anything to them**
22 **before you ran up and down the stairs?**

23 A. I said nothing. I simply just followed
24 their orders. I may have let out a disgusted

Page 113

29 (Pages 110 to 113)

1 sigh because I mean -- to let them know that I
2 knew they were setting me up from day one.
3     And when I was downstairs the first
4 time they gave me the order to run to the
5 elevator, I complied because I knew what they
6 were doing.
7     **Q. Were these the same instructors upstairs --**
8     A. Yes, it was all the same people.
9     **Q. So the people -- this wasn't a new set of**
10 **instructors upstairs that wouldn't have known**
11 **what had transpired downstairs?**
12     A. Well, no, they would have been -- this
13 obviously had to have been planned out -- well,
14 obviously if they ordered me to go up the
15 stairwell -- the elevator, they got somebody
16 standing up there to greet me, they had to have
17 planned it with somebody.
18     **Q. How do you know the person was waiting for**
19 **you at the top?**
20     A. Because when I got off the elevator they
21 were there and they chewed me out for using the
22 elevator.
23     MS. FLEMING: Can we take a break for a
24 minute?

Page 114

1     MR. HENRETTY: Sure.
2         (Whereupon a short break was
3         taken.)
4     Back on the record. Can you read back
5 the last question and answer.
6         (Whereupon the record was read
7         as requested.)
8 BY MR. HENRETTY:
9     **Q. Along those lines, you said that they set**
10 **you up, but did you say to the person at the top**
11 **of the elevator, you know, Lange just ordered me**
12 **to take the elevator up?**
13     A. Actually, and I'll let you refresh my
14 memory, yes, I did say something like that.
15     **Q. Do you remember specifically what you said?**
16     A. No.
17     **Q. What was their response to that?**
18     A. Well, they yelled at me. Specifically what
19 they said or did I don't recall.
20     **Q. Do you remember generally what they yelled**
21 **at you?**
22     A. No.
23     **Q. But you were ordered to run up and down the**
24 **stairs?**

Page 115

1     A. Um-hmm, yes.
2     **Q. Did they say run up and down the stairs or**
3 **did they say go back down and come back up?**
4     A. They said grab all your equipment, take
5 your ass down to the basement and back up again
6 or words to that effect. I mean it was like
7 that, but I can't tell you that was exactly word
8 for word what was said.
9     **Q. Take a look at Exhibit 6, do you remember**
10 **who ordered you to draft it?**
11     A. Again, I do not recall. I can't remember
12 if it was Sergeant Cammack directly or if it was
13 one of the instructors who came out and said
14 Sergeant Cammack wants you to write -- or
15 Lieutenant Camer wants you to write blah, blah,
16 blah.
17     **Q. Do you remember speaking with or seeing**
18 **Cammack that morning?**
19     A. That morning I don't specifically remember
20 it, but based on what I wrote in this memo I must
21 have seen him or spoke to him.
22     **Q. Do you know who Lieutenant Camer is? I**
23 **think you just mentioned him.**
24     A. He was the lieutenant assigned to the

Page 116

1 Sheriff's Police Training Academy.
2     **Q. Do you remember if you saw Lieutenant Camer**
3 **that morning?**
4     A. Again I don't recall, but based on what I
5 wrote here it appears that I must have.
6     **Q. Yeah, I'm not trying to trick you. Just to**
7 **read it for the record it says: My condition has**
8 **been discussed with Lieutenant Camer and**
9 **Sergeant Cammack, Lieutenant Camer provided me**
10 **with a copy of SEAM Article AA.**
11     A. Oh, that's right, yeah, yeah, he took me
12 into the office and gave me the SEAM article --
13 and maybe gave me some 88 paperwork too. I don't
14 remember that for sure. I don't remember where I
15 got that from.
16     **Q. So again this is dated 06 July 2015, is it**
17 **fair to say you met with them sometime that day?**
18     A. It's fair to say it, but I don't
19 specifically recall it.
20     **Q. Okay. Did you know Lieutenant Camer prior**
21 **to July 6?**
22     A. No.
23     **Q. Had you ever seen him?**
24     A. No, not to my knowledge.

Page 117

30 (Pages 114 to 117)

**Page 118**

Q. Looking at Exhibit 6 it says, and again I guess it's probably self-evident but just for the record it says in the second or third sentence from the top, and I think I highlighted it on that one: The placard is for an arthritic knee condition. This condition will not affect my ability to perform my duties at the Cook County Sheriff's Police Academy or as a Cook County sheriff's police officer.

Did I read that correctly?

A. Yes.

Q. That knee condition, that is the same arthritic knee condition that we've been discussing all day today, correct?

A. Yes.

Q. Do you remember going into specifics -- or do you remember being specific with either Lieutenant Camer or Sergeant Cammack about your knee condition?

MS. FLEMING: At what time or at what point?

BY MR. HENRETTY:

Q. At this meeting that day.

A. No, I don't. I don't remember that I put

**Page 119**

that line in there to let them know that I was not going to let the condition stop me.

Q. Do you remember having any other conversations with Sergeant Cammack after this day about either your knee or your back?

A. I remember being called into the office with Lieutenant Cammack and then Sergeant Cammack in the office, but did we specifically discuss any details of my condition, I don't recall.

Q. Other than this time do you remember being called into their office or an office?

A. Yes.

Q. Okay. When was the other time or times?

A. I don't know, several days later, a few weeks later, couple days later. Whenever it was was when they ordered me to sign a HIPAA release.

Q. There was one other time then is what you're saying?

A. At least one other time, yes.

Q. I think we're going to talk about that time. I just wanted to se if there was any other time that you remember talking to those guys?

A. There may have been, but I don't recall. And I also want to -- and I don't care if this is

**Page 120**

on the record or not. I want to apologize if I got a little, I don't know, testy in my voice earlier, but that whole incident with the elevator and the running down the stairs was very emotional for me, so I got a little overly sharp instead of that calm polite thing we've been having, so I apologize.

Q. There's no need to apologize. I've been in depositions that are much, much more contentious within the last two weeks.

A. I'm not trying to be contentious.

Q. No, not at all, you're fine. Do you remember -- and I know you don't entirely remember how it occurred that day. Do you remember if you were called down to the office, and again we're talking about July 6, to talk with either Camer or Cammack, did they call you out of class or how did you end up --

A. They would have called me out of class, I believe, that would be the normal way because their office is right next to the classroom.

Q. Just my own ignorance. Were the classes back to back like in high school or did you have time in between the classes, how did that work?

**Page 121**

A. You were in one room most of the time and you would get a break whenever your instructors gave you a break, but you didn't -- pretty much everything that happened either happened in the classroom, in the parking lot or in the basement gymnasium area or at the pool.

Q. And you don't remember when you got pulled out of class whether it was a break or not?

A. No -- well, I doubt this would have been -- no, I don't recall.

Q. Were you disciplined in any way for the elevator issue -- strike that. Were you given any written discipline based on the elevator issue?

A. No.

(Whereupon Deposition Exhibit No. 7 was marked for identification.)

BY MR. HENRETTY:

Q. I'm showing you what's been marked as Exhibit 7, do you recognize this?

A. Yes, sir.

Q. Is that all your handwriting?

A. Yes, sir.

1    Q.  What is this?
2    A.  An explanation of why I didn't have my
3  driver's license.
4    Q.  Do you remember who ordered you to draft
5  this?
6    A.  I do not.
7    Q.  Do you remember if this was discussed at
8  all with Cammack or Camer on the morning of
9  July 6?
10   A.  I do not.
11   Q.  Okay, I don't have anything further about
12 that one.  Do you have any sense of how long the
13 meeting was that morning, how long it took?
14   A.  No.
15   Q.  How long did you attend the Police Academy,
16 do you remember the date range?
17   A.  I physically attended from July 6 through
18 September 10.
19   Q.  How did you come to stop attending, what
20 happened?
21   A.  After we finished the last required
22 training for the day, I mean immediately as soon
23 as I finished it, Lieutenant Camer and
24 Sergeant Cammack approached me and told me to

Page 122

1  come with them.  They put me in a squad car,
2  drove me to my vehicle, told me I had one hour to
3  report to Human Resources at the jail.
4    Q.  Did they say anything else?
5    A.  There were other words, but I can't recall
6  specifically what they were and I can't tell you
7  the specific words they used to have me report
8  back to the HR.
9    Q.  Did they give you any other sense of what
10 it was about?
11   A.  Well, of course not.  They're always like I
12 don't know what's going on, we have no idea.  I
13 knew.
14   Q.  Why did you know or how did you know?
15   A.  Because I've been with the Sheriff's
16 Department for 29 years, you know, you know how
17 they operate.  There would have been no other
18 reason to remove me partway through the academy
19 class, and I was the only one.
20   Q.  You said after you said the last required
21 training for that day, were other people around
22 when they came up to you?
23   A.  The entire class was there.
24   Q.  Did they announce it or did they just come

Page 123

1  up to you and say --
2    A.  No.  They said it in a normal voice which
3  may or may not have been overheard by others,
4  said, you know, come with us, get in the squad
5  car.
6    Q.  Was it just the two of them in the car with
7  you?
8    A.  Yes.
9    Q.  You said they drove you to your car?
10   A.  Yes.
11   Q.  How far was that?
12   A.  It was just from one end of the parking lot
13 to the other.
14   Q.  How far was the facility from the jail to
15 HR?
16   A.  In miles I couldn't -- we were at the
17 Maywood racetrack and I had to go to 2323 South
18 Rockwell Street.  I'm sorry, I had to go to
19 26th and California, or 31st and California.  The
20 jail is at 26th and California, but HR is at the
21 other end.
22       And excuse me if I get upset.  This is
23 another not very good moment for me --
24   Q.  It's okay.  And if you need a break, just

Page 124

1  let me know you need a break.
2       What happened when you got to HR?
3    A.  Well, Sharon Little the assistant director
4  was there and said gee, I don't know why -- I sat
5  for a while and waited for her.  And she told me
6  I have no idea what you're doing here.  So I sat
7  for a while until they got it all straight.
8    Q.  Who is Sharon Little again?
9    A.  Assistant director of Human Resources.
10   Q.  And then what happened when -- were you
11 sitting in the lobby or were you --
12   A.  I was in her -- I was sitting in the HR
13 office, and then I got called into her office and
14 I sat there.
15   Q.  And then what did she ultimately tell you?
16   A.  I mean I don't remember exactly what was
17 said, but ultimately I was, you know, reassigned
18 to the Department of Corrections according to
19 them, no written notification, just stated verbal
20 notice.
21   Q.  Did she give you a reason why or did she
22 just tell you you're being reassigned?
23   A.  Just said I was, you know, being
24 reassigned.  She had no idea why, had no

Page 125

Page 126:

1 knowledge of it, no advanced warning, according
2 to her. Now exactly how she worded that, I don't
3 recall.
4 **Q. Okay. Let's take a step back. We're going**
5 **to be talking about the time you were in class**
6 **from July 6 through I think you said**
7 **September 10. So we're going to be talking about**
8 **that entire period, so I'm looking for any**
9 **examples or anything you can think of during that**
10 **period of time. Were you treated differently**
11 **than other recruits during that training?**
12 A. I feel that I was.
13 **Q. And how were you treated differently?**
14 A. They kept referring to my age, calling me
15 Pops, Old Timer. Of course once I found out
16 about all of this I mean I'm clearly no longer
17 paying attention in class. I'm constantly
18 looking at the door waiting for them to come drag
19 me out because of the idea that they can send you
20 back.
21     One time we were down in the gym doing
22 something, and as I was leaving I guess I didn't
23 do something quite right or I was a little slow,
24 I don't remember what it was. But I specifically

Page 127:

1 remember Investigator Lange looked at the other
2 people and he said it's all right, he's
3 handicapped, you know.
4 **Q. And you said they referred to your age. Do**
5 **you remember who referred to your age or when**
6 **they --**
7 A. Various instructors at various times.
8 **Q. About how many times, if you remember, ten**
9 **times, twelve times --**
10 A. All I can tell you is it was several times,
11 several occasions.
12 **Q. Several different instructors?**
13 A. At least two different instructors.
14 **Q. Do you remember which ones?**
15 A. Hartsfield was one and Claudio was the
16 other, I believe.
17 **Q. Hartsfield --**
18 A. Hartsfield, H-a-r-t-s-f-i-e-l-d, and
19 Claudio.
20 **Q. Did you ever hear anyone refer to anyone**
21 **else as Pops or anything like that?**
22 A. No.
23 **Q. Did you ever hear any instructor refer to**
24 **anyone else' age?**

Page 128:

1 A. No.
2 **Q. Other than the name Pops, were there any**
3 **other names that they might use that you**
4 **remember?**
5 A. Not that I heard.
6 **Q. Any other references to your age that you**
7 **can think of today as you sit here?**
8 A. Not that I can think of, no.
9 **Q. And then you mentioned the time when Lange**
10 **referred to you as handicapped?**
11 A. That's correct.
12 **Q. Are there any other times when you remember**
13 **anyone referring to you as handicapped during**
14 **this period of time?**
15 A. No. The first day of the academy, and then
16 that comment from Lange, and if there's anything
17 else I don't recall it at this time.
18 **Q. Were there any other ways that you can**
19 **think of that you were treated differently other**
20 **than what we've already discussed?**
21 A. Other than what we've already discussed.
22 Yes, the fact that I was pulled out of that class
23 that ninth week or whatever it was and sent back
24 to the classroom while everyone else got to stay.

Page 129:

1 **Q. You were pulled out, you're talking**
2 **about --**
3 A. Yes, sir, we discussed this before. When
4 they got sworn in and I was told I wasn't going
5 to be sworn in and I was not allowed to remain
6 and participate in whatever they were doing. I
7 was sent back to sit in a classroom by myself.
8 **Q. I don't think we did discuss that. So that**
9 **was in the ninth week?**
10 A. I believe it was the ninth week, or it
11 might have been the tenth week. It was the ninth
12 or tenth week.
13 **Q. It was prior to finishing up the --**
14 A. It was prior to September 10.
15 **Q. Okay. So tell me what happened that day.**
16 A. We were all ordered to bring our sheriff's
17 police uniforms to the academy because we were
18 going to get sworn in that day. Because the
19 sheriff couldn't be at the ceremony, the
20 graduation ceremony, so they were going to swear
21 us in ahead of time.
22 **Q. Who told you you weren't allowed to go to**
23 **that?**
24 A. Sergeant Cammack and Lieutenant Camer.

33 (Pages 126 to 129)

**Brad Sandefur**
**June 5, 2018**

Q. Did they give you a reason?

A. No. They always acted like they have no idea what was going on.

Q. They just said --

A. They just said, you know, you're not going to be sworn in, go back to the classroom. I mean they weren't that short about it, but that was essentially what they told me.

Q. Okay. Is there anything else that you can think of, any other ways that you were treated differently?

A. Not that I can recall at this time.

Q. Did you ever file any complaints against Sergeant Lange?

A. Investigator Lange.

Q. Investigator Lange. Excuse me.

A. I'm sorry, but we have to clarify because his wife is a sergeant.

Q. Okay, I understand --

A. And there is actually a Sergeant Lange there.

Q. It was actually a slip of my tongue. So did you ever file any complaints against Investigator Lange?

Page 130

A. I was afraid to file complaints against anybody because I didn't want to get kicked out of the academy.

Q. I understand that you eventually filed a complaint with the EEOC. Prior to that EEOC complaint did you make any complaints about anyone in the way that you were treated?

A. After I got back to the DOC, yeah, I kept saying -- I started immediately calling my union and asking how do I file a complaint, how do we get a grievance, how do I handle this.

Q. Other than talking to your union -- well, strike that. Is there any sort of complaint form about superior officers within the DOC itself that's calculated as opposed to going in to a union grievance, if you know?

A. I'm not -- I don't understand the question.

Q. Is there any way to file a complaint other than a union grievance?

A. Well, you can just write a general To/From, but that would just go to your direct commander which would go to his direct commander and -- it's kind of a thing of nobody knows who to give it to. Which is what took so long with this

Page 131

whole mess, because when I started calling the union, oh, we don't know who's supposed to handle this, we don't know where to go, so no.

Q. And again just to make it clean, because this is the only chance I get to ask you questions, so I gotta...

So other than the EEOC complaint, you didn't file any other complaints against any of the officers involved that we've been discussing?

A. Well, I believe I called Robert Egan, but again, I can't swear to that.

Q. Who is Robert Egan?

A. He's the compliance officer.

Q. You called him about the treatment at the --

A. About being -- well, yeah, about that, about being removed from the academy, you know, to the best of my recollection. It's been so long now that I could be confusing my facts. And the only reason I'm saying that is because I don't want anyone to say I lied about anything.

Q. I understand. Okay. And I just have to ask this to make sure we've exhausted it. At any time since -- strike that. At any time in your

Page 132

career have you ever requested to be accommodated for any medical issues or disability that you have. And when I say -- strike that. That was a bad question.

Have you ever in your career up through today requested any accommodation from the Sheriff's Office for any disability or medical issue you have?

A. In writing, no.

Q. Well, have you made any verbal ones or oral ones?

A. Yes, but they weren't related to my knee or my back.

Q. Okay. Which ones did you make?

A. I had two on-duty injuries, so accommodations were made during those duty injuries.

Q. Do you remember what the injuries were?

A. Well, yeah, I lost part of one of my fingers. And then I had a chair collapse underneath me and now I have a permanently pinched nerve in my neck as a result.

Q. What accommodations were you given at that time?

Page 133

34 (Pages 130 to 133)

A. Well, I mean I don't know if you'd really call it an accommodation because I went on duty injured with the loss of the finger, you know, and they just went and got me medically taken care of. I guess I really didn't need a special accommodation there, I just had to have a bunch of time off.

For the neck, basically I just told them -- when the injury first happened I should have gone on duty injured, but I didn't. And I couldn't turn my neck any further than this (indicating).

So I was just like you can't put me anyplace where I have to have a full range of movement to observe whatever is going on. And that was made to a female chief and I don't remember her name.

Q. Did they accommodate that or did they --

A. Well, the way it worked out, yeah, there was not -- it didn't turn into an issue. Because of the nature of what was going on at the time, it never became an issue that I would be given an assignment like that.

Page 134

(Whereupon Deposition Exhibit No. 8 was marked for identification.)

BY MR. HENRETTY:

Q. I'm showing you what the court reporter has marked as Exhibit 8, do you recognize Exhibit 8?

A. This is the HIPAA release I was ordered to sign.

Q. And you alluded to this earlier. Who ordered you to sign it?

A. Lieutenant Camer.

Q. And that was at that very first -- or no, strike that. That was at the second meeting I think you indicated, right?

A. It was at another meeting.

Q. If I were to represent to you that there was a meeting with Lieutenant Camer -- or strike that. Okay. At a different meeting you met with Lieutenant Camer and he ordered you to sign this?

A. Yes.

Q. Did you sign it?

A. Yes.

Q. Is that your signature under signature of patient?

Page 135

A. Yes.

Q. What was your understanding of the purpose of this document?

A. My understanding was that was in case I got hurt they needed to have specific information related to my disabilities and that that was the only purpose for this.

Q. And Lieutenant Camer told you that?

A. I asked him. I said is this in case I get hurt, and he said yeah, now sign it.

Q. If you see about five lines down it says: Specific information to be released, all medical records. Did I read that right?

A. Well, you know, I --

Q. Well, let me take a step back a minute. Is this your handwriting?

A. Yes.

Q. So you filled this out and signed it?

A. Well, this is not all my handwriting. The DNA is not mine.

Q. Okay. Did you write all medical records?

A. Yes, that's what I was ordered to write.

Q. And then it says -- hospital name is crossed out and it says Dr. Stephen Behnke and

Page 136

Associates, that's the same doctor we discussed earlier, correct?

A. Yes. But he actually ordered me to put down every place that I had ever gotten medical attention, and I couldn't remember that.

Q. Did you understand that once you signed this form that Dr. Behnke could turn over all of your medical records to the Cook County Sheriff's Office?

A. I understood that, yes, but like I said, it wasn't a voluntary signature. I was not going to get sent back because I refused an order.

Q. When you say sent back, if you had refused to sign this what do you think would have happened?

A. That they could have sent me back to the jail and said all right, you can't follow orders, you're done.

MR. HENRETTY: All right, that's all I have on that.

THE WITNESS: I need a break.

MR. HENRETTY: Okay, we'll take a break.

(Whereupon a short break was taken.)

Page 137

35 (Pages 134 to 137)

BY MR. HENRETTY:

Q. Okay, we're back on the record. Do you remember having an interview on August 4, 2015, this would have been with Inspector Stajura, Deputy Inspector Goldsmith and Sergeant Sullivan?

A. I don't remember the date, but I remember that interrogation or interview, whatever they want to call it, yes.

Q. Do you remember if anybody else was present?

A. Just those three.

Q. And that was at Maywood?

A. Yes -- or Maybrook, yeah.

Q. Maybrook, so that was not where --

A. It's called -- everyone mistakenly calls that Maywood. It's the Maybrook court facility where the sheriff's police headquarters are.

Q. Do you remember was that during a class day?

A. Yes, yes, I was taken out of class.

Q. Did somebody come and get you?

A. Yes, somebody came got me and ordered me to report to them.

Q. Was that -- and I apologize for not

Page 138

knowing. Was that at a different facility or was that --

A. Yes.

Q. So you had to drive?

A. Yes.

Q. Were you told to go there immediately?

A. Yes.

Q. Do you remember what time of day it was?

A. No.

Q. Did you drive there?

A. Yes.

(Whereupon Deposition Exhibit No. 9 was marked for identification.)

BY MR. HENRETTY:

Q. I'm going to show you what the court reporter has marked as Exhibit 9, it will act as sort of a guide for the next several questions.

A. Okay, Sergeant Sullivan's report.

Q. Have you looked at this before?

A. Numerous times.

Q. Okay. Specifically I'll turn your attention -- and just for the record, this is marked Sandefur/Dart 8 through 16.

Page 139

If you'll turn your attention to Page 11 at the bottom of the page, it starts with: On August 4, 2015, at approximately 1218 hours, an interview of police recruit Brad Sandefur was conducted in the command room of the Cook County Sheriff's Police headquarters located in Maywood, Illinois.

Did I read that correctly?

A. Yes.

Q. I believe this is the interview that we're talking about, does that seem accurate to you?

A. Yes.

Q. Okay. You referred to it as an interrogation. Why did you refer to it as an interrogation?

A. Because they got kind of nasty and they basically told me I was lying and that they had done in their homework and I'd better come clean.

Q. Had you had any experience with, and we'll just go through them one at a time, Inspector Stajura prior to this?

A. No experience with any of them.

Q. This is the first time you met all three of them?

Page 140

A. To the best of my recollection, yes.

Q. Okay. Turning to Page 12 then, and I just want to make sure we're on the same -- if you go eight lines down there's a sentence that starts: Police Recruit Sandefur said. Do you see that?

A. Okay.

Q. Do you see that?

A. Yes.

Q. It says: Police Recruit Sandefur said that the handicap placard was authorized by his doctor for his arthritic knees, but should have been authorized for a back condition he was suffering from. Did you say that to them?

A. I said something like that, yes.

Q. And then the next sentence says: Police Recruit Sandefur said he advised his doctor that he had filled out a handicap -- sorry, strike that. Let me make sure I read it correctly.

Police Recruit Sandefur said he advised his doctor that he had filled out the handicap placard incorrectly, but also advised that he sent the application to the Secretary of State regardless.

Did you advise your doctor that he had

Page 141

36 (Pages 138 to 141)

**Page 142**

1  filled out the handicap placard application
2  incorrectly?
3     A. What I told him was I would have thought
4  that my back was the more pressing condition.
5  But I'm not the doctor. That's what I told him.
6     **Q. When you say him, that's what you told the**
7  **officers or that's what you told your doctor?**
8     A. This says that I advised my doctor, okay.
9  I didn't say it this way, but I mean they're
10 giving the shortened version of the
11 circumstances.
12    **Q. And just so you know, the reason I'm going**
13 **through this is to find out what you say is**
14 **accurate and what you say is inaccurate. So as**
15 **far as that's concerned --**
16    A. Well, that's not exactly -- it's generally
17 accurate but it's not specifically accurate. I
18 didn't phrase it quite like that.
19    **Q. But you do agree that at one point you told**
20 **Dr. Bahnke that you thought it should be your**
21 **back and not your knees?**
22    A. And that's exactly what I told him. And I
23 specifically worded it I would have thought that
24 my back condition was the more serious condition.

**Page 143**

1  But this says both conditions, and I said I sent
2  it in regardless because both conditions
3  qualified, so it really didn't matter.
4     **Q. What did Dr. Bahnke say when you stated**
5  **that to him, if you remember?**
6     A. He didn't say anything actually.
7     **Q. And I'm just powering through this**
8  **paragraph --**
9     A. Okay.
10    **Q. Police Recruit Sandefur said that once he**
11 **received notification from the SOS that his**
12 **application had been approved for the knee**
13 **condition, he made no attempt to notify the SOS**
14 **that the handicap placard was issued for the**
15 **wrong medical condition or that it was incorrect.**
16    **I'm assuming SOS means Secretary of**
17 **State?**
18    A. Yes.
19    **Q. Did you --**
20    A. There was no reason to. It wasn't
21 incorrect. That is the investigators putting
22 their twist on this. They're going oh, so it's
23 incorrect and you sent it in anyway. No, it
24 wasn't incorrect, it just wasn't the condition

**Page 144**

1  that I felt was the more serious one. That's
2  all.
3     **Q. And because of that you never --**
4     A. There was no reason to.
5     **Q. Well, wait a minute. I have to ask it**
6  **clean. She can't take us both down talking.**
7     A. Okay, I'm sorry.
8     **Q. That's okay. Just to be clear for the**
9  **record then, you didn't feel there was any reason**
10 **to contact the Secretary of State because you**
11 **believe that both of those, both your knees and**
12 **your back were appropriate to --**
13    A. Correct.
14    **Q. -- to get a placard, okay. The next**
15 **sentence: Police Recruit Sandefur said that he**
16 **never notified the training academy personnel,**
17 **Investigator Lange, Sergeant Cammack or**
18 **Lieutenant Camer that the handicap placard should**
19 **have been authorized for a back condition because**
20 **it was approved for a knee condition so that is**
21 **was -- so that is was -- that's not right, but**
22 **that's what it says though --**
23    A. Right.
24    **Q. -- so that is was he wrote in his**

**Page 145**

1  memorandum.
2     Is it fair to say that you -- that
3  because the placard had been approved for the
4  knee condition that's what you put into your
5  memorandum?
6     A. That is correct.
7     **Q. And that's what you told the investigators?**
8     A. I don't recall if that's what I told them,
9  but if that's what they wrote, I'm going to
10 assume that I told them something along those
11 lines.
12    There are certain things I'm going to
13 remember pretty specifically and some that I
14 won't.
15    **Q. Right. Next: Police Recruit Sandefur said**
16 **that when he worked at the Cook County Department**
17 **of Corrections he would park in a space**
18 **designated for handicapped persons approximately**
19 **three times per week.**
20    **First of all, is that accurate, did you**
21 **park in a handicapped space approximately three**
22 **times per week?**
23    A. No. That was one of those things where
24 they're like well, did you do it this much, did

37 (Pages 142 to 145)

1  you do it that much, was it more than this, was
2  it less than that, I fell into that game. So I
3  can't -- I may have said that, but I can't tell
4  you that it's accurate.
5      **Q. Do you remember if you said that or not?**
6      A. I just said I may have said it, but I can't
7  recall if it's accurate or not.
8      **Q. I'm going to sound like a lawyer. I**
9  **understand what you're saying. You may have said**
10 **it to them, but you don't remember whether you**
11 **did say it to them?**
12     A. No, no. I may have told them that it was
13 three times a week, but that was after being
14 pressured to come up with a number. So I cannot
15 say that that number is accurate.
16     **Q. Okay. But you don't remember specifically**
17 **whether or not you told them that, or do you**
18 **think you --**
19     A. Well, no, I remember them pressuring me and
20 I told them something. So there's no reason to
21 disbelieve that this isn't what I said after
22 being pressured to narrow it down.
23     **Q. Understood. He admitted that he sometimes**
24 **parked in the designated handicap parking space**

Page 146

1  what I meant up there earlier, you know. The
2  condition isn't always occurring at that moment,
3  but you don't know when it will occur. Because I
4  talked to a couple of people and they said yeah,
5  we too have these intermittent conditions.
6      **Q. Do you remember who you talked to?**
7      A. No.
8      **Q. Police Recruit Sandefur acknowledged his**
9  **signature on the application sent to the**
10 **Secretary of State, but does not recall**
11 **submitting it.**
12     **Is that the one we already looked at?**
13     A. It may have been because there would have
14 been two submissions.
15     **Q. When you say submission, that's just the --**
16     A. The application being submitted to the
17 Secretary of State.
18     **Q. For the placard?**
19     A. Yes.
20     **Q. Police Recruit Sandefur advised that even**
21 **though the box on the application cites his**
22 **condition as permanent, it has improved over the**
23 **last nine months and he no longer requires the**
24 **need of a handicap placard.**

Page 148

1  **when no medical issue was occurring with his**
2  **knees, utilizing the parking space for**
3  **convenience only.**
4      A. That is absolutely a half-baked truth.
5      **Q. Okay, what did you --**
6      A. I told them just what I told you earlier,
7  that you never know when the condition is going
8  to crop up. So yes, I would park there not
9  knowing whether the condition was going to occur
10 or not.
11     And they said well, did you do it for
12 convenience or because of your condition. I said
13 both because if you're handicapped it's
14 convenient to be in a handicap spot. And they
15 twisted that to be against me.
16     **Q. Police Recruit Sandefur said that he**
17 **believes that other members of the Cook County**
18 **Department of Corrections utilized handicap**
19 **placards to park in preferred parking spaces**
20 **designated for handicap persons out of**
21 **convenience and not out of medical necessity.**
22     **Do you remember saying that?**
23     A. Well, I say again this has been twisted. I
24 did say something along those lines, but it meant

Page 147

1      A. Okay. Again as we've discussed that's not
2  quite what I said. I said I had been considering
3  turning it in because it seemed like I needed it
4  less and less.
5      **Q. Okay. Police Recruit Sandefur said that**
6  **sometimes he would feel fine, but at other times**
7  **his condition would worsen and he would have a**
8  **hard time walking.**
9      A. Yeah, I said something along those lines.
10     **Q. Is that an accurate statement as to what**
11 **was going on at the time?**
12     A. It's an accurate generalization.
13     **Q. Okay. Police Recruit Sandefur advised that**
14 **he does not know how his doctor could cite that**
15 **he has a permanent condition requiring the use of**
16 **a handicap placard and then subsequently fully**
17 **clear him to perform all the duties required as a**
18 **police recruit.**
19     **Did you have that discussion that day,**
20 **if you remember?**
21     A. Yes, we had that discussion, but again
22 they've twisted the actual conversation.
23     **Q. Okay. Tell me about the actual**
24 **conversation.**

Page 149

38 (Pages 146 to 149)

A. Well, the conversation was well, how could your doctor approve this if you're able to do all this stuff. Well, I don't know, you'd have to ask him. But, you know, it's an intermittent condition.

**Q. Police Recruit Sandefur said that he knew the information contained in the application sent to the SOS was correct, but he had it renewed -- sorry, incorrect. Let's try that again. Strike it.**

**Police Recruit Sandefur said that he knew the information contained in the application sent to the SOS was incorrect, but he had renewed without attempting to make amendments.**

**Is that something that you spoke to with the gentlemen during the --**

A. We did have a conversation about that, but that's along the same lines as what we discussed with you earlier, that both conditions qualified, there was no reason to have to change it.

**Q. Did you tell them that you thought that information was incorrect? Is that a word that you remember using?**

A. No, I never said the information was

Page 150

incorrect. All I ever said was that I felt that that condition was the more serious condition. That's all I ever told them.

**Q. Police Recruit Sandefur said that he did not take any steps to ever correct the false information reported to the SOS in his application for a handicap placard.**

**Is that the same as what we just talked about?**

A. Same as we just talked about, the information wasn't false.

**Q. Police Recruit Sandefur said that his knees are a legitimate problem, yet it will not hinder him from performing his duties?**

A. I'm sure I said something to that effect.

(Whereupon Deposition Exhibit No. 10 was marked for identification.)

By MR. HENRETTY:

**Q. That's all I have for that one right now so we can put that aside. Showing you what's been marked as Exhibit 10, do you recognize this document?**

A. I do.

Page 151

**Q. What is this document?**

A. It's another To/From. I know it says memorandum at the top, but we commonly refer to these as To/Froms.

**Q. Okay --**

A. To Lieutenant Goldsmith clarifying what you and I have already discussed.

**Q. Okay, a couple of specific questions. The second sentence that starts I stated that the doctor should, do you see that, it's about four lines down?**

A. I stated that the doctor should not have marked my placard application the way it was marked.

**Q. And the next sentence says: This statement was mistakenly based on my current improvements, not my condition at the time of the application -- of application.**

**Is that accurate how I read that?**

A. Right.

**Q. So what do you mean by that?**

A. Well, that was me writing in a hurry. This is poorly written, okay. I was trying to tell them that my back was the more serious condition

Page 152

in my opinion and that the qualifying condition is the doctor's decision, not mine. I'm not a doctor and that's what it says here: I also now realize that the qualifying condition is the doctor's decision regardless of my personal opinion.

**Q. When you say based on my current improvements, what was improving at that point?**

A. I mean the fact that I hadn't had any issues performing the tasks at the academy, and as I said, for a few months before I went the other -- something in here said that I hadn't had any real flare ups for a few months before I had gone to the academy.

**Q. So when you say not have marked the placard application the way it was marked, is that referencing --**

A. Right. This is -- I was angry, I was writing in a hurry. This is almost gibberish, I wrote very poorly in this thing.

I was trying to make the point that -- the whole understanding about this was simply to clarify to them that the point is I don't get to name the medical condition, the doctor does.

Page 153

That's all this was intended to do.

Q. I just want to make sure I'm clear. When you say that the current, are you talking about the condition of back versus knee or are you talking about the permanency?

A. I don't recall because as I said, my main point was to clarify that it's not up to me to tell anyone what my condition is that qualifies, it's up to the doctor. And that was the main point of this memo.

(Whereupon Deposition Exhibit No. 11 was marked for identification.)

BY MR. HENRETTY:

Q. I understand. All right, thank you. Do you recognize Exhibit 11?

A. I don't recall if I've seen this or not. I may have. Oh, yes, yes, I do remember this now that I look at some other pages.

Q. I'm going to ask you some specific questions. Let's make this clear from the very beginning. Gary Abrams is representing you, he has an appearance in this case, so I'm certainly not asking you any questions about conversations

Page 154

you had with your attorney.

I want to make that very clear. I don't want you to tell me anything he said to you or you said to him.

A. I will do my best to avoid that.

Q. Okay, and I'm sure your lawyer will also jump in if that's --

A. She'll throw another water bottle at me.

Q. So let's get that straight. I'm not asking that, so don't interpret any of my questions to be asking that.

A. Okay.

Q. There are some specifics that I can ask. One of them would be -- and obviously see if there's any objection -- but when did you first meet with Mr. Abrams?

A. I wouldn't know that answer, but it was -- I believe that it was sometime in 2015.

Q. Was it after -- if you remember, during the class or was it after?

A. It would have been after I had been removed.

Q. Okay. I will represent to you, and you tell me if this is accurate -- well, strike that.

Page 155

At some point you did file, and we discussed it, I'm not marking it as an exhibit, but you filed a complaint with the EEOC; is that right?

A. Yes.

Q. And that's the federal Equal Employment Opportunity Commission?

A. Yes.

Q. Do you remember if you had filed that before or after you retained Mr. Abrams?

A. It was after I retained him. I retained him for that purports.

Q. Okay. And then at some point -- and I'm not going to mark this. But at some point a lawyer on behalf of Cook County responded in a letter and this is the reply or the response to the Cook County letter, whether you want to call it a response or a reply.

A. Okay. I can live with either one.

Q. And is that -- as far as you know, is that --

A. This would be our official response to whatever it was presented.

Q. And Mr. Abrams did represent you in that

Page 156

portion of the case, correct?

A. Yes.

MR. HENRETTY: For the record this is Bates numbers P92 through P103. And I'll say to Counsel there were some exhibits attached to this that I didn't attach here. They're the next 20 or so pages as you're looking at the Bates number.

MS. FLEMING: Okay.

BY MR. HENRETTY:

Q. So if you look at Pages 92 and 93, it's a letter signed by Mr. Abrams. And then Page 94 it says statement on behalf of charging party, which is referenced as CP, refuting respondent's position statement. Is that accurate?

A. Well, the lawyer put that in there, so whatever he...

Q. And it says statemet actually, but I think he means statement.

A. This says statement, mine says statement.

Q. The other side, the last one --

A. Oh, yeah.

Q. -- I think that's just a mistake. And then if you look back again at Page 92, the very front

Page 157

part. And this is all lawyer stuff so I
apologize. Charging party, comma, Brad Sandefur,
and then CP respectfully submits. Do you see
that?

A. Um-hmm.

Q. Do you understand that to mean whenever
it's referring to CP it's referring to you?

A. Correct. As within the other, yes.

Q. I just want make that clear as we're going
forward. So when I say you, I'm referring to CP.

So if you look at Page 94 right at
the beginning of the first full paragraph it
says: CP began his career with the Sheriff's
Department in 1990. This is after having been
passed over for younger less qualified candidates
for over -- for almost two years.

Did I read that correctly?

A. Yes.

Q. Is that accurate, that statement?

A. Yes.

Q. How do you know you were passed over for
younger less qualified candidates?

A. As we discussed earlier, when I ran into
those cadets coming out of the uniform store.

Page 158

Q. And you said you weren't entirely sure what
their grades were; is that right?

A. What I said -- it might have been an
exaggeration when I said that I scored -- that
they scored lower than me.

Q. So you don't -- or do you know what --

A. I don't know what their specific scores
were, no.

Q. Do you know that they scored lower than
you?

A. Again, no.

Q. So if you look at the beginning of the last
partial paragraph on that page: CP's story of
being promoted to sergeant is similar to the one
CP just related. Therefore CP will not go into
great detail except to say that from 1993 to 1995
CP was a member of the original Special
Operations Response Team, and everyone on the
team who made a promotional list was promoted
except for CP.

Did I read that accurately?

A. Yes.

Q. Is that an accurate statement?

A. It is, to the best of my knowledge.

Page 159

Q. Well, how do you know --

A. Because I was on the team and I know
everyone who made the list and I know everyone
who got promoted to either sergeant or sheriff's
police.

Q. Were you older than all the people that got
promoted?

A. Was I older than everyone that got
promoted? At that time I don't -- I believe
Officer Thomas might have been older than me.

Q. Do you know how much older than you
Officer Thomas is?

A. No. I don't know that he's older at all,
it's just my guess.

Q. Do you know if any of them were younger
than you?

A. Several of them were younger than me, yes.

Q. And how do you know they were younger than
you?

A. Well, I mean just from working with them
and you have those discussions.

Q. Do you remember who they were, who got
promoted?

A. Well, let's see here. Darren Waller,

Page 160

Robbie Waller, Larry Rivlin, Presant Thomas,
David Gomez, Jess Ocalski, whose first name and
correct spelling I don't recall. And oh, my
goodness, who was that big one, the troublemaker,
Vaughn, Robert Vaughn.

That's all I can recall at the moment.
I'd have to actually see the list of people who
were on the team at the time.

Q. They were all promoted to --

A. To sergeant or sheriff's police.

Q. Is there a pay difference between being a
correctional officer and a sheriff's police?

A. Officer, yes.

Q. Was there a pay increase from you going
from sergeant to becoming sheriff's police?

A. Yes.

Q. How much pay increase was it?

A. It was around $7,000.

Q. In 2015 what did you make as a sergeant?

A. I don't recall, around 86, 87,000.

Q. And then incoming sheriff's police would
have made around 93-ish?

A. Well, as a matter of fact I believe I was
making 83, when I went to the sheriff's police I

Page 161

41 (Pages 158 to 161)

was making about 90.

But again, that's just my memory and it may be incorrect. But I know that their raise was about $7,000 because I was making about what a lieutenant in corrections would make.

**Q. Okay. Talking about age, other than what we've talked about, do you have any other basis for the claims in this case regarding age discrimination -- strike that. That was a bad question.**

**Other than what we've just talked about, do you have any other basis for your belief that you were discriminated against because of your age?**

A. Yes, all the years that I've made the sheriff's police list and was never promoted and people younger than me with less time on the job were promoted.

**Q. And you think --**

A. And I tried to get their birth dates so I could file a complaint, but I didn't know how to get their birth dates to prove -- or their years of service in order to prove that claim.

**Q. Okay. So as we sit here today you said you**

don't know what their birth dates were or what their ages were?

A. No, but I know they were younger.

**Q. And that's based on these conversations that you had --**

A. Conversations, working with them, I was some of their bosses. So, you know, I was there from the day they started.

**Q. Why do you think that was based exclusively on age?**

A. I didn't say it was based exclusively on age.

**Q. Well, okay, fair. Why do you think it was partially based on age?**

A. Because they're obviously younger than me. They obviously have less years on the job than me. I know part of that because I trained some of them.

Okay, I forgot. I was an academy instructor. I'm an Illinois state certified academy instructor, and when I was on the SORT team I was assigned to be the academy instructor.

**Q. Other than the fact that they were younger than you and got promoted, is there any another**

reason you believe that age was a factor in promoting them over you?

A. No. Well, I guess I should correct that statement that I just said now. Because if they've only got a few years on the job -- and I can't prove this because I'm not allowed to look at their personnel file, but it's pretty good that despite the fact that I was on the Special Operations Response Team that I had more training than they had.

So more time on the job and more training, and yet the younger people were sent and I was not.

**Q. Other than the people who were on your team, were there other people who were older than you that were promoted since you've been there, since you've been with the County?**

A. Since I've been at the County, actually not that I know of. I can't say that they weren't, but I can just say --

**Q. And I said promoted, are we talking specifically about going from --**

A. From corrections deputy to the sheriff's police, yeah.

**Q. Okay. Are there any other promotions other than that one that you believe you haven't gotten because of age?**

A. No. And again I'm not saying that one is specifically only because of my age, I'm just saying that I believe that was a factor.

**Q. Were there any promotions that you didn't get other than the transfer from DOC to police that you think was related to your disabilities or your knees or your back?**

A. I need to clarify. When you ask that question you're not referring to the promotions I was denied after I was removed from the Academy; is that correct?

**Q. I am referring to that, yes, I mean any promotions you were denied.**

A. Okay. Well, continually not going to the sheriff's police and I never got promoted to lieutenant either although people both younger and older than I were promoted to lieutenant.

**Q. And you believe that was based on the medical issues that you have?**

A. No, I believe it was based on politics.

**Q. Can you explain?**

**Page 166**

1   A.  Yeah, I don't have any political
2   connections.  It's not really relevant to the
3   case I don't suppose, but if you knew the whole
4   story of me going to the Sheriff's Department and
5   how and what I had to go through to even get
6   hired, your hair would stand on end.
7         So that's all part of all of this.
8   Even though it's probably beyond the legal time
9   for filing and all of that, but it's a
10  culmination, it's an ongoing event in my opinion.
11      Q.  Well, the questions I'm asking you about
12  are about the ones in the complaint because
13  that's all I --
14      A.  I understand.  But I'm just trying to tell
15  you where the basis of some of my answers are
16  coming from.
17      Q.  I understand.  But I just want to make sure
18  that I'm clear because we haven't talked about it
19  otherwise.  Other than being removed from the
20  academy in 2015 and then not being returned to --
21  strike that.
22         Have you applied to go back to the
23  academy since?
24      A.  Yes, I have.

**Page 167**

1       Q.  Other than that, are there any other
2   promotions you believe you weren't given because
3   of your disability?
4       A.  Because of my disability, no.
5       Q.  All right, okay.  So going back to the
6   letter on Page 95, the next paragraph starts:
7   CP has often been accused or charged with things
8   CP did not do by Sheriff's Department.  CP has
9   three times been accused of sexual harassment for
10  simply expecting females to do the same work as
11  males, all were disproven.
12         Then I'm trying to find -- if you go
13  down a few sentences it says:  The Department has
14  twice tried to fire him or give him lengthy
15  suspensions based on charges which were
16  eventually disproven.
17         I have to I do this because I have to
18  talk about your disciplinary history a little
19  bit.  When you say disproven in here, what does
20  that mean?
21      A.  Well, I mean they were proven to be false,
22  that there was no truth to the allegations.
23      Q.  And no discipline attached?
24      A.  Well, discipline was attached and then

**Page 168**

1   later corrected.
2       Q.  When you say corrected, what do you mean?
3       A.  That means they had to give me back all of
4   my pay and supposedly remove the record of
5   suspensions, which I already know does not
6   actually occur.  They keep a permanent
7   disciplinary file even though that violates our
8   contract.
9       Q.  What I'm -- and I'll tell Counsel what I'm
10  looking at although I'm not going to mark it.
11  Sandefur/Dart Pages 452 and 453 of the
12  disciplinary history.  I just want to briefly go
13  through this with you.
14         And I'm going to go in reverse order
15  because I think it might be easier.  The first
16  one is the one about this case so I'm going to
17  skip that because we've already talked about this
18  case.
19         Do you remember getting a reprimand in
20  September of 2014 for failure to perform assigned
21  tasks?
22      A.  Yes.
23      Q.  What was that for?
24      A.  I don't recall.  I just know it was

**Page 169**

1   bullcrap, but they refused to let it go.  And
2   they often do that.  Even though they know that
3   you've proven your case, they just -- they get in
4   trouble if they just throw things out, there has
5   to be some gray end reason for it.
6       Q.  Do you remember being suspended for five
7   days in August of 2014 for major acts of
8   insubordination?
9       A.  I remember the incident -- well, wait a
10  minute, do I remember that one or not.  I don't
11  know.  I'd have to know who signed that.  I've
12  been accused of insubordination twice.
13      Q.  Well, was there one time when you actually
14  served a suspension --
15      A.  No, I don't recall ever serving a five day
16  suspension for either one of them.  That doesn't
17  mean it didn't happen, it just means I don't
18  recall ever serving a suspension for either of
19  them.
20      Q.  And we do have everything and we've turned
21  it over to your counsel.  I just want to go
22  through these.  This one does not indicate that
23  it was reduced.
24         There was also one in October of 2012

43 (Pages 166 to 169)

1     where you were initially given a suspension
2     of 14 days that was eventually reduced to a
3     reprimand.  Do you remember that one?
4        A.  No.
5        Q.  And finally there was one where you were
6     suspended for twenty days that was reduced to a
7     suspension of three days in 2011.  Do you
8     remember that one?
9        A.  No.
10      Q.  Do you know if any of those are the ones
11    referred to in this letter that were disproven?
12       A.  Well, the specific ones in this letter,
13   none of the ones you just named would be the ones
14   that I believe that this references.
15      Q.  Okay.  If you go to Page 96 at the
16   bottom paragraph, last partial paragraph it
17   says:  CP had the right to use the placard at all
18   times.  CP's condition is intermittent in that
19   its debilitating effects and sometimes -- I'm
20   sorry, let's try that again.
21        CP's condition is intermittent in its
22   debilitating effects, and sometimes CP takes the
23   risk that it will not cause him an issue during
24   specific time frames and CD does not park in a

Page 170

1   disability area.
2        Is that what we were talking about
3   before where you said sometimes you feel all
4   right so you don't park --
5       A.  Yes, sir.
6       Q.  -- and then eventually you may or may not
7   hurt when you come out?
8       A.  Right, correct.
9       Q.  All right.  The next page, first full
10   paragraph, starts with respondent states, and
11   I'll read a little bit of this so bear with me.
12        Respondent states that CP drafted a
13   memo in which CP stated that the arthritic
14   condition would not affect his ability to do the
15   job.  This is partially true.  What is not
16   mentioned is that CP was ordered to write a memo
17   regarding his condition and detailing any special
18   accommodations CP might require.
19        This order was issued by either
20   Sergeant Cammack or Lieutenant Camer.  CP cannot
21   clearly remember which one of them gave the
22   order.  CP believes it was Lieutenant Camer, but
23   CP can no longer be certain as too much time has
24   passed and CP did not expect this to become such

Page 171

1   a major issue at the time.
2        In this memo CP did state that the
3   conditions would not interfere with his
4   performance.  This statement was a statement of
5   determination.
6        Did I read that accurately?
7       A.  Yes.
8       Q.  What does it mean, this was a statement of
9   determination?
10      A.  Yes, we've already discussed this issue.
11   This is the same thing as before, okay.  Not that
12   it may not cause any problems, but that I'm going
13   to push through it and I'm not going to let it
14   stop me.
15      Q.  Okay.  You're seeking damages in this case
16   of money, so I want to go through a little bit
17   what your damages are.  We've talked already I
18   think about the fact that if you had been moved
19   from the DOC to the police that would have been
20   about a $7,000 raise?
21       A.  Yes, sir.
22      Q.  Okay.  Are there any another jobs that you
23   think you would have gotten but for either the
24   age discrimination or the ADA discrimination that

Page 172

1   we've already talked about where you would have
2   gotten a raise?
3       A.  I'm not sure I understand the question.  I
4   know what you're trying to drive at, but I don't
5   want to make assumptions.
6      Q.  Okay, that's fair.  Let me ask it more
7   clearly.  What other monetary damages do you
8   believe you've suffered as a result of the
9   actions alleged in this case?
10      A.  The money I've spent on sheriff's police
11   equipment and uniforms.
12      Q.  And how much was that?
13      A.  It was around $6,000.  I have the breakdown
14   at home.  Actually, I think I may have submitted
15   it to my attorney.
16      MR. HENRETTY:  Is that something you can
17   provide?
18      MS. FLEMING:  It's been tendered, but I can
19   get you --
20      MR. HENRETTY:  No, that's okay.  If it's
21   already been tendered, that's fine.
22      THE WITNESS:  There's overtime pay, there's
23   promotional opportunities.
24

Page 173

44 (Pages 170 to 173)

BY MR. HENRETTY:

**Q. Okay. Explain overtime pay, what sort of overtime pay?**

A. Well, any overtime. Whenever -- if you get called out to an incident at the end of your shift and it runs over, you're going to get overtime for that. You also get monthly court overtime.

**Q. Is there more overtime pay for the police than there is for DOC?**

A. Well, that's a situational thing so I can't answer that question.

**Q. So you don't know as you sit here today whether or not you would get more overtime pay than you do now if you went over to the police?**

A. Correct. But as a dysmo (phonetic) I'm not getting any overtime.

**Q. Do you put in for overtime?**

A. We're not -- no. The only time I get overtime is the same thing I just -- if I have an issue at the end of the shift and I have to get paperwork done.

**Q. And if you know, is it the same uptick for overtime pay?**

Page 174

A. Time and a half based on your base salary.

**Q. And it's time and a half for both?**

A. Correct, to the best of my knowledge.

**Q. And after overtime I believe you were --**

A. I mean there's overtime. I don't know if they give extra pay for certifications or various things. I know that you can get extra pay if you work for K-9, but I believe the same is true with the DOC so...

**Q. You mentioned court pay also?**

A. Yeah, you get monthly court pay.

**Q. And what does that break down to, if you know?**

A. Well, I don't -- it would be one and a half times your regular salary.

**Q. Is that every time you go to court?**

A. You go to court at least once a month when you're a sheriff's police officer.

**Q. For what?**

A. Well, I mean unless you're on a special unit I guess. Like if you're a patrol officer you write traffic tickets and stuff, or you might arrest somebody for trespassing or...

**Q. So when you say go to court, you mean go to**

Page 175

court for whatever arrests you've made?

A. Right, to have your arrests adjudicated.

**Q. And that's at least once a month if I understand it?**

A. Okay. So the pay I would have made, the overtime, lost promotional opportunities, lost overtime for our overtime pay for holidays. I mean I still get that, but I would have gotten it at the sheriff's police rate, not at the DOC sergeant right.

**Q. What is the sergeant's -- is that the rate we've already discussed, the one and a half times?**

A. Yes, one and a half times --

**Q. So it would be one and half times --**

A. Plus the extra 7,000 times one and a half, correct. And of course there's the money I've had to spend on attorneys.

MR. HENRETTY: And that's much easier to calculate. Let's go off the record for a second.

(Whereupon a discussion was had off the record.)

BY MR. HENRETTY:

**Q. Back on the record. It's my understanding,**

Page 176

sir, that you're seeking emotional damages in this case as well. How have the actions that are set forth in the complaint emotionally affected you?

A. I -- good gravy. I was suicidal when I got thrown out of the academy, when I got removed from the academy I was.

**Q. Did you seek any treatment?**

A. Yes, I did, but unfortunately my insurance and the only time I was available I only had a few meetings.

**Q. Who did you meet with?**

A. I don't remember his name. My attorney has got the correct name because I don't want to give you the wrong name.

**Q. So that's something we can get if we don't already have it?**

A. But it was through Alexian Brothers mental health.

**Q. Okay, that's good. Thank you. Do you remain suicidal?**

A. All I can tell you is that I occasionally get -- continue to get very emotional over this thing.

Page 177

45 (Pages 174 to 177)

1  Q. Has it affected any of your personal
2  relationships?
3  A. Yeah.
4  Q. How so?
5  A. Well, my wife is scared to death for me.
6  She doesn't know how I'm going to -- I mean my
7  emotions are all over the place.
8  When this first happened to me I --
9  what's the right wording? My negative reaction
10  to a circumstance would be highly compounded. It
11  would be beyond that which I might -- beyond the
12  way I might normally react.
13  Q. Give me an example.
14  A. I mean if something upset me I'm usually
15  kind of calm and monotone. And although I've
16  gotten a little shaky and close to misty a couple
17  of times, as you listen to this whole interview
18  you'll see that I'm pretty much monotone.
19  And that's how I react to things, okay,
20  well, it happened, just got to deal with it,
21  let's move on. And it's pretty much I have a
22  steady thing like that.
23  Once in a while I'll get upset and I
24  might, I might yell for a second, but there were

Page 178

1  A. Are you kidding? They all highly support
2  me. They can't believe this happened to me and
3  they think that I belong back out there.
4  They're all on my side and they call,
5  everyone wants to come talk to me from the
6  director on down came to -- everyone except the
7  sheriff and undersheriff came to visit me at one
8  time or another to make sure I was okay.
9  Q. So the director called you and talked to
10  you?
11  A. No, the director came in person.
12  Q. When was that?
13  A. I don't remember. Shortly after I got
14  reassigned and they found out that I kept saying
15  some stupid things.
16  Q. What do you mean?
17  A. I -- I'm going to leave it at that.
18  Q. Well, unfortunately you do have to answer
19  because this is the only chance I get to explore
20  all of this stuff with you.
21  A. Well, I can't remember specifics. But I
22  did say things about blowing my brains out. I
23  mean this is all I've ever wanted and I never
24  even got the chance. I never even got called in

Page 180

1  times where I stormed out of the house and drove
2  off.
3  Q. And did that --
4  A. Threw things, but not at anybody. And
5  these were things that I had never done.
6  Q. That's what I'm going to ask you. This
7  all -- you didn't do things like that prior to
8  September 17, 2015?
9  A. Yeah, and I'm one of these old-fashioned
10  men. I don't believe men have the right to cry.
11  I don't believe men should ever cry about
12  anything. But yeah, I would cry and that just
13  tore me apart.
14  And what I -- how do I put this nicely?
15  Sissy, that's what it made me feel like. When I
16  first went back to work I wouldn't talk to
17  anybody, I wasn't doing my job, I could have been
18  written up, but everyone understood and they just
19  let me go.
20  Q. Have there been any changes with your
21  co-workers or with your direct superiors at the
22  jail since you've returned, have there been any
23  times where you think someone has been treating
24  you inappropriately based upon --

Page 179

1  for a power test until the Shakman decree finally
2  applied to Cook County. That was the only time
3  that I ever got called in for a power test.
4  MR. HENRETTY: I'm going to take two
5  minutes just to look over my notes. I may be
6  done, but if you have any questions.
7  MS. FLEMING: All right, but let's take a
8  minute first, two minutes.
9  (Whereupon a short recess was
10  taken.)
11  MR. HENRETTY: Back on the record. I have
12  no further questions.
13  MS. FLEMING: And I just have a couple.
14  EXAMINATION
15  BY MS. FLEMING:
16  Q. All right. You were shown Exhibit No. 8,
17  which is the law enforcement official request for
18  protected health information. Do you recall
19  being asked questions about that?
20  A. Yes.
21  Q. I believe you testified earlier that this
22  is your handwriting?
23  A. Yes. Most of it is my handwriting. I
24  think there's a portion of it that isn't, but the

Page 181

46 (Pages 178 to 181)

majority of it is my handwriting.

Q. Okay. Now at the top of the page -- well, can you identify what is not your handwriting on this?

A. The part that says DNA, third line down.

Q. Okay. So name of legally authorized representative if not the parent, there's a line that says DNA, is that correct?

A. That's correct. That's not mine. And then you go down to persons to whom records are to be released, the top part where it says agent on behalf of, 50 West Washington, Chicago, Illinois.

And then you skip my signature and you go to the next line that says DNA, that's not my handwriting, and none of the handwriting at the bottom is my handwriting.

Q. Okay. Now the information that's contained on Exhibit 8, specifically where it says hospital name is scratched out and it says Dr. Stephen Behnke and Associates, do you see that?

A. Yes.

Q. Who told you to write that, write Dr. Stephen Behnke and Associates?

A. I don't remember if that's what he told me

Page 182

to write or not. I don't know if I was told to write that or if I scratched it out because I didn't know the hospital and I just put my doctor's name there.

Q. Okay. When you're referring to they, are you referring to Sergeant Cammack and Lieutenant Camer?

A. I am referring to them, yes -- well, actually Lieutenant Camer because Sergeant Cammack was just there witnessing, he didn't say hardly anything.

Q. Approximately how many doctors have you seen for knee and back related pain? And if you don't know, you don't know.

A. I don't know.

Q. Would it be fair to say that it's more than just Dr. Stephen Behnke?

A. Many more than Dr. Behnke.

Q. At the time you were ordered to complete and sign this HIPAA release form, to your knowledge do you know of anyone else in your sheriff's police training academy class that also was ordered to fill out the HIPAA form?

A. No.

Page 183

Q. Okay. You've been part of the Cook County Department of Corrections for over 20 years, right?

A. Yes.

Q. When you're given a direct order by a supervisor, what happens if you fail to follow that direct order?

A. You get written up for insubordination and disobeying an order. And depending on whether it's considered summary or major cause determines whether they can go for immediate termination or whether they have to follow progressive discipline. Major cause does not have to follow progressive discipline, summary does.

Q. Okay. And you were also asked questions about a meeting that occurred on August 4, 2015, with Investigator Stajura, Lieutenant Michael Goldsmith and Sergeant John Sullivan, do you remember those questions?

A. Generally, yes.

Q. Okay. If you recall, approximately how long was the August 4, 2015, meeting with Investigator Stajura, Lieutenant Michael Goldsmith and Sergeant Sullivan?

Page 184

A. I don't recall.

Q. Do you recall if it was more than an hour?

A. No, because they had me waiting there quite a while before they came in. I do seem to recall it being like 20 minutes for them just to come into the room, so my time frame would not be accurate.

Q. Okay. And you may have testified to this earlier, but I want to ask you. You were first notified that you would have to go to Maybrook for this meeting on August 4, 2015?

A. Yes.

Q. Do you recall who informed you that you had to go to this meeting?

A. No.

Q. Did you know why you were being ordered to go to this meeting?

A. Was I specifically informed, no.

Q. Were you permitted to bring an attorney with you or a union representative?

A. No.

Q. You testified earlier to the approximate period where you served on the special operations team?

Page 185

47 (Pages 182 to 185)

A. Yes.

Q. Do you recall the number of members on that team?

A. I'm sorry, do I recall what?

Q. How many members were on the special operations team along with you?

A. 20 deputies and four supervisors.

Q. After being back to the Department of Corrections from the police training academy did you apply for the CO to PO training class?

A. I did.

Q. Were you permitted to attend the CO to PO training class?

A. No.

Q. Were you provided any reason as to why you were not permitted to attend the CO to PO training class?

A. After inquiring, I was informed it was because I had received discipline making me ineligible for the program.

Q. Do you recall approximately when you found out the reason that you just testified to?

A. I believe it was the same -- it was like the Monday the day the class started or Tuesday,

Page 186

it was the first week of the class.

Q. And did you attempt to attend the CO to PO training class after you learned the reason for the disqualification?

A. Yes. I contacted Robert Egan to have him -- to ask him why I couldn't go because they didn't really give me a reason. They simply never notified me to attend the class.

So I called Robert Egan and said the class began, nobody notified me of anything. He looked into it and said you were just -- I'm sorry.

I called someone, who was it? Maria Rangel maybe, the assistant director. I'd have to look at my e-mails. All of this is in an e-mail strain that I tendered to you. So if my information is inaccurate, then the e-mail strain should clarify everything.

But I know that by Monday or Tuesday Robert Egan had gotten back to me and stated that there was no discipline, there was no reason I should have been disqualified from the class, but the class had already started and there was nothing he could do.

Page 187

Which was not correct because during that time in the police academy they told us very clearly that you can attend the academy unless you miss -- and graduate from the academy as long as you don't miss more than 40 hours.

Q. Do you think this is a promotion that you were disqualified from -- actually, strike that.

Do you believe this would be a promotion that you did not get due to your disability?

A. The CO to PO thing?

Q. Yes.

A. CO to PO is not considered a promotion. It's just considered specialized training that you have to qualify for. And very few people qualify for it.

Q. Okay. Do you believe that you were not qualified for the CO to PO training due to your disability?

A. Due to the whole circumstances surrounding the disability, yes, but because of a specific disability, no.

Q. Do you believe that you were disqualified from the CO to PO training class due to your age?

Page 188

A. No.

Q. After being sent back to the Department of Corrections from the Sheriff's Police Training Academy did you apply for the position of EM sergeant?

A. Yes.

Q. For the record, would you explain what EM sergeant is?

A. It would be a brand new, just freshly created position. It did not exist when I was on EM and it stands for electronic monitoring. It's program in which people are basically in jail at home. It's like you're released but you cannot leave your house but you're considered in custody and in prison.

And the electronic monitoring hires investigators to go out and check on these people and to assist with escapes and other law enforcement issues. At that time they didn't have EM sergeants. They had recently created the position, which is supposed to be a raise, so I applied for it.

Q. When you say that there's supposed to be a raise, what do you mean by the term raise?

Page 189

1   A. An increase in pay.
2   **Q. Would it be fair to say that going from**
3   **your position with the transportation unit to the**
4   **position of EM sergeant would be a promotion?**
5   A. Yeah, I believe in the eyes of the
6   Department that would be considered a promotion.
7   **Q. Do you believe that you were disqualified**
8   **from the EM sergeant promotion opportunity due to**
9   **any alleged disability or perceived disability of**
10   **yours?**
11   A. Specifically the disability, no. But all
12   the circumstances created surrounding my
13   disability, yes.
14   **Q. Do you believe that you were disqualified**
15   **from the promotional opportunity of EM sergeant**
16   **due to your age?**
17   A. No.
18   **Q. Do you believe that -- strike that.**
19      **When you say the circumstances sounding**
20   **your disability, what do you mean by that?**
21   A. I mean the misrepresentation of my being
22   removed from the sheriff's police and being sent
23   back to the DOC as a disciplinary measure, along
24   with the false Brady violation accusation that

Page 190

1   had been attached to it.
2   MS. FLEMING: I have nothing further.
3      FURTHER EXAMINATION
4   BY MR. HENRETTY:
5   **Q. I meant to ask this at the beginning. I**
6   **notice your arm is in a sling. What happened to**
7   **your arm?**
8   MS. FLEMING: Objection, relevance.
9      You can answer.
10   THE WITNESS: I have a torn bicep and a
11   torn rotator cuff and arthritis and a bone spur,
12   and fixed all four of them at the same time.
13   BY MR. HENRETTY:
14   **Q. It was a surgery?**
15   A. Yes.
16   MR. HENRETTY: Nothing further.
17   MS. FLEMING: You can either waive
18   signature or reserve it, it's entirely up to you.
19   THE WITNESS: Waive signature or reserve
20   it, I don't know what -- we need to talk about
21   that. I don't know what that means.
22   MS. FLEMING: Okay, that's fair. I can
23   explain it. If you waive your signature it's
24   like you're relying on the court reporter to have

Page 191

1   taken down everything that's been said here today
2   accurately.
3      If you reserve your signature you will
4   be given an opportunity at a later date to review
5   the deposition transcript. You can't make any
6   substantive changes to it, but you are permitted
7   to review it.
8   THE WITNESS: Like I can review it and
9   notify you of any inaccuracies?
10   MS. FLEMING: No, you can't change anything
11   that's recorded in the transcript.
12   THE WITNESS: Even if it's recorded
13   inaccurately? That's what I'm trying to ask.
14   MS. FLEMING: It's for like grammatical
15   errors, stuff like that. Nothing in the
16   transcript of substance can be changed. Like you
17   can't change a yes to a no or --
18   THE WITNESS: Okay. So if there's
19   something inaccurate then we'll just have to
20   state that at a later time?
21   MS. FLEMING: Correct.
22   THE WITNESS: Okay. As long as we have the
23   chance to clarify anything that is inaccurate.
24   Certainly nothing against the court reporter, but

Page 192

1   as you've seen from here I've had that experience
2   numerous times.
3   MS. FLEMING: So in that case we're
4   reserving signature.
5   THE WITNESS: Yes, right.
6   MR. HENRETTY: Thank you for your time
7   today.
8   THE WITNESS: You're welcome.
9      (Whereupon, at 2:35 p.m., the
10      signature of the witness having
11      been reserved, witness being
12      present and consenting thereto,
13      the taking of the instant
14      deposition ceased.)
15
16
17
18
19
20
21
22
23
24

Page 193

49 (Pages 190 to 193)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRAD SANDEFUR,                )
                             )
        Plaintiff,           )
                             )
    vs.                      ) 17-CV-2048
                             )
SHERIFF OF COOK COUNTY,      )
et al.,                      )
                             )
        Defendants.          )

        I hereby certify that I have read
the foregoing transcript of my deposition given
at the time and place aforesaid, consisting of
Pages 1 through 193, inclusive, and I do again
subscribe and make oath that the same is a true,
correct and complete transcript of my deposition
given as aforesaid, with corrections, if any,
appearing on the attached correction sheet(s).


                BRAD SANDEFUR

SUBSCRIBED AND SWORN TO
before me this     day of
           , A.D., 2018.
        Notary Public

Page 194

testimony so given by said witness as aforesaid.
        I further certify that the
signature of the witness to the foregoing
deposition was reserved by agreement of counsel
for the respective parties.
        I further certify that the taking
of this deposition was in pursuance of notice,
and that there were present at the taking of this
deposition MS. ELIZABETH FLEMING on behalf of the
Plaintiff; and MR. LYLE K. HENRETTY on behalf of
the Defendants.
        In testimony whereof:  I hereunto
set my hand and affixed my notarial seal this
22nd day of June, A.D., 2018.


        Loretta K. Adams, CSR, RPR
        CSR License # 084-003611

Page 196

STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF C O O K  )



        I, Loretta K. Adams, a Notary
Public within and for the County of Cook and
State of Illinois, do hereby certify that
heretofore, to-wit, on the 5th day of June A.D.,
2018, personally appeared before me at 206
South Jefferson Street, Chicago, Illinois,
BRAD SANDEFUR, a witness in a certain cause now
pending and undetermined in the United States
District Court for the Northern District of
Illinois, Eastern Division, wherein BRAD SANDEFUR
is the Plaintiff, and SHERIFF OF COOK COUNTY,
et al., are the Defendants.
        I further certify that said witness
was by me first duly sworn to testify the truth,
the whole truth, and nothing but the truth in the
cause aforesaid; that the testimony then given by
the said witness was reported stenographically by
me in the presence of said witness; and
afterwards reduced to typewriting and the
foregoing is a true and correct transcript of the

Page 195

50 (Pages 194 to 196)

**Brad Sandefur**
**June 5, 2018**

**A**

A.D 1:23 194:23 195:8
  196:14
a.m 1:24
AA 117:10
AAS 12:13
ability 40:15 41:5 42:9
  42:15 43:3,6 49:12
  68:5 85:18 100:24
  118:7 171:14
able 6:21 34:1 35:13
  47:24 48:21 49:20
  50:4 62:20 101:22
  150:2
Abrams 154:22 155:16
  156:10,24 157:12
absolutely 73:20 147:4
academy 21:3,11,12
  32:20,24 40:3,4 44:19
  44:22 45:2,14,17 46:1
  61:17 74:9 75:21 84:1
  85:15 86:21 87:21,22
  89:2,18,23 91:13,20
  92:11,14,22,23 93:2,7
  94:7 95:5 96:4,19
  99:23 101:13 104:16
  105:19 110:1 111:5,6
  117:1 118:8 122:15
  123:18 128:15 129:17
  131:3 132:17 144:16
  153:10,14 163:19,21
  163:22 165:13 166:20
  166:23 177:6,7 183:22
  186:9 188:2,3,4 189:4
accept 89:12
accessible 52:10
accommodate 134:18
accommodated 133:1
accommodation 133:6
  134:2,6
accommodations
  133:16,23 171:18
accurate 9:14 35:22
  40:18,20 41:7 42:13
  46:12 67:5,14 102:24
  140:11 142:14,17,17
  145:20 146:4,7,15
  149:10,12 152:19
  155:24 157:15 158:19
  159:23 185:7
accurately 40:16 67:19
  68:7 159:21 172:6
  192:2
accusation 190:24
accused 19:20 167:7,9
  169:12
acknowledged 148:8
act 68:19,24 139:17
acted 130:2
acting 44:3
actions 173:9 177:2
active 76:20 77:13
acts 169:7
actual 149:22,23
ADA 172:24
Adams 1:19 195:5
  196:16
additional 74:15

address 10:17 11:3
adjudicated 176:2
adjust 43:14
admitted 146:23
adopted 11:9
advance 82:8
advanced 126:1
advise 141:24
advised 141:16,19,21
  142:8 148:20 149:13
affect 40:15 42:9,15 43:3
  43:6 45:9 48:11 118:6
  171:14
affixed 196:13
aforesaid 194:13,17
  195:20 196:1
afraid 131:1
afternoon 14:7,9,24
age 29:2 52:3 70:5 88:24
  126:14 127:4,5,24
  128:6 162:6,8,14
  163:10,12,14 164:1
  165:3,5 172:24 188:24
  190:16
agent 182:11
ages 163:2
ago 32:22 59:15,15,16
  60:3 62:17
agree 142:19
agreeable 10:20
agreement 196:4
ahead 76:8 129:21
air 21:2
al 194:7 195:16
Alexian 177:18
allegations 167:22
alleged 173:9 190:9
allow 43:15
allowed 7:11 61:9
  103:19 129:5,22 164:6
Allstate 25:10
alluded 135:9
ambulatory 43:15
amended 26:4
amendments 150:14
amount 30:9 83:5 84:18
angry 153:18
ankle 58:14,20
announce 123:24
answer 5:6,10 6:13,21
  7:19 35:14 42:1 47:24
  61:15 76:7 115:5
  155:17 174:12 180:18
  191:9
answered 27:16 73:23
answering 5:21 6:24
answers 166:15
anticipate 5:18
anybody 107:1 112:16
  113:7 131:2 138:9
  179:4,17
anymore 30:7 38:19
  39:17 59:7 75:14,16
  76:1
anyplace 134:14
anyway 143:23
apart 179:13
apartment 23:6

apologize 39:23 43:17
  120:1,7,8 138:24
  158:2
apparent 80:5
apparently 109:18
appearance 154:23
appeared 2:8,15 195:9
appearing 194:18
appears 67:4 117:5
applicable 4:16
application 80:17,21,23
  81:23 82:4,11,22 83:3
  141:22 142:1 143:12
  148:9,16,21 150:7,12
  151:7 152:13,18,18
  153:16
applied 69:16 82:19 83:9
  84:21 85:1 86:23
  166:22 181:2 189:22
apply 69:17 70:10 81:3
  81:16 82:20,23,24
  84:19 85:4,21 97:3,4
  186:10 189:4
applying 81:6
appreciate 27:12 58:18
approached 122:19
appropriate 97:10
  144:12
approve 150:2
approved 143:12 144:20
  145:3
approximate 185:22
approximately 86:4
  140:3 145:18,21
  183:12 184:21 186:21
area 17:12 22:7 24:10
  102:2 121:6 171:1
arm 191:6,7
arrest 175:23
arrested 9:1,8 15:21
arresting 9:2
arrests 176:1,2
arrive 89:14
arrived 89:16
arriving 94:18
arthritic 68:5 118:5,13
  141:11 171:13
arthritis 191:11
article 117:10,12
articulate 43:7
aside 91:7 99:14 151:21
asked 39:23 43:17 47:5
  62:3 65:20 66:2 68:17
  69:16,19 100:16 136:9
  181:19 184:15
asking 5:5 7:13,15 9:15
  11:2 131:10 154:24
  155:9,11 166:11
ass 116:5
assigned 14:4 16:9,12
  17:22 19:13 20:21,22
  21:5 22:14 24:11 25:9
  53:10,19,23,24 54:2
  73:17 92:13 111:6
  116:24 163:22 168:20
assignment 17:12 18:5
  20:24 134:23
assignments 40:16

assist 16:22 58:5 189:18
assistance 15:24 22:12
  67:17,23 71:21
assistant 125:3,9 187:14
assisted 20:18
assistive 67:18,24
associate's 12:9
Associates 137:1 182:20
  182:23
assume 7:19 18:23 20:5
  23:10 33:4 37:2 83:11
  99:1 145:10
assuming 10:20 26:9
  143:16
assumption 84:6
assumptions 173:5
attach 157:6
attached 26:8 157:5
  167:23,24 191:1
  194:18
attempt 143:13 187:2
attempting 150:14
attend 122:15 186:12,16
  187:2,8 188:3
attended 13:4 122:17
attending 122:19
attention 26:11 40:12
  126:17 137:5 139:23
  140:1
attorney 2:12 6:1 155:1
  173:15 177:13 185:19
Attorney's 4:19
attorneys 176:18
audacity 109:10
August 138:3 140:3
  169:7 184:16,22
  185:11
authority 56:2
authorized 141:10,12
  144:19 182:6
Automotive 90:22 91:2
Auxiliary 24:20
available 76:24 177:10
avoid 155:5
aware 46:21 70:17 79:14
  79:17,21 108:24 109:1

**B**

B 111:5
B-a-l-a-t-a 53:21
B-e-h-n-k-e 64:10
back 20:6 21:12 27:14
  28:5 32:23 34:2,21,24
  35:22,24 36:2,2,4,14
  36:14 37:8,16,21
  39:10,14 42:24 43:2,4
  49:8 50:13 52:15,16
  53:1 57:15 58:2,21
  59:19,23 60:21 62:4,4
  62:19 63:2,4 71:14,24
  73:9 75:11,12 76:3
  79:13 80:15,19 92:22
  95:18 104:9,11 112:12
  115:4,4 116:3,3,5
  119:5 120:23,23 123:8
  126:4,20 128:23 129:7
  130:6 131:8 133:13
  136:15 137:12,13,16

138:2 141:12 142:4,21
  142:24 144:12,19
  152:24 154:4 157:24
  165:10 166:22 167:5
  168:3 176:24 179:16
  180:3 181:11 183:13
  186:8 187:20 189:2
  190:23
backed 22:11
background 10:14 12:7
backing 15:22
backwards 23:18
bad 39:12 70:3 90:2,17
  101:7 133:4 162:9
badly 31:4 59:24
Bahnke 64:14,16 70:1
  142:20 143:4
Bakers 22:23
balances 54:1
Balata 53:21 54:9,10,22
  88:14
baloney 17:10
base 175:1
baseball-style 96:5
based 32:16 66:8 75:20
  86:19 89:20 100:1
  102:23 116:20 117:4
  121:13 152:16 153:7
  163:4,9,11,14 165:21
  165:23 167:15 175:1
  179:24
basement 104:8,10
  112:12 113:16 116:5
  121:5
basic 41:4
basically 17:24 18:11
  20:14 51:23 70:1
  134:8 140:17 189:12
basis 162:7,12 166:15
Bates 63:11 157:3,7
bear 171:11
becoming 28:21 29:4,5
  29:6 161:15
BeeGee 106:15
began 21:2 158:13
  187:10
beginning 154:22
  158:12 159:12 191:5
behalf 2:8,15 4:20 26:5
  156:15 157:13 182:12
  196:9,10
Behnke 64:9,11 65:16
  65:17,19 68:20,23
  136:24 137:7 182:20
  182:23 183:17,18
belief 162:13
believe 18:21 25:21
  31:16 32:2 36:9,12
  37:1,22 38:6 40:18
  57:4 65:8 68:17 74:11
  75:9 89:17 91:17
  92:19 93:8 95:19
  100:4,5 101:12 107:8
  108:8 113:9 120:20
  127:16 129:10 132:10
  140:10 144:11 155:18
  160:9 161:23 164:1
  165:2,6,21,23 167:2

170:14 173:8 175:4,8
179:10,11 180:2
181:21 186:23 188:8
188:17,23 190:5,7,14
190:18
**believes** 147:17 171:22
**belong** 72:3,4,6 180:3
**belongs** 72:7 90:22
**bent** 61:8
**berate** 109:19
**berating** 109:20
**best** 9:15 40:10 42:11
59:16 60:9 61:15
69:18 87:3 100:24
110:18 111:11 132:18
141:1 155:5 159:24
175:3
**Beth** 11:7
**better** 42:8,11 44:15
140:18
**beyond** 56:1 103:1 166:8
178:11,11
**bicep** 191:10
**big** 24:7 109:9 161:4
**biggest** 24:8
**biological** 11:9
**bipartite** 51:17,20
**birth** 10:10 162:20,22
163:1
**bit** 10:14 12:1 27:14 40:5
58:4 80:16 104:13
167:19 171:11 172:16
**black** 93:14,15 95:11,13
98:7,8
**blah** 109:8,8,8 116:15,15
116:16
**blowing** 180:22
**blue** 50:1,1,15 93:16
**board** 81:8
**body** 41:14 42:20 49:18
**bone** 36:2,2 191:11
**bones** 52:2
**born** 23:8 51:23 52:1
**boss** 46:24
**bosses** 163:7
**bothered** 59:24
**bothering** 53:2 59:20
**bottle** 7:9 155:8
**bottom** 63:12 64:6 90:10
140:2 170:16 182:16
**bound** 71:5
**box** 50:1,1,2,15 51:3
70:12 148:21
**boxes** 22:9 67:10
**Brad** 1:3,15 3:2 4:2,12
4:14 67:3 140:4 158:2
194:3,20 195:11,14
**Brady** 190:24
**brains** 180:22
**brand** 189:9
**break** 6:6,8,13,17 57:21
57:23 107:3 114:23
115:2 121:2,3,8
124:24 125:1 137:21
137:22,23 175:12
**breakdown** 173:13
**brief** 71:9
**briefly** 168:12

**Brill** 11:8
**bring** 94:6,13 96:12,14
96:21 97:11 112:23
129:16 185:19
**broke** 24:9
**broken** 7:1
**brother** 36:17
**Brothers** 177:18
**brought** 8:11,14 52:19
52:20,22 98:1,15
99:23
**building** 69:5 76:11 82:5
105:5,9,13,16
**bulk** 11:14 23:14
**bullcrap** 169:1
**bunch** 67:8,10 134:6
**buy** 82:6 96:9

---

**C**

**C** 2:1 195:2
**C5-6** 34:24 35:21
**cabinet** 56:14,15 57:13
**cadets** 158:24
**calculate** 176:20
**calculated** 131:15
**California** 124:19,19,20
**call** 18:11 26:14 45:6
46:14,14,19 50:1 53:5
54:19,22,23 55:1,1,3
55:14 82:13 83:22
85:15 105:19 109:10
120:17 134:2 138:8
156:17 180:4
**called** 1:15 4:3 39:16
47:12,23 83:17,18,20
83:21 86:20 119:6,11
120:15,19 125:13
132:10,14 138:15
174:5 180:9,24 181:3
187:9,13
**calling** 54:18 126:14
131:9 132:1
**calls** 138:15
**calm** 120:6 178:15
**Camer** 1:10 116:15,22
117:2,8,9,20 118:18
120:17 122:8,23
129:24 135:11,17,19
136:8 144:18 171:20
171:22 183:7,9
**Cammack** 108:9,11,14
110:2,4 111:14,15,16
111:24 112:2 116:12
116:14,18 117:9
118:18 119:4,7,7
120:17 122:8,24
129:24 144:17 171:20
183:6,10
**candidates** 158:15,22
**cane** 40:24 42:18 44:21
45:6 52:5,8,13,19,20
53:5 54:7 58:4 59:3,18
61:3,18 76:18 88:12
**cap** 96:5
**capacity** 1:7,9,10,11,12
**captain** 17:22 18:3 53:18
**car** 52:10 54:2 73:19
76:17 77:6,9 91:8

98:12,15,16,18 101:18
101:23,24 105:11
106:10 123:1 124:5,6
124:9
**care** 15:7,11 119:24
134:5
**career** 47:18 48:2,4
133:1,5 158:13
**carried** 50:11
**carry** 49:17,20 50:10,12
**carrying** 104:8,10
**cars** 72:8 98:22 103:18
**cart** 17:3
**case** 8:14 9:24 10:1,4,22
11:15 26:4 61:2 136:4
136:9 154:23 157:1
162:8 166:3 168:16,18
169:3 172:15 173:9
177:2 193:3
**cases** 8:4,6,10,20 9:23
18:14
**Casey** 90:22 91:2
**catch** 31:8
**caught** 31:9
**cause** 52:12 170:23
172:12 184:10,13
195:11,20
**causes** 29:21 33:8 42:16
43:13 48:24 49:17
**CD** 170:24
**ceased** 193:14
**central** 16:13,14,18
17:12 19:6
**ceremony** 129:19,20
**Cermak** 24:15
**certain** 31:14 37:10
49:17 60:9 75:18 83:5
84:18 103:7 145:12
171:23 195:11
**certainly** 154:23 192:24
**certification** 63:20 81:18
**certifications** 175:6
**certified** 1:20 81:8,9,10
83:11,14 163:20
**certify** 70:15 194:11
195:7,17 196:2,6
**cervical** 26:21,24
**chain** 50:2
**chair** 133:20
**chance** 132:5 180:19,24
192:23
**change** 41:14 42:19
150:20 192:10,17
**changed** 13:19 82:2 85:2
192:16
**changes** 179:20 192:6
**characterize** 65:5
**charge** 14:6,8 17:24 18:2
110:4
**charged** 167:7
**charges** 167:15
**charging** 157:13 158:2
**chase** 48:3,5
**check** 40:11 67:10 68:10
92:4 97:21 189:12
**checked** 67:16 68:11
70:11,12 94:10,11,23
96:3,16 97:6 98:4

**checking** 22:18
**checklist** 94:4
**checkmark** 95:11
**checks** 22:13
**chemical** 24:7,10 25:11
**Chevy** 72:16 73:1
**chewed** 114:21
**Chicago** 1:23 2:6,13 9:8
182:12 195:10
**chief** 134:16
**child** 9:1 10:1 27:21 28:1
34:13
**children** 10:3
**choice** 44:2
**choose** 28:15
**circumstance** 178:10
**circumstances** 8:23
142:11 188:20 190:12
190:19
**cite** 149:14
**cited** 71:6
**cites** 148:21
**citizen** 15:23
**civil** 1:17 4:15 9:23,24
**civilian** 93:14 95:21
**civilians** 18:19,20
**claim** 162:23
**claims** 162:8
**clarification** 18:18 76:6
**clarify** 13:19 27:6 35:2
36:12 52:24 58:12
60:24 76:8 77:18
82:14 83:2 130:17
153:23 154:7 165:11
187:18 192:23
**clarifying** 152:6
**clarity** 11:20
**clasp** 95:24
**class** 87:7 110:3,21
120:18,19 121:8
123:19,23 126:5,17
128:22 138:18,20
155:20 183:22 186:10
186:13,17,24 187:1,3
187:8,10,22,23 188:24
**classes** 12:17 120:22,24
**classroom** 109:14,21
112:9 120:21 121:5
128:24 129:7 130:6
**Classrooms** 106:24
**Claudio** 105:2 127:15,19
**clean** 5:13,17,22 73:24
132:4 140:10 144:6
**clear** 45:13 82:13 102:7
110:10,13 144:8
149:17 154:2,21 155:2
158:9 166:18
**clearly** 48:9 126:16
171:21 173:7 188:3
**clip** 95:16,19
**close** 105:17 178:16
**clothes** 93:14
**CO-2** 14:4
**co-workers** 179:21
**collapse** 133:20
**college** 12:8,12 13:2,2
24:18 89:19
**colleges** 13:1

**come** 44:22 52:1 55:21
56:2 63:4 83:23 116:3
122:19 123:1,24 124:4
126:18 138:21 140:18
146:14 171:7 180:5
185:5
**coming** 55:23 79:6
158:24 166:16
**comma** 158:2
**command** 14:24 140:5
**commander** 14:15 54:20
55:13,14,17,20 56:15
131:21,22
**comment** 128:16
**commission** 53:4 156:7
**commonly** 152:3
**community** 12:8,12 13:1
**comp** 56:18 57:10
**company** 24:12,14 25:11
**comparison** 31:24 59:3
**compensate** 47:11 50:7
**compensating** 48:16
**compensation** 47:2,5
**complaint** 26:4 34:22
40:13 42:7 46:5 131:5
131:6,10,13,18 132:7
156:3 162:21 166:12
177:3
**complaints** 130:13,23
131:1,6 132:8
**complete** 40:15 43:12
66:23 183:19 194:16
**completely** 43:12 53:4
**complexes** 23:6
**compliance** 132:13
**complied** 114:5
**component** 12:21
**compound** 53:17 69:19
**compounded** 178:10
**computer** 13:21
**computers** 18:15
**concerned** 14:1 142:15
**condition** 29:20 56:7
60:13 65:23 68:2,6
69:3,7,13 70:15 80:4
92:6 117:7 118:6,6,12
118:13,19 119:2,9
141:12 142:4,24,24
143:13,15,24 144:19
144:20 145:4 147:7,9
147:12 148:2,22 149:7
149:15 150:5 151:2,2
152:17,24 153:1,4,24
154:4,8 170:18,21
171:14,17
**conditions** 29:19 50:4
60:12 68:19 79:1
104:7 143:1,2 148:5
150:19 172:3
**conducted** 92:1,9,17
140:5
**conducting** 92:7,12,15
108:18
**confusing** 11:13,19
132:19
**congregated** 106:11
**connections** 166:2
**consenting** 193:12

consequences 45:12
considered 29:3 184:10
  188:13,14 189:14
  190:6
considering 74:2 149:2
consistency 30:13
consistent 30:3
consisting 194:13
consists 50:1
constant 29:23
constantly 126:17
contact 144:10
contacted 187:5
contained 150:7,12
  182:17
contentious 120:9,11
context 7:24
continually 165:17
continue 41:15 50:8
  177:23
continued 105:24
contract 168:8
convenience 147:3,12
  147:21
convenient 147:14
conversated 101:3
conversation 54:21
  100:18 101:1,3 102:4
  102:12,16 103:1,11
  105:21,22 108:19,21
  109:2,5 149:22,24
  150:1,17
conversations 119:4
  154:24 163:4,6
Cook 1:6,7,8,21 2:12
  10:16 13:8,9 15:1
  22:21,23 78:3 79:15
  80:7 81:16,20 96:4
  107:24 110:20 118:7,8
  137:8 140:6 145:16
  147:17 156:15,17
  181:2 184:1 194:6
  195:6,15
cooperate 50:13
copy 117:10
Core 38:6,8,11 39:5,13
corner 63:12,23
correct 16:11 25:4 26:18
  34:19 57:18 68:12
  70:23,24 73:22 87:5
  94:20 96:1 100:22
  118:14 128:11 137:2
  144:13 145:6 150:8
  151:5 157:1 158:8
  161:3 164:3 165:14
  171:8 174:16 175:3
  176:17 177:14 182:8,9
  188:1 192:21 194:16
  195:24
corrected 168:1,2
correction 194:18
correctional 14:5 47:18
  82:21 161:12
corrections 46:9 48:2
  83:1,4,10 89:21
  125:18 145:17 147:18
  162:5 164:23 184:2
  186:9 189:3 194:17

correctly 26:21 35:1
  41:8 46:10 70:20
  118:10 140:8 141:18
  158:17
correlation 32:5
cortisone 32:14,15 33:3
  33:6,10 37:23 39:7,24
cotton 94:12
counsel 10:15,20 157:5
  168:9 169:21 196:4
county 1:6,8,8,21 2:12
  10:16 13:8,9 15:1
  19:24 22:21,23 78:3
  79:15 80:7 81:16,20
  82:5,7 85:4 96:4
  107:24 110:20 118:7,8
  137:8 140:6 145:16
  147:17 156:15,17
  164:17,18 181:2 184:1
  194:6 195:2,6,15
couple 11:12 22:16
  39:19 62:16 78:21
  91:15 119:15 148:4
  152:8 178:16 181:13
course 21:10 29:2 33:22
  108:4 109:9 123:11
  126:15 176:17
court 1:1 5:4,8,21 9:21
  18:11,12,13,14 83:1
  135:5 138:16 139:16
  174:7 175:10,11,16,17
  175:24 176:1 191:24
  192:24 194:1 195:13
  courtroom 8:16
  courts 1:18 18:10
CP 157:14 158:3,7,10,13
  159:15,15,17,20 167:7
  167:8,8 170:17,22
  171:12,13,16,18,20,22
  171:23,24 172:2
CP's 159:13 170:18,21
crate 49:24 50:3 51:5,6,8
  51:13
crawling 44:20
creases 94:14,16
created 189:10,20
  190:12
credits 13:2,3
crew 108:18
criminal 12:14,20
Criminally 9:22
crop 147:8
crossed 136:24
crutch 58:8,9 59:4,17
crutches 58:22 59:4,6,8
  59:11,13 60:4,6
cry 179:10,11,12
CSR 196:16,17
cuff 191:11
culmination 166:10
current 11:3 18:14
  152:16 153:7 154:3
currently 11:4,6 12:16
  14:2,3 32:12 39:8,9
  71:15
custody 10:1,4 189:14
cut 63:24 85:12

**D**

D 3:1
daily 60:21
damages 172:15,17
  173:7 177:1
DANA 1:10
dancing 106:15
Darren 160:24
DART 1:6
date 18:14 19:22 44:24
  65:3 122:16 138:6
  192:4
dated 117:16
dates 10:10 18:12,13
  19:1 21:16 162:20,22
  163:1
daughter 11:8 44:21
  61:18 63:1
David 161:2
day 1:23 5:24 31:15
  46:15,20 54:7 55:15
  65:11 88:5 89:1,10
  93:1,3 94:6,18 95:6
  98:2 99:3 114:2
  117:17 118:14,23
  119:5 120:14 122:22
  123:21 128:15 129:15
  129:18 138:19 139:8
  149:19 163:8 169:15
  186:24 194:22 195:8
  196:14
days 13:20 29:24 30:11
  56:16,17 57:9,14
  78:19 91:16 109:7
  119:14,15 169:7 170:2
  170:6,7
deal 46:24 109:9 178:20
dealer 98:20
dealt 37:6
death 178:5
debilitating 170:19,22
decade 9:12
decades 64:19
deceased 39:1,2
December 16:2 19:18,23
  20:12 40:7 61:12
  62:19
decided 109:24
decision 153:2,5
decree 181:1
defendant 1:16
Defendants 1:13 2:15
  194:8 195:16 196:11
definitely 14:19 32:9
  35:23
degree 12:15,18
deliver 17:5
delivering 16:23
denied 165:13,16
department 3:7,10,12
  14:5 46:9 86:6 108:1
  123:16 125:18 145:16
  147:18 158:14 166:4
  167:8,13 184:2 186:8
  189:2 190:6
depending 51:9 184:9
depends 42:21
deposition 1:15 3:15

4:13,21 8:1,2 25:15
  63:5 90:5 93:18 99:15
  100:2 107:14 121:16
  135:1 139:12 151:16
  154:11 192:5 193:14
  194:12,16 196:4,7,9
depositions 6:19 7:24
  120:9
deputies 76:16 186:7
deputy 14:3 17:4 19:13
  20:6,7 83:1,2,4 138:5
  164:23
desiccation 34:24 35:22
  36:1
designated 145:18
  146:24 147:20
desk 56:10,13
despite 164:8
detail 94:12 159:16
detailed 82:11
detailing 171:17
details 25:6 119:9
detainee 18:12 22:6
detainees 16:16 17:8
  21:8
determination 172:5,9
determine 92:5
determines 184:10
device 58:5 67:18,19,24
  67:24 70:18
diagnosed 34:23 35:7
  35:11,18
diagnosis 35:15,17 67:4
difference 161:11
different 11:12 13:17
  38:16 60:13 62:5 85:1
  106:13 127:12,13
  135:18 139:1
differentiate 62:18
differently 126:10,13
  128:19 130:11
Dillon 11:10
direct 131:21,22 179:21
  184:5,7
directing 110:5
directly 116:12
director 125:3,9 180:6,9
  180:11 187:14
disabilities 63:20 64:24
  67:3 70:10,11,17
  136:6 165:9
disability 26:17 41:3
  46:6 49:10,13 63:18
  68:10,10,14,18,21,24
  88:9,21 102:18 133:2
  133:7 167:3,4 171:1
  188:10,19,21,22 190:9
  190:9,11,13,20
disbelieve 146:21
disciplinary 167:18
  168:7,12 190:23
discipline 57:17 121:13
  167:23,24 184:13,14
  186:19 187:21
disciplined 121:11
discriminated 162:13
discrimination 162:9
  172:24,24

discuss 119:8 129:8
discussed 89:8 112:24
  117:8 122:7 128:20,21
  129:3 137:1 149:1
  150:18 152:7 156:2
  158:23 172:10 176:12
discussing 34:18 118:14
  132:9
discussion 88:11 149:19
  149:21 176:21
discussions 160:21
disgusted 113:24
dishes 17:10
disk 34:24 35:22
disks 35:24 36:2
dismissed 93:4
disobeying 184:9
display 77:22
disproven 167:11,16,19
  170:11
disqualification 187:4
disqualified 187:22
  188:7,23 190:7,14
distances 41:6 42:9
  49:12
District 1:1,1,18 194:1,1
  195:13,13
divide 69:20
division 1:2 17:4,5,14,14
  17:15,20 18:1,4 19:5
  19:13 20:5,22 21:1,6,8
  21:9,11,12,13,17
  194:2 195:14
divisions 16:16 17:8
DNA 136:20 182:5,8,14
DOC 84:15 131:8,14
  165:8 172:19 174:10
  175:9 176:9 190:23
doctor 26:20,23 28:13
  28:16 33:4,9 37:2,5,7
  37:15,16,18,24 38:4
  38:22 63:17 64:12,13
  64:16,18 68:13,15,18
  69:17 74:20 137:1
  141:10,16,20,24 142:5
  142:7,8 149:14 150:2
  152:10,12 153:3,24
  154:9
doctor's 66:18 153:2,5
  183:4
doctors 37:13 183:12
document 25:20 26:7
  63:11 65:18 93:22
  94:2 136:3 151:23
  152:1
documents 22:16,18
doing 20:16 45:11 46:4
  49:6 97:20 104:4
  106:13,14 114:6 125:6
  126:21 129:6 179:17
door 25:10 126:18
dosage 7:6
dose 7:8
double 97:13
double-fit 96:20,21
doubt 34:5 55:2 121:9
downstairs 114:3,11
Dr 37:23 38:1,3,24 64:14

64:16 65:16,17,19
68:20,23 70:1 136:24
137:7 142:20 143:4
182:19,23 183:17,18
**draft** 116:10 122:4
**drafted** 171:12
**drag** 95:14 126:18
**Drake** 37:23 38:1,3
**dress** 95:21
**dri-fit** 96:17
**drink** 6:7
**drive** 54:3 77:19 98:5
139:4,10 173:4
**driver** 70:19
**driver's** 98:9,10,19,23
99:9 122:3
**driving** 69:21 90:23 91:2
91:8
**dropped** 49:23
**drove** 54:5 72:9,9,11,13
72:15 77:15,15,17,21
78:3 98:22 123:2
124:9 179:1
**drug** 83:21
**due** 8:7 28:23 68:5 188:9
188:18,20,24 190:8,16
**duly** 4:4 195:18
**duties** 15:15 17:20,22
18:7 20:13,19 46:8
118:7 149:17 151:14
**duty** 40:22 45:7 53:1,1
54:13,14 55:6 133:16
134:2,10
**dying** 95:6
**dysmo** 174:16

**E**

**E** 2:1,1 3:1
**e-mail** 187:16,17
**e-mails** 187:15
**ear** 97:23
**earlier** 52:5 54:7 82:3
88:11 101:20 112:24
120:3 135:9 137:2
147:6 148:1 150:19
158:23 181:21 185:9
185:22
**earliest** 29:1 37:9
**early** 47:1,6 65:15
**easier** 168:15 176:19
**Eastern** 1:2 194:2
195:14
**education** 12:3,22
**educational** 12:1,7
**EEOC** 131:5,5 132:7
156:3
**effect** 100:16 116:6
151:15
**effects** 170:19,22
**Egan** 1:9 132:10,12
187:5,9,20
**eight** 32:18 141:4
**either** 46:24 91:21
100:18 107:9 118:17
119:5 120:17 121:4
156:19 160:4 165:19
169:16,18 171:19
172:23 191:17

**electronic** 21:18,23 22:4
22:6,14 189:11,16
**elements** 67:13
**elevator** 103:15,19,23,24
104:3,14 105:6 106:20
107:7 112:5,17 113:18
114:5,15,20,22 115:11
115:12 120:4 121:12
121:13
**eligibility** 85:13 86:18
**ELIZABETH** 2:4 196:9
**elizabeth.fleming@da-**
2:7
**else'** 127:24
**EM** 189:5,8,11,20 190:4
190:8,15
**emotional** 120:5 177:1
177:23
**emotionally** 177:3
**emotions** 178:7
**employed** 14:2,3
**employee** 8:7 13:9
**employment** 23:15
80:24 81:3 156:6
**encounter** 108:13,17
111:17
**encountered** 108:15
**ended** 21:1
**enforcement** 12:10,13
181:17 189:19
**enrolled** 12:16
**ensure** 16:15
**entered** 18:15
**entire** 20:6,7 123:23
126:8
**entirely** 9:16 120:13
159:1 191:18
**entitled** 6:1
**entitles** 70:16
**Equal** 156:6
**equipment** 94:4 97:10
112:22 116:4 173:11
**equivalent** 20:14
**equivocally** 100:1
**error** 35:3
**errors** 192:15
**escapes** 22:11 189:18
**essentially** 130:8
**Estates** 38:18
**estimation** 79:24
**et** 194:7 195:16
**evaluated** 56:7
**event** 166:10
**eventually** 37:2 84:14
131:4 167:16 170:2
171:6
**everybody** 46:3 106:10
106:11
**everyone's** 52:1
**exactly** 42:22 54:12
75:19 110:22 116:7
125:16 126:2 142:16
142:22
**exaggeration** 159:4
**examination** 1:16 3:7
4:6 181:14 191:3
**examined** 4:4
**example** 30:6 49:19

178:13
**examples** 126:9
**exception** 73:13
**exclusively** 163:9,11
**excuse** 45:20 124:22
130:16
**exercise** 95:15
**exhausted** 132:23
**exhibit** 3:15 25:15,20
40:13 46:5 63:3,5,10
74:10 90:5,10,13
93:18 99:15,20 107:14
107:19,19,21 116:9
118:1 121:16,21 135:1
135:6,6 139:12,17
151:16,22 154:11,16
156:2 181:16 182:18
**exhibits** 3:14 26:8 157:5
**exist** 189:10
**exists** 38:16
**expect** 5:24 6:3 56:2
171:24
**expecting** 167:10
**experience** 49:14 140:19
140:22 193:1
**experienced** 27:19 28:1
**experiencing** 36:4
**expire** 75:7 83:22
**expired** 74:17,18 81:13
**expires** 81:15
**explain** 51:19 165:24
174:2 189:7 191:23
**explained** 46:22 69:3
**explanation** 122:2
**explore** 180:19
**extensive** 43:23
**extent** 11:19 30:3 43:7
49:1 82:2
**exterior** 15:8
**external** 15:6,7 16:3,7
19:7 20:18 53:11,13
56:22 57:2
**extra** 175:6,7 176:16
**eye** 97:23
**eyes** 190:5

**F**

**F-r-a-n-k-o** 55:19
**facility** 124:14 138:16
139:1
**fact** 35:4 66:18 75:21
89:20 98:16 109:10,16
128:22 153:9 161:23
163:23 164:8 172:18
**factor** 164:1 165:6
**factory** 24:4,5,6
**facts** 132:19
**factual** 109:17
**fail** 184:6
**failed** 19:24
**failure** 168:20
**fair** 5:22 7:21 32:1 65:5
77:12 81:21 117:17,18
145:2 163:13 173:6
183:16 190:2 191:22
**fall** 28:18 29:24 31:6,7
43:10,11,11,12
**fallen** 41:19

**falling** 43:15
**false** 19:21 58:17 151:5
151:11 167:21 190:24
**familiar** 103:6,8
**family** 64:18 65:22
**famous** 38:3 54:16
**far** 14:1 24:15 25:3 45:22
48:18 61:4 66:10
73:21 78:22 89:22
124:11,14 142:15
156:20
**fast** 6:15
**fault** 16:11
**fax** 63:24
**February** 21:7 22:20
**federal** 4:15 156:6
**feel** 7:20 11:21 25:22
27:12 32:9 43:9 48:23
52:14 62:3 79:6
101:20 126:12 144:9
149:6 171:3 179:15
**feeling** 77:3
**fell** 28:23 31:10 36:15
146:2
**felt** 43:23 74:4 75:15
144:1 151:1
**female** 134:16
**females** 167:10
**fifteen** 6:2
**fight** 47:3
**figure** 88:3 96:15
**file** 56:14,14 57:13
130:13,23 131:1,10,18
132:8 156:1 162:21
164:7 168:7
**filed** 26:4 56:8 131:4
156:3,9
**filing** 166:9
**fill** 66:2,22 69:10 82:11
183:23
**filled** 51:6 65:18 66:20
136:18 141:17,20
142:1
**final** 87:13,18 108:15
109:23
**finally** 170:5 181:1
**find** 96:22 97:1 98:23
142:13 167:12
**fine** 76:12 120:12 149:6
173:21
**finger** 134:3
**fingers** 133:20
**finish** 5:20 6:12
**finished** 122:21,23
**finishing** 129:13
**fire** 167:14
**firearms** 97:9
**FIRM** 2:5
**first** 4:3 5:21 8:1 12:5
14:23 21:3,4,4,5 26:3
26:18 27:5,19 28:3,12
28:22 35:10 36:4 37:7
39:2 42:10 47:4 67:1
67:16 69:15,23 70:7
74:17 80:19,21,22
84:21 85:22 87:1 89:1
89:10 94:6,11 98:2
100:15 108:13,15

114:3 128:15 134:9
135:12 140:23 145:20
155:15 158:12 161:2
168:15 171:9 178:8
179:16 181:8 185:9
187:1 195:18
**fit** 45:7 56:6
**five** 14:11,18,20 33:24
42:4 67:12 86:5
136:11 169:6,15
**fixed** 191:12
**flare** 42:6,8,10,23 43:18
46:17 47:6,13 48:10
60:16 61:13 62:4,16
76:20 79:5 153:13
**flares** 41:3
**flaring** 42:13 47:22 48:7
48:11 76:4
**Fleming** 2:4 3:9 10:23
71:8 77:8 114:23
118:20 157:9 173:18
181:7,13,15 191:2,8
191:17,22 192:10,14
192:21 193:3 196:9
**flight** 113:12
**flights** 104:7
**floor** 2:13 36:15 104:1,9
106:21,22,23
**follow** 137:17 184:6,12
184:13
**followed** 113:23
**follows** 4:5
**food** 16:15,22,23 17:3
**foot** 23:5
**force** 83:7
**forced** 104:5
**foregoing** 194:12 195:24
196:3
**forensic** 12:20
**forget** 5:11,11 9:22
36:17
**forgot** 21:16 22:17 51:22
97:1 101:10 163:19
**form** 71:22 77:9 131:13
137:7 183:20,23
**formerly** 64:12
**forth** 79:13 80:16 177:3
**forward** 158:10
**found** 56:12 126:15
180:14 186:21
**four** 7:11 12:17 14:11,18
14:20 62:23 72:2
152:10 186:7 191:12
**fourth** 72:23
**frame** 62:24 185:6
**frames** 11:13 170:24
**Franko** 54:20 55:18,20
56:15
**free** 11:21 25:22 27:13
**frequency** 32:6
**frequent** 28:21 29:5,5,7
**freshly** 189:9
**Friday** 87:20 91:12 93:9
**front** 27:2 88:4 103:18
157:24
**fulfill** 46:8
**full** 6:4 95:20,22,22
134:14 158:12 171:9

189:17
**goes** 25:3 70:13 94:12
**going** 5:18 10:13,16
23:16,18 25:19,23
33:20 38:11 39:17
40:22 69:11 73:14
75:24 76:10,21 77:2,4
77:8 79:6,10 80:15,16
81:1 101:21 103:16
110:1 111:5 112:2,9
118:16 119:2,20
123:12 126:4,7 129:4
129:18,20 130:3,5
131:15 134:15,21
137:11 139:16 142:12
143:22 145:9,12 146:8
147:7,9 149:11 154:20
156:14 158:9 161:14
164:22 165:17 166:4
167:5 168:10,14,16
172:12,13 174:6 178:6
179:6 180:17 181:4
190:2
**Goldsmith** 138:5 152:6
184:18,24
**Gomez** 161:2
**good** 4:8,9 71:8 73:17
74:13 77:3 124:23
164:7 177:5,20
**goodness** 21:15 95:17
161:4
**gosh** 84:23 109:4
**gotta** 132:6
**gotten** 137:4 165:2
172:23 173:2 176:8
178:16 187:20
**government** 1:9
**grab** 116:4
**grades** 159:2
**graduate** 188:4
**graduated** 12:15 21:3,4
23:11
**graduation** 24:18 129:20
**grammatical** 192:14
**grandson** 11:10
**gravy** 177:5
**gray** 93:15,17 169:5
**great** 159:16
**green** 73:1,3
**greet** 114:16
**grew** 29:21
**grievance** 131:11,16,19
**ground** 31:10 48:22
95:15
**group** 38:5 84:8,9,13
**groups** 13:18
**Grove** 89:19
**guard** 96:20,21
**guess** 10:11 14:10 16:19
19:17 24:6,23 25:12
27:4 31:9 34:11 36:8
42:13 44:5,6 53:19,22
54:1 62:10 111:3
118:2 126:22 134:5
160:14 164:3 175:21
**guessing** 51:11
**guesstimate** 17:6
**guide** 139:18

**guilty** 79:7
**gun** 102:9
**guys** 69:2 119:22
**gym** 36:13 126:21
**gymnasium** 121:6

**— H —**

**H-a-r-t-s-f-i-e-l-d** 127:18
**hair** 166:6
**half** 32:3 53:23,24 175:1
175:2,14 176:12,14,15
176:16
**half-baked** 147:4
**hallway** 108:20 111:14
111:17
**hand** 66:21 196:13
**handcuffs** 50:2
**handful** 26:7
**handicap** 69:8 70:4
71:15 73:10,11 74:1
76:2,24 77:5,13,22
78:4,8 79:5,15,20,21
79:24 80:1,7 99:21,22
100:19 102:2,5 141:10
141:17,20 142:1
143:14 144:18 146:24
147:14,18,20 148:24
149:16 151:7
**handicapped** 43:24
78:11 101:13 127:3
128:10,13 145:18,21
147:13
**handle** 131:11 132:2
**handwriting** 66:14,16
108:1 121:23 136:16
136:19 181:22,23
182:1,3,15,15,16
**handwritten** 66:12 67:2
**hanging** 77:6,23 78:1
101:5
**happen** 30:1,2,5 31:14
31:17,19 32:2,4 33:23
33:23 43:21 44:16
46:22 52:4 69:4 76:10
76:15 79:10 169:17
**happened** 21:2 28:20
33:17 34:9 40:23
103:12 121:4,4 122:20
125:2,10 129:15 134:9
137:15 178:8,20 180:2
191:6
**happening** 59:23 62:6,8
66:6
**happens** 30:4 184:6
**happy** 7:16 102:17,18
**harassment** 167:9
**hard** 37:13 149:8
**Hartsfield** 127:15,17,18
**Hassle** 38:18
**hate** 27:7
**Hawthorne** 23:1,4,22,23
**hazard** 34:11
**head** 5:9 10:9 15:15
**headquarters** 138:17
140:6
**healing** 33:11
**health** 37:12 38:14
177:19 181:18

**hear** 86:13 127:20,23
**heard** 5:1 55:8 113:10
128:5
**heavy** 50:12
**hello** 108:22,22
**help** 33:7,7 36:20 79:3
**helping** 105:3
**helps** 33:18
**Henretty** 2:10 3:8,10 4:7
4:18 10:13 11:1 25:18
57:22 58:1 63:8 71:10
71:13 77:11 90:8
93:21 99:18 107:17
115:1,8 118:22 121:19
135:4 137:19,22 138:1
139:15 151:19 154:14
157:3,10 173:16,20
174:1 176:19,23 181:4
181:11 191:4,13,16
193:6 196:10
**HERBERT** 2:5
**heretofore** 195:8
**hereunto** 196:12
**herniation** 36:1
**hesitation** 48:24
**hey** 44:15 47:1
**high** 12:6 120:23
**higher** 12:22
**highest** 84:7
**highlighted** 118:4
**highly** 178:10 180:1
**hinder** 151:13
**HIPAA** 119:16 135:7
183:20,23
**hired** 81:20 82:17 166:6
**hires** 189:16
**hiring** 81:10,14,18
**history** 12:2 14:1 27:15
27:16 84:18 167:18
168:12
**hit** 62:21
**hits** 48:22
**Hoffman** 38:18
**hold** 9:18 42:19 43:9
51:11
**holding** 49:22
**hole** 51:24
**holidays** 176:7
**hollered** 104:2
**holster** 97:11,11
**home** 36:14 40:23 44:22
47:1 50:11 61:17,18
89:23 92:24 93:3
173:14 189:13
**homework** 140:18
**Honda** 72:22
**honest** 79:3
**honors** 12:9,13,15
**hospital** 28:13 53:23
60:15 136:23 182:18
183:3
**hospitals** 15:8
**hour** 90:3 123:2 185:2
**hours** 6:2 7:12 13:15,20
29:24 36:24,24 89:4
93:5 140:4 188:5
**house** 22:13 36:19 72:5
179:1 189:14

**household** 91:15
**HR** 123:8 124:15,20
125:2,12
**Human** 123:3 125:9
**hundred** 34:10
**hung** 101:24
**hurry** 152:22 153:19
**hurt** 136:5,10 171:7
**hush-hush** 55:11

**— I —**

**icy** 53:2
**idea** 30:8 51:16 80:2
123:12 125:6,24
126:19 130:3
**identification** 25:17 63:7
90:7 93:20 99:17
107:16 121:18 135:3
139:14 151:18 154:13
**identified** 28:13 107:24
**identify** 111:11 182:3
**ignorance** 120:22
**illegal** 69:12 101:9
**Illinois** 1:1,8,21,23 2:6
2:13 64:2 99:6,8 140:7
163:20 182:12 194:1
195:1,7,10,14
**immediate** 184:11
**immediately** 122:22
131:9 139:6
**improve** 29:16
**improved** 148:22
**improvements** 152:16
153:8
**improving** 153:8
**in-service** 13:1,5,6,13,14
13:21
**inaccuracies** 192:9
**inaccurate** 142:14
187:17 192:19,23
**inaccurately** 192:13
**inappropriate** 111:1
**inappropriately** 179:24
**incident** 32:10 36:7,10
44:19 48:9 57:18
88:18 120:3 169:9
174:5
**incidents** 30:10 44:9,13
**inciting** 36:7
**inclusive** 194:14
**incoming** 161:21
**inconsistent** 32:17
**incorrect** 27:11 143:15
143:21,23,24 150:9,13
150:22 151:1 162:3
**incorrectly** 141:21 142:2
**increase** 161:14,17
190:1
**indicate** 169:22
**indicated** 52:18 135:14
**indicating** 134:12
**individual** 1:7,9,10,11,12
**indoctrination** 110:6
**Industrial** 24:2
**ineligible** 186:20
**inform** 19:24
**information** 18:15 19:21
58:17 79:2 136:5,12

150:7,12,22,24 151:6
151:11 181:18 182:17
187:17
informed 185:13,18
186:18
initial 100:7 105:4
initially 82:19 170:1
injured 134:3,10
injuries 133:15,17,18
injury 48:16 58:14,20
134:9
ink 98:7,8
inmate 47:20,23 48:3,5
inmates 8:11 16:22 17:1
17:3,4
inquiring 186:18
inside 9:5 103:14 105:13
105:16
inspected 96:13
inspection 91:24 92:1,2
92:4,8,10,12,16 98:3
100:7,9
Inspector 138:4,5
140:21
instance 11:15 94:10
instant 193:13
instructing 110:2
instructor 104:20 106:19
113:13,17,19 127:23
163:20,21,22
instructors 104:16,22
106:16 107:12 109:14
113:9,17,19 114:7,10
116:13 121:2 127:7,12
127:13
instructors' 113:10
insubordination 169:8
169:12 184:8
insurance 25:10 37:4,12
177:9
intend 31:23
intended 33:6 154:1
interested 58:19
interfere 172:3
intermittent 29:20,22
30:15 40:14 42:12
46:7 68:2 69:4,7 148:5
150:4 170:18,21
interpret 155:10
interrogation 138:7
140:14,15
interview 83:20 138:3,7
140:4,10 178:17
interviews 83:18
introduced 4:18
investigate 82:12
investigator 21:19,20,24
22:3 100:12,13 102:5
103:3,12 127:1 130:15
130:16,24 144:17
184:17,23
investigators 80:10
143:21 145:7 189:17
involved 8:4 132:9
ironed-in 94:14,16
issuance 70:16
issue 33:8 34:2,17 52:23
121:12,14 133:8

134:20,22 147:1
170:23 172:1,10
174:21
issued 99:1 143:14
171:19
issues 71:24 88:8,20,24
133:2 153:10 165:22
189:19
Item 26:13
items 94:5

**J**

J 1:6
Jackson 38:24 39:3
jail 9:5 10:16 13:8,9 15:1
15:8,9 20:16,16 24:16
45:24 78:4 79:15 80:7
123:3 124:14,20
137:17 179:22 189:12
Janet 11:8
January 20:1
Jefferson 1:22 2:5
195:10
Jeffrey 1:11 100:12
Jess 161:2
Jesse 64:1
job 16:8 23:7 49:7 50:8
103:10 162:17 163:16
164:5,11 171:15
179:17
jobs 23:10,19,21 24:1,17
172:22
John 184:18
joints 71:23
July 40:9 87:23 88:7
89:6 90:24 91:9 99:23
117:16,21 120:16
122:9,17 126:6
jump 80:15 97:6,7,8
102:8 155:7
June 1:23 65:6,9 67:21
69:15 195:8 196:14
justice 12:14,20

**K**

K 1:19 195:2,5 196:10,16
K-9 175:8
keep 23:18 55:11 168:6
Kelsey 11:9
kept 18:14 70:5 126:14
131:8 180:14
KEVIN 2:10
key 56:16
keys 92:20
kicked 131:2
kidding 180:1
kind 31:21 46:16 62:1
80:15 90:16 106:11
131:23 140:16 178:15
kitchen 16:13,14,18
17:10,13 19:6 36:15
knee 26:20,23 27:9,11
27:16,20,24 28:4,16
28:17,23,24 29:10,14
29:16 30:16,24 32:8
32:10,13 33:8,12
34:15,23 35:5,17,19
38:4 41:17,23 42:23

43:4,5 52:1,14,15
58:13 59:19,23 60:16
61:7,8 62:19 63:2
71:23 118:5,12,13,19
119:5 133:12 143:12
144:20 145:4 154:4
183:13
knees 27:10 32:13,14
35:8,16 39:6 43:2
58:21 61:14 62:3 67:5
141:11 142:21 144:11
147:2 151:12 165:10
knew 46:13 83:21 103:5
103:23 110:20 114:2,5
123:13 150:6,12 166:3
know 6:8 7:7,8 9:17,18
13:11 18:21 19:19
23:19 24:16,23 25:9
27:13 31:21,23 33:3,6
33:15 35:7,24 36:8
38:1,2 41:21 42:5,8,11
44:14 45:17 46:2,23
48:1 50:20 51:5,20
54:12,17,17,18,19
55:7,7 57:11 60:14
61:22 62:9 64:11,12
64:16 65:16,20 66:7
66:16,18 67:21 69:14
71:17,21 73:10,13,21
74:12,18 75:13,15,21
75:22,23 76:10,21
77:1,3 78:20,21 79:10
80:9 81:9 84:2,13,23
85:3 87:11 88:2,11
89:24 90:12,14,16
91:10,11,14 94:10,18
101:21,22 103:3
108:11,12 109:3,4,7
109:24 110:23,24
111:2 113:10 114:1,18
115:11 116:22 117:20
119:1,14 120:2,13
123:12,14,14,16,16
124:4 125:1,4,17,23
127:3 130:5 131:16
132:2,3,17 134:1,3
136:14 142:12 147:7
148:1,3 149:14 150:3
150:4 152:2 155:17
156:20 158:21 159:6,7
159:9 160:1,2,3,11,13
160:15,18 162:3,21
163:1,3,7,17 164:19
168:5,24 169:2,11,11
170:10 173:4 174:13
174:23 175:5,7,13
178:6 183:1,3,14,14
183:15,21 185:16
187:19 191:20,21
knowing 104:6 139:1
147:9
knowledge 8:5 69:18
81:14 110:18 117:24
126:1 159:24 175:3
183:21
known 114:10
knows 131:23

**L**

landing 113:12
landings 113:13
Lange 1:12 100:12,13
102:5 103:3,12 104:19
104:22 105:2,23 106:5
106:19 115:11 127:1
128:9,16 130:14,15,16
130:20,24 144:17
language 64:24 67:9
70:15
large 79:19
larger 98:5
Larry 161:1
lasted 32:18,19,20
late 6:3 9:13
law 2:5 12:9,13 71:5
81:14 181:17 189:18
lawsuit 29:19
lawyer 146:8 155:6
156:15 157:16 158:1
Lawyers 49:4
lay 49:15
lean 41:12 42:17,18
leaning 47:11
learned 45:5 187:3
leather 97:10
leave 47:2,6 180:17
189:14
leaves 72:23
leaving 126:22
left 14:14 19:3 27:10,11
31:1,5 35:4,17 36:19
56:9 71:23 85:19
98:19,22
left-hand 63:23
leg 48:20 59:21
legal 73:16 101:24 166:8
legally 81:14 182:6
legitimate 151:13
Length 68:9
lengthy 167:14
lesson 45:5
let's 10:7 14:10 20:24
27:14 28:5 35:12 58:3
82:2,3 85:11 87:14
92:22 105:2 126:4
150:9 154:21 155:9
160:24 170:20 176:20
178:21 181:7
letter 75:13,15 82:17
83:13 156:16,17
157:12 167:6 170:11
170:12
level 42:21
Liberty 12:16
license 98:9,10,19,23
99:9 122:3 196:17
lied 132:21
lieutenant 14:14 18:3
45:7 53:19,20,21 54:8
54:9,10,22 88:14
116:15,22,24 117:2,8
117:9,20 118:18 119:7
122:23 129:24 135:11
135:17,19 136:8
144:18 152:6 162:5
165:19,20 171:20,22

183:7,9 184:17,23
life 34:16 41:4 58:11
lifetime 34:6
lift 49:21,22
lifting 51:2
light 50:9
lights 92:21
limited 68:4
limiting 46:6 49:10,10,13
limping 28:17
line 58:3 82:5 109:18
112:13 119:1 182:5,7
182:14
lined 103:17 112:9
lines 5:16 115:9 136:11
141:4 145:11 147:24
149:9 150:18 152:11
list 81:11,12,15 83:22
85:13 86:17,19,19,23
94:5 96:11,12 159:19
160:3 161:7 162:16
listen 178:17
literally 55:2
little 10:14 12:1 19:1,16
21:10 22:1 23:17
27:14 40:5 41:15
45:23 51:17,24 58:4
80:16 89:4 95:13
99:13 104:13 107:4
120:2,5 125:3,8
126:23 167:18 171:11
172:16 178:16
live 11:4,6,7,11,16 89:22
156:19
lived 72:5
loaders 97:16,17
lobby 125:11
local 1:8 4:16
located 140:6
locations 15:19
lock 50:3
locked 56:14
long 13:14 14:8,21 17:15
20:10,23 23:22 32:16
36:21 37:6 39:15
60:23 61:4,7 64:14
65:17 73:16 74:12
82:6 91:8 93:7 122:12
122:13,15 131:24
132:19 184:22 188:4
192:22
longer 22:7 38:16 40:22
126:16 148:23 171:23
look 25:22 26:6 35:13
38:13 47:1 49:8 56:23
63:23 64:22 66:11
67:1 76:16 103:2
116:9 154:19 157:11
157:24 158:11 159:12
164:6 181:5 187:15
looked 51:21 54:11
127:1 139:20 148:12
187:11
looking 22:15 34:21 97:6
118:1 126:8,18 157:7
168:10
looks 41:15 63:24 67:6
loosens 61:5

**Loretta** 1:19 195:5
196:16
**lose** 56:17 57:9
**losing** 56:16
**loss** 32:11 134:3
**lost** 98:11 133:19 176:6
176:6
**lot** 18:9 20:17 41:14 61:6
100:21 105:4 106:4
121:5 124:12
**loud** 5:6,10
**lower** 159:5,9
**lying** 36:21 140:17
**Lyle** 2:10 4:18 196:10
**lyle.henretty@cookco...**
2:14

**M**

**mad** 49:6
**magazine** 97:13,13
**mailed** 75:12
**main** 15:18 37:24 154:6
154:9
**maintain** 43:15
**major** 169:7 172:1
184:10,13
**majority** 27:10 182:1
**making** 26:16 161:24
162:1,4 186:19
**male** 21:8
**males** 167:11
**March** 26:19,24
**Maria** 187:13
**mark** 156:14 168:10
**marked** 25:16,19 40:13
63:6,9 90:6,9 93:19
99:16,19 107:15,18
121:17,20 135:2,6
139:13,17,24 151:17
151:22 152:13,14
153:15,16 154:12
**marking** 156:2
**marks** 63:17
**master's** 12:18,19
**matter** 31:9 40:24 45:5,8
143:3 161:23
**maximum** 17:14
**Maybrook** 138:13,14,16
185:10
**Maywood** 124:17 138:12
138:16 140:7
**mean** 15:11 23:13 24:10
29:17,22,23 33:1
35:12 37:1 41:11,12
45:2,15 84:16 91:24
98:21 101:15,16 106:3
114:1 116:6 122:22
125:16 126:16 130:6
134:1 142:9 152:21
153:9 158:6 160:20
165:15 167:20,21
168:2 169:17 172:8
175:5,20,24 176:8
178:6,14 180:16,23
189:24 190:20,21
**means** 14:4 19:1 51:19
51:20 143:16 157:19
168:3 169:17 191:21

**meant** 147:24 148:1
191:5
**measure** 190:23
**medical** 27:2 28:4,7,9,10
29:10,18 35:13 38:14
51:21 56:7 104:6
133:2,7 136:12,21
137:4,8 143:15 147:1
147:21 153:24 165:22
**medically** 134:4
**medication** 7:4 39:10
**medications** 6:20,23
**medicine** 7:2
**meet** 111:24 112:3
155:16 177:12
**meeting** 118:23 122:13
135:13,15,17,18
184:16,22 185:11,14
185:17
**meetings** 177:11
**meld** 52:3
**member** 159:17
**members** 147:17 186:2
186:5
**memo** 108:1 111:18
116:20 154:10 171:13
171:16 172:2
**memorandum** 145:1,5
152:3
**memory** 9:16,19 19:9
115:14 162:2
**men** 179:10,10,11
**mental** 177:18
**mentioned** 8:6 22:15
31:6 52:5 54:7 62:22
70:2 116:23 128:9
171:16 175:10
**mentions** 49:9
**merit** 81:8
**mess** 132:1
**met** 117:17 135:18
140:23
**Michael** 184:17,23
**mid-'80s** 24:24
**middle** 44:12
**midnight** 17:21
**Midnights** 53:9
**miles** 89:24 124:16
**milk** 51:5,6,8
**milligrams** 7:10
**mind** 7:10 62:1 102:23
**mine** 136:20 153:2
157:20 182:9
**minus** 6:2
**minute** 34:4 103:22
108:3 114:24 136:15
144:5 169:10 181:8
**minutes** 6:2 90:1,4
102:15 181:5,8 185:5
**mirror** 78:1 101:6,9
**misrepresentation**
190:21
**missing** 99:4,9
**mistake** 157:23
**mistakenly** 138:15
152:16
**misty** 178:16
**misunderstood** 112:15

**molester** 9:1
**moment** 124:23 148:2
161:6
**Monday** 88:6 93:9
186:24 187:19
**monetary** 173:7
**money** 37:4 172:16
173:10 176:17
**monitoring** 21:19,23
22:4,14 189:11,16
**monotone** 178:15,18
**month** 45:1 175:17
176:3
**monthly** 174:7 175:11
**months** 19:14 20:8
21:17 22:1 30:12
32:18 44:11 59:15
75:23 78:19,21 148:23
153:11,13
**Moraine** 13:3
**morning** 4:8,9 55:15
89:15 90:24 91:20
92:24 93:11 103:4
112:1 116:18,19 117:3
122:8,13
**motherfuckers** 101:13
**motorcycle** 72:20,21
**mouth** 96:20,21
**move** 48:12,16,21 74:10
86:14 178:21
**moved** 172:18
**movement** 134:15
**moving** 89:5
**multiple** 33:17

**N**

**N** 2:1 3:1
**name** 4:10,12,18 24:13
24:14 25:7 37:24 38:5
38:20,22 39:1,2,3 64:7
64:9 67:2 128:2
134:17 136:23 153:24
161:2 177:13,14,15
182:6,19 183:4
**named** 170:13
**names** 128:3
**Nancy** 11:7
**narrow** 146:22
**nasty** 140:16
**NATHAN** 1:10
**nature** 11:3 134:21
**near** 106:4
**nearly** 31:4
**necessarily** 61:9 84:11
**necessary** 10:22
**necessity** 147:21
**neck** 133:22 134:8,11
**necktie** 95:9,12,13
**need** 6:6 7:8 11:20 23:7
23:20 35:2 37:17
39:18 43:20 45:11
70:3 75:14,16 76:1
79:11,12 80:1,8 90:13
92:20 101:21 107:3
120:8 124:24 125:1
134:5 137:21 148:24
165:11 191:20
**needed** 36:20 39:19 80:3

136:5 149:3
**needs** 15:10 51:10 71:21
102:2
**negative** 178:9
**nerve** 133:22
**neurological** 68:6
**never** 13:4 29:21 36:17
41:1 44:18 56:10 70:3
76:10,21 80:6,12
83:20,21 94:21 95:7
95:20 97:8,8 102:8,9
103:18 104:2 134:22
144:3,16 147:7 150:24
162:16 165:18 179:5
180:23,24 187:8
**new** 15:20 74:20 75:2
98:12 99:1,3 114:9
189:9
**nicely** 179:14
**night** 93:1 101:17
**nine** 19:14 20:8 21:16
148:23
**ninth** 128:23 129:9,10,11
**nod** 5:8
**normal** 50:4 120:20
124:2
**normally** 10:17 77:14
178:12
**Northbrook** 25:10
**Northern** 1:1 194:1
195:13
**notarial** 196:13
**Notary** 1:19 194:24
195:5
**note** 67:9
**notes** 181:5
**notice** 1:17 4:14 46:16
85:6 125:20 191:6
196:7
**noticeable** 43:13
**noticed** 32:5
**notification** 22:6 125:19
143:11
**notified** 144:16 185:10
187:8,10
**notify** 143:13 192:9
**November** 40:9
**number** 63:12 79:19
99:24 146:14,15 157:8
186:2
**numbers** 63:24 157:4
**numerous** 139:21 193:2
**nurse** 66:23

**O**

**O** 195:2,2
**o'clock** 1:24
**Oakton** 12:8,11,12
**oath** 194:15
**obedient** 56:4
**object** 77:8
**objection** 155:15 191:8
**observe** 134:15
**obviously** 32:7 48:23
114:13,14 155:14
163:15,16
**Ocalski** 161:2
**occasion** 52:18 61:17

**occasionally** 15:20
22:18 59:19 72:10
177:22
**occasions** 76:18 127:11
**occur** 30:21 60:16 147:9
148:3 168:6
**occurred** 14:16 43:18
120:14 184:16
**occurring** 46:17 61:13
147:1 148:2
**October** 169:24
**office** 2:11 4:19 8:8 18:6
18:8 19:2 56:13 80:18
80:23 81:4,7 88:8,23
117:12 119:6,8,11,11
120:15,21 125:13,13
133:7 137:9
**officer** 9:2 22:24 46:10
47:19 48:2 76:17
82:21,24 89:21 118:9
132:13 160:10,12
161:12,13 175:18,21
**officers** 16:17 18:16,19
95:19 131:14 132:9
142:7
**offices** 106:24
**official** 1:7 19:22 55:1
156:22 181:17
**officially** 13:4
**oh** 21:15 25:12 101:4
117:11 132:2 143:22
154:18 157:22 161:3
**okay** 6:9, 14 7:17,23
11:23,24 18:11,20
19:8,10 24:17 26:16
27:4 33:9 34:21 36:10
54:6 58:2 60:16 63:3
64:3 65:7 72:21 76:5,9
80:15 89:7 90:18 91:6
97:3 98:14 100:13
101:22 102:10,11
103:2,11 106:10,18
111:13,24 117:20
119:13 122:11 124:24
126:4 129:15 130:9,19
132:22 133:14 135:18
136:21 137:22 138:2
139:19,22 140:13
141:2,6 142:8 143:9
144:7,8,14 146:16
147:5 149:1,5,13,23
152:5,8,23 155:6,12
155:23 156:13,19
157:9 162:6,24 163:13
163:19 165:1,17 167:5
170:15 172:11,15,22
173:6,20 174:2 176:5
177:20 178:19 180:8
182:2,6,17 183:5
184:1,15,21 185:8
188:17 191:22 192:18
192:22
**old** 27:22 34:12 126:15
**old-fashioned** 179:9
**older** 160:6,8,10,11,13
164:15 165:20
**on-duty** 133:15

once 8:19 13:13,18
40:23 42:2 48:5,6
51:22 61:20 62:21
78:15 81:4 85:3 113:4
126:15 137:6 143:10
175:17 176:3 178:23
one-man 54:5
ones 25:1 34:14 69:23
127:14 133:10,11,14
166:12 170:10,12,13
170:13
ongoing 166:10
online 74:24 75:1
onset 31:12
opened 57:13 97:8
operate 123:17
operations 15:6,7 16:4,7
20:8,18 21:14 53:11
53:13 56:22 159:18
164:9 185:23 186:6
opinion 43:22 80:12
153:1,6 166:10
opportunities 173:23
176:6
opportunity 156:7 190:8
190:15 192:4
opposed 59:18 131:15
ops 19:7 20:10,13,20
57:2
oral 133:10
order 50:7 55:24 56:1
85:10 100:22 101:3
114:4 137:12 162:23
168:14 171:19,22
184:5,7,9
ordered 103:14 104:17
105:6,14 112:11
114:14 115:11,23
116:10 119:16 122:4
129:16 135:7,10,19
136:22 137:3 138:22
171:16 183:19,23
185:16
orders 113:24 137:17
original 159:17
originally 105:10
orthopedic 68:6
Orthopedics 38:6,9,12
39:13
orthopedist 37:19,20
osteoarthritis 34:23
35:8,11 67:4
outlying 15:8
outside 105:10 112:9
overheard 124:3
overly 120:5
overseen 18:3
overtime 173:22 174:2,3
174:4,7,8,9,14,17,18
174:20,24 175:4,5
176:6,7,7
owned 72:17,19

---

**P**

P 2:1,1
p.m 93:6 193:9
P103 157:4
P92 157:4

page 5:3 26:12 40:13
45:21 64:7,22 66:11
67:7 70:8 90:11,12
97:6 108:2 140:2,2
141:2 157:12,24
158:11 159:13 167:6
170:15 171:9 182:2
PAGE:LINE 3:7,14
pages 26:7 154:19 157:7
157:11 168:11 194:14
pain 7:2 26:20,21,24,24
27:17,20,24 28:4,16
28:23 29:16 30:16,18
32:10 33:7 36:16 37:5
39:11,16,21 40:14
41:1 42:16,21 43:8,9
48:15,23 49:14,18
50:6 52:14 62:4,19,20
69:6 107:5 183:13
pallet 50:23 51:4
pants 93:15,16
paperwork 56:8,9,11,13
74:21 117:13 174:22
paragraph 26:12,13
34:22 40:12 41:2 46:5
49:9,11 51:19 71:6
143:8 158:12 159:13
167:6 170:16,16
171:10
paragraphs 26:14
parent 182:7
park 76:24 77:5 78:4,7
80:1 145:17,21 147:8
147:19 170:24 171:4
parked 146:24
parking 63:20 70:11,17
70:18 102:2 105:4
106:4 121:5 124:12
146:24 147:2,19
part 13:5 15:6 64:23 67:1
70:9 98:2,3 108:18
133:19 158:1 163:17
166:7 182:5,11 184:1
partial 159:13 170:16
partially 163:14 171:15
participate 129:6
particular 41:5 49:16
72:11
parties 196:5
partner 38:1
partners 38:2
parts 66:11
partway 123:18
party 157:13 158:2
pass 30:10
passed 82:10 86:19
158:15,21 171:24
passenger 54:4 70:19
patella 29:20 51:18
patient 135:24
patrol 15:9 23:5,5 54:2
175:21
patrolled 24:4
pause 71:9
pay 56:17 161:11,14,17
168:4 173:22 174:2,3
174:9,14,24 175:6,7
175:10,11 176:5,7

190:1
paying 126:17
pen 98:7
pending 6:12 195:12
pens 98:8
people 5:11 11:11,17
13:16 15:20 22:5,13
45:23 55:4 70:2 72:4
79:12,14,17,19,21
80:5,7 83:23 84:2,9
88:3 94:23 95:4
105:23 106:7,14 107:8
111:2 113:2 114:8,9
123:21 127:2 148:4
160:6 161:7 162:17
164:12,14,15 165:19
188:15 189:12,17
perceived 190:9
percent 49:2,2 77:24
percentage 60:20
Percentage-wise 32:2
perfectly 73:15
perform 118:7 149:17
168:20
performance 75:20
172:4
performing 151:14
153:10
period 11:20 43:21,22
44:4,11 64:20 78:12
78:13,16,18 81:12
82:6 126:8,10 128:14
185:23
periodically 59:8
periods 60:22
permanency 68:21,22
154:5
permanent 68:11,14
148:22 149:15 168:6
permanently 133:21
permitted 185:19 186:12
186:16 192:6
person 67:2,17,23 70:9
70:11,17 112:2 114:18
115:10 180:11
person's 68:5
personal 10:4 28:10
153:5 178:1
personally 6:20 195:9
personnel 144:16 164:7
persons 63:19 64:23
145:18 147:20 182:10
pertaining 18:13
phone 22:15 55:14 83:22
phonetic 174:16
photo 90:15 99:21
photograph 90:17
phrase 91:23 101:7
142:18
physical 47:13 70:15
85:18 109:24
physically 47:20 122:17
physician's 64:7
pick 15:20 50:5,5 51:15
picked 49:24 50:3
pills 7:11 37:6
pin 95:14 96:2
pinched 133:22

placard 43:24 63:21 66:8
69:8,13,16,17 70:4,12
70:18 71:15 73:10,12
73:16,19 74:1,5,12,15
75:2 76:2,23 77:6,13
77:22 79:24 99:12,21
99:22,24 100:7,19
102:5,7,8,10,18
105:10 118:5 141:10
141:21 142:1 143:14
144:14,18 145:3
148:18,24 149:16
151:7 152:13 153:15
170:17
placards 79:16,20,22
80:7 147:19
place 12:5 38:16,20
39:16 53:16 137:4
178:7 194:13
plain 95:11
plaintiff 1:4 2:8 26:19
34:22 46:7 194:4
195:15 196:10
plaintiff's 26:17 40:14
41:3,4,5 46:6
plan 38:14
planned 56:19 114:13,17
plates 63:20 70:18
playing 36:18
please 4:10 6:7,19 7:15
9:17 11:21 85:2
plus 26:7 176:16
PO 186:10,12,16 187:2
188:11,13,18,24
point 6:6 7:14 21:8 46:7
47:22 74:16,21 79:4
81:19 83:12,13 85:14
88:7 97:19 99:2 100:9
102:7,22 103:13
104:23 106:14,22
109:5,6 118:21 142:19
153:8,21,23 154:7,10
156:1,13,14
police 15:24 24:21 32:20
32:24 82:20,24 83:7
84:19,22 85:5,22 89:1
89:18,23 91:20 93:7
94:7 95:19 96:4 99:7,9
99:23 107:24 117:1
118:8,9 122:15 129:17
138:17 140:4,6 141:5
141:9,15,19 143:10
144:15 145:15 147:16
148:8,20 149:5,13,18
150:6,11 151:4,12
160:5 161:10,12,15,21
161:24 162:16 164:24
165:8,18 172:19
173:10 174:9,15
175:18 176:9 183:22
186:9 188:2 189:3
190:22
polite 120:6
political 166:1
politics 165:23
polyester 94:12
pool 121:6
poorly 152:23 153:20

Pops 126:15 127:21
128:2
portion 110:5 157:1
181:24
position 41:14 42:20
157:15 189:4,10,21
190:3,4
positions 83:6
Possibly 9:13
post-high 12:2
pouches 97:14
pound 51:1
pounds 50:18,18,21
power 85:14,16,17 86:15
86:17,19 87:4,9,12,12
87:13,14,19 108:16
181:1,3
powering 143:7
practitioner 64:18 65:23
pre-test 109:23
predictable 76:22
preferred 147:19
preliminary 85:9,11,13
86:16,17,22 87:8,12
87:14
Premier 39:21
Premiere 39:16
prepared 18:11
Presant 161:1
presence 195:22
present 2:2 11:22 43:19
138:10 193:12 196:8
presented 156:23
press 94:19,24 95:2,3,6
95:7
pressed-in 94:14,16
pressing 142:4
pressured 146:14,22
pressuring 96:24 146:19
presume 66:17 100:3
pretty 27:8 37:22 40:5
61:22 62:24 93:16
121:3 145:13 164:7
178:18,21
prevent 6:21,24 43:14
45:9,11
previously 28:20 68:17
primarily 72:15
primary 43:5
print 22:17
prior 14:23 16:7 17:12
18:4 19:10,12 20:5,7
20:20 22:20 28:8
29:10 37:10,12 38:15
43:19 68:13,15 71:19
75:6 76:2 77:12 87:22
88:7,16,24 94:17
103:16 117:20 129:13
129:14 131:5 140:21
179:7
prison 189:15
prisoners 15:19
privately 55:9
probably 5:1,18,19
14:21 32:22 34:13
51:12 60:10 63:4 70:6
77:24 79:8 86:10,10
89:12,24 90:4 91:12

99:13 118:2 166:8
**problem** 35:23 36:3
40:21 43:5 46:14 66:9
70:2 75:22 76:14,21
77:2 151:13
**problems** 22:9 27:9
29:21 34:15 36:5 38:4
66:6,8 70:6 76:11,13
172:12
**Procedure** 1:18 4:15
**process** 80:17 81:18,24
85:3
**producing** 10:21
**program** 186:20 189:12
**progressive** 184:12,14
**promoted** 14:13,13
19:18 20:1 21:21,22
159:14,19 160:4,7,9
160:23 161:9 162:16
162:18 163:24 164:16
164:21 165:18,20
**promoting** 164:2
**promotion** 19:22 188:6,9
188:13 190:4,6,8
**promotional** 159:19
173:23 176:6 190:15
**promotions** 165:1,7,12
165:16 167:2
**proper** 61:9
**properties** 33:11
**prosthetic** 67:18,23
**protected** 181:18
**protection** 97:23
**protective** 50:2
**prove** 110:17 162:22,23
164:6
**proven** 167:21 169:3
**provide** 39:13 96:7,8
173:17
**provided** 96:6 117:9
186:15
**provision** 70:14
**proximity** 105:17
**psychology** 12:20
**Public** 1:20 194:24 195:6
**publish** 86:18
**pulled** 121:7 128:22
129:1
**purchase** 96:17,18
**purple** 93:14
**purports** 156:12
**purpose** 100:2 136:2,7
**pursuance** 196:7
**pursuant** 1:16,17 4:14
**push** 41:10 47:9 48:19
48:23 172:13
**put** 47:1 53:5 56:14
59:21,24 61:9 65:11
85:6 91:7 97:1 101:17
108:5 112:5 118:24
123:1 134:13 137:3
145:4 151:21 157:16
174:18 179:14 183:3
**puts** 32:8
**putting** 143:21

**Q**

**qualified** 143:3 150:19

**qualifies** 69:13 154:8
**qualify** 66:8 68:18 69:8
188:15,16
**qualifying** 153:1,4
**quantify** 33:21 34:1,6
48:18 49:1
**quarter** 20:11 44:12
**question** 5:19,20 6:12
7:15,19 27:5 31:22
33:20 35:14 41:22
57:21 60:7 69:20 77:9
80:5 115:5 131:17
133:4 162:10 165:12
173:3 174:12
**questioning** 58:3,19
**questions** 5:5 6:15,20
6:24 7:14 25:23 49:4
91:6 132:6 139:18
152:8 154:21,24
155:10 166:11 181:6
181:12,19 184:15,19
**quick** 108:19
**quicker** 23:18
**quickly** 48:22
**quirk** 29:3
**quite** 36:24 62:10 126:23
142:18 149:2 185:3

**R**

**R** 2:1
**racetrack** 124:17
**raise** 66:5 88:8,23 162:3
172:20 173:2 189:21
189:24,24
**raised** 66:3,4 88:20
**ran** 84:4,9 112:8,19
113:22 158:23
**range** 122:16 134:14
**Rangel** 187:14
**rate** 176:9,11
**react** 178:12,19
**reaction** 178:9
**read** 26:21 35:1 40:16
41:8 46:10 63:21
67:19 68:6 70:20 71:6
102:21 115:4,6 117:7
118:10 136:13 140:8
141:18 152:19 158:17
159:21 171:11 172:6
194:11
**read,104** 102:23
**reads** 26:19 41:2 46:6
**ready** 91:5
**real** 48:21 62:13,15
153:13
**realize** 69:19 153:4
**really** 7:8 35:24 37:13
77:3 79:1 134:1,5
143:3 166:2 187:7
**reapplied** 75:1
**reapply** 75:17
**reapplying** 74:2
**reason** 10:18 19:23
21:16 24:8 59:17 62:1
65:8 100:4,5 103:19
123:18 125:21 130:1
132:20 142:12 143:20

144:4,9 146:20 150:20
164:1 169:5 186:15,22
187:3,7,21
**reasonably** 105:17 106:4
**reassigned** 125:17,22
125:24 180:14
**recall** 8:12 10:10 14:15
16:19 23:24 25:12
27:1 28:2,3,6 29:8,15
34:20 35:20 36:22
37:9 47:15 48:1,6
52:21,22 57:11 59:2
59:14 64:15 66:24
68:22 74:14 80:9,14
81:13 87:6 89:3 92:9
92:18 95:18,23 97:22
99:24 100:8,17 102:11
102:24 106:6 110:9,15
110:23 111:20 113:13
113:15 115:19 116:11
117:4,19 119:9,23
121:10 123:5 126:3
128:17 130:12 145:8
146:7 148:10 154:6,17
161:3,6,20 168:24
169:15,18 181:18
184:21 185:1,2,4,13
186:2,4,21
**receive** 29:13
**received** 12:9,12 74:12
83:13 91:10 143:11
186:19
**recess** 71:11 181:9
**recognize** 63:13 90:19
99:20 107:19 121:21
135:6 151:22 154:16
**recollection** 8:3 24:3
29:1 40:8,10 43:22
87:3 111:12 132:18
141:1
**recommended** 97:24
**record** 4:11,13 5:13,17
5:22 10:19 45:14 58:2
63:10 71:14 115:4,6
117:7 118:3 120:1
138:2 139:23 144:9
157:3 168:4 176:20,22
176:24 181:11 189:7
**recorded** 192:11,12
**records** 18:6,7,13,24
19:2,10,12 27:2 28:7,9
28:10 35:13 38:14
51:21 136:13,21 137:8
182:10
**recruit** 94:3 140:4 141:5
141:9,16,19 143:10
144:15 145:15 147:16
148:8,20 149:5,13,18
150:6,11 151:4,12
**recruits** 103:18 104:2
106:9 111:2 112:14
126:11
**reduced** 169:23 170:2,6
195:23
**refer** 30:14 127:20,23
140:14 152:3
**reference** 109:15
**referenced** 51:18 157:14

**references** 128:6 170:14
**referencing** 35:3 153:17
**referred** 127:4,5 128:10
140:13 170:11
**referring** 126:14 128:13
158:7,7,10 165:12,15
183:5,6,8
**reflect** 4:13
**refresh** 115:13
**refused** 137:12,13 169:1
**refuting** 157:14
**regarding** 26:20,23
88:24 162:8 171:17
**regardless** 6:17 84:14
141:23 143:2 153:5
**regret** 44:2
**regular** 20:18 22:13
175:15
**related** 34:2,17 36:9
58:13 98:15 105:18
133:12 136:6 159:15
165:9 183:13
**relationships** 178:2
**release** 119:16 135:7
183:20
**released** 136:12 182:11
189:13
**relevance** 191:8
**relevant** 166:2
**relying** 191:24
**remain** 129:5 177:21
**remainder** 102:16
**remember** 8:10,13 9:10
9:12,16,17 17:2,17
24:5,12,15 25:6,7,8,13
27:22 28:11,15,22
29:9 34:2 35:6,10,15
37:8,24 38:5,13,20,22
38:24 39:2,20 41:23
44:20,23,24 47:7 48:6
48:7,9 49:21 50:15
51:14 53:7,10 54:12
54:24 57:9,16 58:11
59:22 60:5 62:2 64:20
65:15 66:2,19,21,22
73:7 74:7 75:19 78:22
80:22 81:23 83:8
84:11,12 85:10 87:8
87:18 88:1,5,12,19
89:14,16 91:19,21
92:7 93:13 95:16
97:21 100:11 102:13
102:15,17,19 103:7
104:17 105:1 106:2,12
107:10 108:7,21,24
111:22 112:3 113:7,11
115:15,20 116:9,11,17
116:19 117:2,14,14
118:16,17,24 119:3,6
119:10,22 120:13,14
120:15 121:7 122:4,7
122:16 125:16 126:24
127:1,5,8,14 128:4,12
133:18 134:17 137:5
138:3,6,6,9,18 139:8
143:5 145:13 146:5,10
146:16,19 147:22
148:6 149:20 150:23

154:18 155:19 156:9
160:22 168:19 169:6,9
169:10 170:3,8 171:21
177:13 180:13,21
182:24 184:19
**remind** 5:11
**remove** 123:18 168:4
**removed** 132:17 155:22
165:13 166:19 177:6
190:22
**renewed** 150:8,13
**repair** 91:4
**rephrase** 7:16
**reply** 156:16,18
**report** 26:23 80:11 99:4
99:7,9 112:6 123:3,7
138:23 139:19
**reported** 26:19 55:6 89:1
89:11 91:20 92:24
151:6 195:21
**reporter** 1:20 5:4,8,22
135:5 139:17 191:24
192:24
**reporting** 54:18
**reports** 102:21,23 103:3
**represent** 26:1,3 87:23
89:10 135:16 155:23
156:24
**representative** 182:7
185:20
**representing** 154:22
**reprimand** 168:19 170:3
**request** 181:17
**requested** 22:12 115:7
133:1,6
**requests** 15:23
**require** 98:6 99:8 171:18
**required** 96:12 99:5
104:12 122:21 123:20
149:17
**requirements** 46:9
**requires** 76:6 148:23
**requiring** 149:15
**reserve** 191:18,19 192:3
**reserved** 193:11 196:4
**reserving** 193:4
**Resources** 123:3 125:9
**respect** 77:9
**respectfully** 158:3
**respective** 196:5
**respond** 20:15
**responded** 22:5,8,9,10
156:15
**respondent** 171:10,12
**respondent's** 157:14
**responding** 15:23
**response** 20:9 21:14
115:17 156:16,18,22
159:18 164:9
**responsibility** 14:12
15:18
**responsible** 15:13,22
**restaurant** 22:24 23:12
23:21
**restrain** 47:20,23
**restroom** 6:6
**result** 133:22 173:8
**retail** 9:8 23:13,20

retained 156:10,11,11
retired 55:19
returned 43:24 166:20
  179:22
reverse 168:14
review 28:9 192:4,7,8
reviewed 28:6
reword 32:1
rid 59:13 60:3,6 75:7,10
  75:11
ride 54:3
right 5:19 7:9 10:23 19:6
  20:4 26:20 27:8,9 31:1
  31:3 34:23 35:18 40:1
  40:4 51:5 55:21,24
  57:3 58:19 62:9 63:21
  68:11 74:11 84:15
  98:18 103:24 105:15
  108:6 111:6 117:11
  120:21 126:23 127:2
  135:14 136:13 137:17
  137:19 144:21,23
  145:15 151:20 152:20
  153:18 154:15 156:4
  158:11 159:2 167:5
  170:17 171:4,8,9
  176:2,10 178:9 179:10
  181:7,16 184:3 193:5
right-hand 63:12
risk 170:23
River 89:19
Rivera 105:2
Rivlin 161:1
Road 38:18
Robbie 161:1
Robert 1:9 132:10,12
  161:5 187:5,9,20
Rockwell 124:18
role 8:7 16:14
roll 45:6 53:5 54:22,23
  54:24 55:1,3 105:19
room 110:8 121:1 140:5
  185:6
Roosevelt 12:14
rope 97:6,7,8
Rosemont 24:20
rotator 191:11
rough 54:1
roughly 9:12 57:5,7
round 95:14,20,22
RPR 196:16
rude 5:12 22:16
rules 1:17 4:15,16 5:1
run 31:23 32:3,3 83:23
  85:19 104:5,7,10,11
  105:6 112:11 113:20
  114:4 115:23 116:2
running 30:22 31:17,20
  32:6,8,9 113:2,8 120:4
runs 174:6
rushing 96:24

## S

S 2:1
S-a-n-d-e-f-u-r 4:12
salary 175:1,15
Sandefur 1:3,15 3:2 4:2
  4:8,12,14,17 10:21

67:3 71:14 90:9 93:23
  140:5 141:5,9,16,19
  143:10 144:15 145:15
  147:16 148:8,20 149:5
  149:13 150:6,11 151:4
  151:12 158:2 194:3,20
  195:11,14
Sandefur/Dart 63:13
  64:23 90:11 139:24
  168:11
sat 125:4,6,14
Saturday 91:12
saw 28:12 56:10 111:13
  111:21 117:2
saying 10:14 11:22
  31:24 74:4 83:13 89:5
  110:12 119:18 131:9
  132:20 146:9 147:22
  165:4,6 180:14
says 26:6 34:22 40:14
  49:11 63:13,19 64:1,6
  67:2,9,16 68:4,9 70:9
  70:21 71:22 74:11
  80:4 90:11 93:24 94:3
  94:11,13 96:3 117:7
  118:1,3 136:11,23,24
  141:9,15 142:8 143:1
  144:22 152:2,15 153:3
  157:13,18,20,20
  158:13 167:13 170:17
  182:5,8,11,14,18,19
scale 30:18
scared 178:5
school 12:2,6 120:23
sciatica 36:3
score 84:7
scored 83:24 84:2 159:4
  159:5,9
scores 84:5 159:7
scratched 182:19 183:2
scream 44:21
screamed 104:1
screwed 10:10
se 119:21
seal 196:13
SEAM 117:10,12
searches 20:17
second 10:11 14:23
  35:16 64:22 86:18
  90:12 104:1 106:23
  118:3 135:13 152:9
  176:20 178:24
seconds 30:1
secret 110:15
Secretary 44:1 64:1 75:4
  75:12 80:3 141:22
  143:16 144:10 148:10
  148:17
section 18:1 68:9 70:9
  71:5 97:5
sections 67:13
security 15:12,13 17:14
  22:24 23:1,13,19 24:1
  24:2,8,17 25:3,4
see 7:1 10:7 14:10 20:24
  27:13 28:5 35:12
  37:16,18,20,21,22,24
  64:4,7,14,19 66:12

67:10 82:16 85:11
  92:5 94:9 97:19 105:2
  111:14,16,19 113:2,5
  113:14 136:11 141:5,7
  152:10 155:14 158:3
  160:24 161:7 178:18
  182:20
seeing 65:16,17,19,21
  66:21 116:17
seek 28:15 37:7 57:15
  74:15 177:8
seeking 28:3 29:10
  172:15 177:1
seen 25:20 26:2,9,10
  93:22,24 116:21
  117:23 154:17 183:13
  193:1
selected 21:13
self-evident 118:2
semi-automatic 97:18
send 40:23 65:24 75:10
  82:10,12 126:19
sending 76:3 101:13
sense 5:14 122:12 123:9
sent 12:24 38:15 39:15
  63:1 65:12 75:2 80:21
  80:22 112:1,4,16
  128:23 129:7 137:12
  137:13,16 141:22
  143:1,23 148:9 150:7
  150:13 164:12 189:2
  190:22
sentence 26:18 118:3
  141:4,15 144:15 152:9
  152:15
sentences 167:13
separated 52:2
September 20:11 21:1
  21:18,20,21 40:7
  122:18 126:7 129:14
  168:20 179:8
sergeant 14:4,12 16:1,3
  16:9 18:2,17 21:21,22
  53:12,15 108:9,11,14
  109:1,2,11,15,15
  110:13,14,24,24 111:4
  111:7,8,9 116:12,14
  117:9 118:18 119:4,7
  122:24 129:24 130:14
  130:18,20 138:5
  139:19 144:17 159:14
  160:4 161:10,15,19
  171:20 176:10 183:6
  183:10 184:18,24
  189:5,8 190:4,8,15
sergeant's 176:11
sergeants 109:6,7
  189:20
series 5:5
serious 142:24 144:1
  151:2 152:24
serve 83:5
served 169:14 185:23
service 162:23
serving 169:15,18
set 99:14 103:23 114:9
  115:9 177:3 196:13
setting 114:2

setup 50:1,15,19
seven 6:2 17:16 19:2,5
severe 36:15 42:16 43:8
  50:6 52:14 62:10,12
  69:6 75:22 76:11
severely 59:20 68:4
severity 62:13,14,15
sexual 167:9
shackles 50:2
Shakman 181:1
shaky 178:16
shared 14:12
Sharon 125:3,8
sharp 120:5
She'd 79:9
She'll 155:8
sheet(s) 194:18
sheriff 1:6,7 4:20 8:3
  14:3 24:19 83:4
  107:24 129:19 180:7
  194:6 195:15
sheriff's 8:8 13:7,10,12
  46:1 80:18,23 81:4,6
  82:20,23 83:7 84:19
  84:22 85:4,22 86:6
  88:8,23 96:4 117:1
  118:8,9 123:15 129:16
  133:7 137:8 138:17
  140:6 158:13 160:4
  161:10,12,15,21,24
  162:16 164:23 165:18
  166:18 167:8 173:10
  175:18 176:9 183:22
  189:3 190:22
sheriffs 83:2
shift 14:7,9,15 17:21
  41:16,24 53:7 55:5
  174:6,21
shirt 93:14 94:11 96:17
shirts 94:15,19 95:1,7
shoes 93:15
shop 91:5 98:17,18
shopping 98:12
short 41:6 42:9 57:21,23
  60:21 64:19 71:11
  78:18,19 115:2 130:7
  137:23 181:9
shortened 142:10
Shorthand 1:20
shortly 32:19 40:2 44:1
  180:13
shot 32:17,23 39:7,24
shots 32:14,15,16 37:23
show 25:19 139:16
showing 63:9 90:9 99:19
  107:18 121:20 135:5
  151:21
shown 181:16
sick 46:14
side 49:18 59:1 74:3
  157:21 180:4
Sienna 72:14 77:17
sigh 114:1
sign 65:9 119:16 135:8
  135:10,19,21 136:10
  137:14 183:20
signature 65:1,1 70:9
  71:3 135:23,23 137:11

148:9 182:13 191:18
  191:19,23 192:3 193:4
  193:10 196:3
signed 65:6,10,12 71:1,4
  136:18 137:6 157:12
  169:11
significant 27:20
similar 159:14
simply 50:8 113:23
  153:22 167:10 187:7
singing 106:15
single 50:19 51:3
sir 4:11 41:9 75:3 112:18
  113:1 121:22,24 129:3
  171:5 172:21 177:1
Sissy 179:15
sister-in-law 11:8 98:13
sit 9:19 49:15 128:7
  129:7 162:24 174:13
sit-ups 85:20
site 13:22
sitting 61:6 109:20 111:7
  125:11,12
situation 47:16
situational 174:11
six 7:12 42:4
size 7:7
skip 97:4 168:17 182:13
skull 51:24
slicing 17:10
sling 191:6
slip 53:3 130:22
slow 126:23
slower 49:2,2
slowly 29:5 48:17
small 20:2 49:12
So-and-So 76:17
solder 56:4
somebody 54:19 56:12
  111:8 114:15,17
  138:21,22 175:23
son 11:9
songs 106:15
soon 48:22 122:22
sorry 39:1 86:8 94:15
  124:18 130:17 141:17
  144:7 150:9 170:20
  186:4 187:12
sort 37:15,18 47:11
  62:21 73:23 82:21
  131:13 139:18 163:21
  174:2
SOS 143:11,13,16 150:8
  150:13 151:6
sound 41:21 146:8
sounding 190:19
South 1:22 2:5 124:17
  195:10
space 145:17,21 146:24
  147:2
spaces 147:19
Spark 72:16 73:1
Sparks 73:2,3
speak 111:14,16,19
  112:16
speaking 72:12 110:11
  116:17
special 20:8,10,13,20

21:14 134:5 159:17
164:8 171:17 175:20
185:23 186:5
**Specialists** 24:3
**specialized** 188:14
**specific** 11:15 25:23
30:9 44:24 45:1 48:1
50:14 53:16 58:11
100:22 118:17 123:7
136:5,12 152:8 154:20
159:7 170:12,24
188:21
**specifically** 14:5,16
28:12 30:7 36:9 47:7
61:12 62:1 68:20 69:9
74:8 78:13 80:4 101:2
101:6 102:15,20
104:17 109:19 110:5
110:23 111:11 115:15
115:18 116:19 117:19
119:8 123:6 126:24
139:22 142:17,23
145:13 146:16 164:22
165:5 182:18 185:18
190:11
**specifics** 89:22 118:16
155:13 180:21
**speed** 48:12 97:16,17
**spell** 4:10
**spelling** 161:3
**spend** 176:18
**spent** 45:23 173:10
**spine** 26:21,24
**spoke** 55:13 116:21
150:15
**spot** 77:5 78:4,8,11 79:5
80:1 147:14
**spots** 76:24 79:11
**spur** 191:11
**spurts** 107:4
**squad** 123:1 124:4
**Square** 22:23
**SS** 195:1
**staircase** 113:3
**stairs** 104:8 105:7
112:19 113:3,4,12,20
113:22 115:24 116:2
120:4
**stairwell** 113:6,7 114:15
**Stajura** 138:4 140:21
184:17,23
**stamp** 63:11 82:7
**stamped** 90:10
**stand** 43:8 82:5 166:6
**standing** 33:13 104:23
106:10 107:1 114:16
**stands** 189:11
**stars** 67:8
**start** 5:21 18:24 28:19
36:4 38:11 47:4 52:12
65:24 78:4 82:2,3
87:14,21
**started** 4:17 17:17 21:4
21:5,7 24:19 32:21
44:3,18 45:21 54:14
80:20 84:14 131:9
132:1 163:8 186:24
187:23

**starting** 12:5 80:19
87:22
**starts** 140:2 141:4 152:9
167:6 171:10
**state** 1:21 4:10 44:1 64:2
64:2 75:4,12 80:3 99:6
99:8 100:1 141:22
143:17 144:10 148:10
148:17 163:20 172:2
192:20 195:1,7
**State's** 2:12 4:19
**stated** 56:10 68:1 125:19
143:4 152:9,12 171:13
187:20
**statement** 40:19,20
46:12 103:21 109:17
149:10 152:15 157:13
157:15,19,20,20
158:19 159:23 164:4
172:4,4,8
**statemet** 157:18
**states** 1:1,19 35:21
171:10,12 194:1
195:12
**stationed** 53:15
**status** 43:16
**statutory** 70:14,14
**stay** 128:24
**steady** 178:22
**stenographically** 195:21
**step** 6:7 43:10 48:20
52:15,16 83:15,16,17
86:14 92:22 126:4
136:15
**Stephen** 64:9,11 136:24
182:19,23 183:17
**stepped** 36:18
**steps** 151:5
**sticker** 99:11 108:4
**stiff** 61:3
**stop** 43:8 45:10 119:2
122:19 172:14
**store** 9:9 84:4 158:24
**stormed** 179:1
**story** 20:2 159:13 166:4
**straight** 19:9 61:7 125:7
155:9
**strain** 187:16,17
**street** 1:22 2:5,12 15:17
15:23 22:11 124:18
195:10
**stress** 32:8
**stretch** 85:19
**strike** 16:21 35:6 37:15
39:9 47:17 75:6 79:22
80:21 121:12 131:13
132:24 133:3 135:13
135:17 141:17 150:9
155:24 162:9 166:21
188:7 190:18
**structure** 92:23 93:2
**stuck** 69:5 102:22
**stuff** 105:4 112:24 150:3
158:1 175:22 180:20
192:15
**stupid** 106:14 180:15
**subject** 66:3
**submission** 148:15

**submissions** 148:14
**submit** 74:20
**submits** 158:3
**submitted** 148:16
173:14
**submitting** 148:11
**subscribe** 194:15
**SUBSCRIBED** 194:22
**subsequently** 149:16
**substance** 192:16
**substantive** 192:6
**sudden** 31:12
**suddenly** 29:6 52:16,17
**suffer** 45:12
**suffered** 173:8
**suffering** 141:12
**suggested** 80:6,12
**suggestion** 80:10
**suicidal** 177:5,21
**suitcases** 104:6,8,11
112:20,21
**Suite** 1:22 2:6
**Sullivan** 138:5 184:18,24
**Sullivan's** 139:19
**summary** 184:10,14
**Sunday** 111:6
**superior** 131:14
**superiors** 179:21
**supervising** 16:17,21
17:2 18:17
**supervisor** 17:21 18:6
110:21 184:6
**supervisors** 186:7
**support** 32:11 180:1
**suppose** 24:9 166:3
**supposed** 22:7 35:4
52:3 87:21 91:19 94:6
94:13,17,24 112:22
132:2 189:21,23
**supposedly** 85:6 168:4
**sure** 5:2,13 6:1 18:10,12
18:21 24:9 26:16 27:8
37:11 40:5,11 45:13
47:8 50:14 53:3 55:7
57:22 61:22 62:24
65:10 71:10 89:13
93:16 98:3 108:4
115:1 117:14 132:23
141:3,18 151:15 154:2
155:6 159:1 166:17
173:3 180:8
**surgery** 191:14
**surrounding** 188:20
190:12
**suspects** 15:20
**suspended** 169:6 170:6
**suspension** 169:14,16
169:18 170:1,7
**suspensions** 167:15
168:5
**SWAT** 20:15
**swear** 9:13 25:14 95:7
107:9 113:9 129:20
132:11
**switch** 72:8
**switched** 72:10
**sworn** 4:1,4 129:4,5,18
130:6 194:22 195:18

**T**

**tail** 92:21
**take** 5:8,24 6:3,5,8,13,19
7:11 15:7,11 39:11
43:10 57:21 71:9
73:18 85:8,11,14,16
86:12 87:4 90:2 92:22
95:18 101:10 103:2,15
103:23 104:3 111:3
114:23 115:12 116:4,9
126:4 136:15 137:22
144:6 151:5 181:4,7
**taken** 1:19 4:14,21 53:3
56:13 57:24 71:12
87:8 90:1 115:3 134:4
137:24 138:20 181:10
192:1
**takes** 90:4 170:22
**talk** 12:1 23:20 58:3
68:20,23 69:2 80:16
91:18 99:13 105:24
119:20 120:16 167:18
179:16 180:5 191:20
**talked** 34:14 47:10 51:17
99:12 102:13 148:4,6
151:8,10 162:7,11
166:18 168:17 172:17
173:1 180:9
**talking** 8:21 11:12,14,20
50:20,22 77:10 88:19
105:10 110:14 119:22
120:16 126:5,7 129:1
131:12 140:11 144:6
154:3,5 162:6 164:21
171:2
**tasks** 153:10 168:21
**team** 20:9,15 21:14
159:18,19 160:2 161:8
163:22 164:9,15
185:24 186:3,6
**technically** 12:24
**tell** 8:19 24:4 30:6 33:9
33:21 36:11 38:17
56:24 57:1 58:10
59:16 60:2,9 61:15,23
63:1 74:3,8 78:13,24
81:1 82:7,14 87:16
90:13 95:1 100:23,24
102:4,24 105:7 116:7
123:6 125:15,22
127:10 129:15 146:3
149:23 150:21 152:23
154:8 155:3,24 166:14
168:9 177:22
**telling** 19:20 82:17 85:7
**temporally** 105:15
**ten** 17:8 33:23 49:2
50:21 61:21,24,24
86:8,9 93:8 127:8
**tend** 92:18
**tendered** 173:18,21
187:16
**tenth** 129:11,12
**term** 189:24
**termination** 184:11
**terms** 92:23
**test** 19:9 82:9,10 83:21
83:24 84:7,12 85:9,12

85:14,16,17,18,24
86:12,15,17,24 87:9,9
87:12,12,13,15,19
92:21 98:22 108:16,19
109:24 110:6 181:1,3
**testified** 4:4 8:16 9:7,20
9:22 71:2 181:21
185:8,22 186:22
**testify** 195:18
**testifying** 8:24
**testimony** 195:20 196:1
196:12
**testing** 83:19 85:7
**tests** 86:2 87:4
**testy** 120:2
**thank** 7:13 27:12 70:8
76:9 88:1 154:15
177:20 193:6
**thereof** 70:16
**thereto** 193:12
**thing** 6:11 24:7 27:6 45:4
47:12 51:11 54:18
63:17 69:22 76:9
120:6 131:23 153:20
172:11 174:11,20
177:24 178:22 188:11
**things** 10:18 17:11 23:14
24:10 27:7 46:4 47:10
70:5 94:9 96:11,12,23
100:21 101:8,23
103:14 106:13,15
145:12,23 167:7 169:4
175:7 178:19 179:4,5
179:7 180:15,22
**think** 4:24 14:17 17:16
17:19 26:14 27:15
29:17 31:21 34:9 40:3
43:20 44:18 57:7,13
61:20 69:14,22 71:1,8
77:2 88:15 91:10
93:15 96:1 98:21
103:5 104:3 111:1
112:15 116:23 118:4
119:20 126:6,9 128:7
128:8,19 129:8 130:10
135:14 137:14 146:18
157:18,23 162:19
163:9,13 165:9 168:15
172:18,23 173:14
179:23 180:3 181:24
188:6
**third** 118:3 182:5
**Thomas** 1:6 160:10,12
161:1
**thought** 8:4 36:18 39:24
44:15 50:4 70:3 89:9
142:3,20,23 150:21
**three** 13:20 14:22 37:21
57:14 61:23 62:2,23
62:24 72:6 94:14,15
105:8 138:11 140:23
145:19,21 146:13
167:9 170:7
**Threw** 179:4
**throw** 155:8 169:4
**thrown** 177:6
**thumb** 25:24 98:5
**Thursday** 87:20

tickets 175:22
tie 58:3 93:14 95:14,20
95:22,23,24 96:2
tier 20:17
time 6:4,5,16 9:20 10:22
11:12,20,23 13:16
14:15 16:4 17:23 20:6
20:7 23:2 24:16 27:19
28:3,12,22 30:10
31:11,14 32:3,3,4,17
34:20 37:6,20 38:15
39:15,20 42:22 43:21
45:5,22 47:2,5,19 48:8
48:10 49:19 50:9
52:20,21,22 53:19,20
53:22,23,24 54:23
56:8,18 57:10,15
59:21,22 60:21 62:23
64:20 65:17 69:16
70:7 71:9 73:11,15
74:17 75:17 76:12
77:15 78:1,12,14,17
78:18 80:22 81:12
82:3,6 83:5 84:18,21
85:22,24 86:24 87:1,4
88:12,24 89:14,16
91:5,19 93:4 109:6,21
110:8 111:17 112:13
114:4 118:20 119:10
119:13,17,19,21,22
120:24 121:1 126:5,10
126:21 128:9,14,17
129:21 130:12 132:24
132:24 133:24 134:7
134:21 139:8 140:20
140:23 149:8,11
152:17 160:9 161:8
162:17 164:11 166:8
169:13 170:24 171:23
172:1 174:19 175:1,2
175:16 177:10 180:8
181:2 183:19 185:6
188:2 189:19 191:12
192:20 193:6 194:13
Timer 126:15
times 4:23 5:17 8:18
13:17 29:9 33:17,23
33:24,24 34:7,10
41:22 42:4 50:14
52:11 58:10,12 61:6
61:21,23 73:18 78:2
84:20 85:2,21 86:1,5,9
86:22,23 101:19
119:13 127:7,8,9,9,10
128:12 139:21 145:19
145:22 146:13 149:6
167:9 170:18 175:15
176:13,14,15,16
178:17 179:1,23 193:2
title 16:8 63:19
to-wit 195:8
To/From 107:22,23
131:20 152:2
To/Froms 152:4
today 6:22 9:19 11:13
60:17 77:2 118:14
128:7 133:6 162:24
174:13 192:1 193:7

told 6:1 33:10 55:22 56:6
56:8 61:17 68:13 69:3
69:9 75:20 81:16 84:5
94:21,22 95:3,5,7
103:1,13,22 104:14
106:20 109:14 111:4
113:20 122:24 123:2
125:5 129:4,22 130:8
134:8 136:8 139:6
140:17 142:3,5,6,7,19
142:22 145:7,8,10
146:12,17,20 147:6,6
151:3 182:22,24 183:1
188:2
tongue 130:22
top 26:6 63:19,23 104:9
107:6 112:12 114:19
115:10 118:4 152:3
182:2,11
tore 179:13
torn 191:10,11
Toyota 72:14,17 73:7
77:17
traffic 90:2 175:22
trained 20:15 163:17
training 13:5,6 45:23
96:4 117:1 122:22
123:21 126:11 144:16
164:9,12 183:22 186:9
186:10,13,17 187:3
188:14,18,24 189:3
training/range 97:9
Tramadol 7:5
transcript 192:5,11,16
194:12,16 195:24
transfer 165:8
transferred 21:9,12
transpired 114:11
transportation 14:6,9,24
15:4,9,14,16,17,18
16:4 19:8 190:3
transporting 16:22
travel 53:16
treated 126:10,13
128:19 130:10 131:7
treating 179:23
treatment 27:24 28:4
29:10,13 32:12 37:8
39:5,14 132:14 177:8
trespassing 175:23
trial 10:21
trick 31:22 41:22 117:6
tried 51:15 162:20
167:14
Triton 13:3 89:19
trouble 32:21 51:2 69:12
169:4
troublemaker 161:4
true 44:20 103:20 171:15
175:8 194:15 195:24
truth 147:4 167:22
195:18,19,19
truthfully 6:22
try 5:10 6:15 41:13 43:10
43:14 150:9 170:20
trying 5:12 29:18 30:8
49:21 55:11 56:23
69:22 88:15 96:15

117:6 120:11 152:23
153:21 166:14 167:12
173:4 192:13
Tuesday 186:24 187:19
turn 26:11 75:24 82:4
134:11,20 137:7
139:22 140:1
turned 101:11 103:20
169:20
turning 40:12 141:2
149:3
twelve 127:9
twenty 33:23 49:2 170:6
twice 4:24 167:14
169:12
twist 143:22
twisted 147:15,23
149:22
two 7:7,11,23 15:6 17:3
17:4 19:7 20:11 22:1
30:1 44:13 51:10
55:15 57:2,4,13 58:21
62:23 64:20,21 67:12
73:2,3 81:15,19 83:8
86:1,5 89:4 97:4 98:5
98:8 104:7 107:8
109:7 120:10 124:6
127:13 133:15 148:14
158:16 181:4,8
two-page 63:10
Tylenol 39:11
type 64:16
typewriting 195:23

**U**

uh-huh 5:9
uhn-uhn 5:9 51:16
ultimately 125:15,17
Um-hmm 67:11 116:1
158:5
unable 46:8 47:14
underlying 33:7
underneath 67:3,7,13
133:21
undersheriff 180:7
understand 5:6,15 7:14
29:18 55:8 58:18
69:21 71:4 92:2
112:15 130:19 131:4
131:17 132:22 137:6
146:9 154:15 158:6
166:14,17 173:3 176:4
understanding 85:1
136:2,4 153:22 176:24
understood 7:20 20:3
137:10 146:23 179:18
undetermined 195:12
unfortunately 177:9
180:18
uniform 56:5 84:4 91:23
93:11 94:3,15 158:24
uniforms 129:17 173:11
union 131:9,12,16,19
132:2 185:20
unit 1:8 14:6,14 15:4,17
15:17 21:19,24 22:4
22:11 54:5 175:21
190:3

United 1:1,18 194:1
195:12
units 15:23
University 12:17
unpack 104:13
ups 43:18 60:16 61:13
62:4,16 153:13
upset 124:22 178:14,23
upstairs 106:21 112:2,4
112:6,8,17 113:18
114:7,10
uptick 174:23
use 6:6 52:5,9,24 54:13
58:9,21,24 59:4,8,10
60:13 61:3 69:14 73:9
73:11,12,19 76:2,23
78:10 79:7,11,23 80:7
101:24 103:19 104:14
112:17 128:3 149:15
170:17
usually 17:3 30:21,23
93:4 178:14
utilized 147:18
utilizing 147:2

**V**

vaguely 103:6
valid 73:24 98:9,10
Valley 13:3
van 77:16,18
varies 32:16 51:9
various 15:19 58:10
127:7,7 175:6
vary 17:23
Vaughn 161:5,5
vehicle 70:20,21,22
72:12,24 73:15,17
90:15,16,18,19,21,23
91:3,4,23 92:1,2,5,8,9
92:12,15,16,20 99:10
99:11 100:7,9 123:2
vehicles 72:1,10,11
verbal 125:19 133:10
version 142:10
versus 11:22,23 32:6
154:4
vice-versa 73:21
vicinity 92:19 106:1
videos 13:21
violates 168:7
violation 190:24
visit 180:7
voice 120:2 124:2
voices 113:10
voluntary 137:11
volunteer 79:2
vs 1:5 194:5

**W**

wait 82:16 83:16 95:1,18
108:3 144:5 169:9
waited 86:20 125:5
waiter 22:23
waiting 107:7 114:18
126:18 185:3
waive 191:17,19,23
walk 31:22 32:4 40:24
41:5,14,15 42:9,16

43:3,6 45:6 49:12 53:5
61:4 67:17,22 68:5
walked 55:10
walking 30:21,23 31:20
32:6 33:19 58:5 69:7
76:11,12,13,14 149:8
Waller 160:24 161:1
walls 41:12 42:18 47:11
want 5:12,16 19:20
23:19 25:22,24 27:6
43:11 45:13 58:16
69:12 79:1 89:21
102:8 119:24 120:1
131:2 132:21 138:8
141:3 154:2 155:2,3
156:17 158:9 166:17
168:12 169:21 172:16
173:5 177:14 185:9
wanted 53:2 66:7 119:21
180:23
wants 116:14,15 180:5
warning 126:1
warrants 15:21 18:10,13
washing 17:10
Washington 2:12 182:12
wasn't 45:6 55:11 57:17
58:13 75:18 91:5
98:16 99:10 102:10,17
102:18 114:9 129:4
137:11 143:20,24,24
151:11 179:17
watching 66:22
water 6:7 155:8
way 31:10,22,23 33:21
46:4 49:13,16 52:2
54:19 96:24 100:18
101:7 104:10,11
112:12 120:20 121:11
131:7,18 134:19 142:9
152:13 153:16 178:12
ways 128:18 130:10
we'll 6:8 11:12 34:4 47:4
63:4 91:18 99:12
103:2 137:22 140:19
192:19
we're 5:3 11:14,20 45:13
45:21 58:2 73:14
80:15 89:4,5 119:20
120:16 126:4,7 138:2
140:10 141:3 158:9
174:19 193:3
we've 34:18 84:17 89:8
99:11 118:13 120:6
128:20,21 132:9,23
149:1 162:7,11 168:17
169:20 172:10,17
173:1 176:12
weakness 43:13
wear 95:20
wearing 93:11,13 95:9
95:24
website 75:4 80:3
week 29:24 32:22 78:8
78:15 98:11 128:23
129:9,10,11,12 145:19
145:22 146:13 187:1
weekly 78:10
weeks 30:1,2,4,5 78:20

93:8 119:15 120:10
**weighs** 50:16
**weight** 48:21 49:17,20
59:21 60:1 61:9
**weightlifting** 36:10
**weights** 85:19
**welcome** 49:8 193:8
**went** 12:5,8,14 16:15
17:8 21:11,18 22:12
22:22 37:2,10 38:16
45:24 53:18 55:12
56:5 61:3 70:4 75:1
77:7 79:13 81:17 82:8
87:7 91:12 93:3 94:24
99:3 101:3 103:22
104:1 106:18 109:9,13
109:14,16 112:8 134:2
134:4 153:11 161:24
174:15 179:16
**weren't** 20:16 22:10
49:20 73:18 112:16
129:22 130:7 133:12
159:1 164:19 167:2
**West** 2:12 182:12
**wheelchair** 60:11 67:18
67:24
**whereof** 196:12
**white** 64:1 72:14
**wife** 11:7 61:19 71:15
72:3,6,15 73:9,11 79:9
101:7,14,16 102:6
130:18 178:5
**wife's** 102:9
**wild** 44:5
**William** 36:18
**window** 99:11
**witness** 4:1,3 57:20
137:21 173:22 191:10
191:19 192:8,12,18,22
193:5,8,10,11 195:11
195:17,21,22 196:1,3
**witnessed** 79:23
**witnessing** 183:10
**woke** 46:13
**womb** 52:1
**wood** 50:11
**word** 42:7,8,11,12 62:9
116:7,8 150:22
**worded** 75:19 126:2
142:23
**wording** 178:9
**words** 5:10 111:23 116:6
123:5,7
**work** 12:6 13:22,24 14:1
22:21,22 23:12 25:9
40:15,21,24 41:17,19
41:23 47:14 52:19
56:6,16,17 61:8 76:15
77:7,14,19,21 78:3
88:21 120:24 167:10
175:8 179:16
**worked** 10:16 17:9 21:10
21:13 22:19 24:2,20
25:9 36:13 134:19
145:16
**working** 21:23 22:10,20
45:24 46:23 53:8 56:3
84:14 85:4 160:20

163:6
**works** 38:3
**worse** 70:5
**worsen** 149:7
**wouldn't** 34:1 47:24
50:19 95:14 103:5
114:10 155:17 179:16
**wound** 50:12 56:16 91:4
**Wow** 18:9 22:22
**WRIGHT** 1:11
**wrist** 7:1
**write** 107:22 108:7
116:14,15 131:20
136:21,22 171:16
175:22 182:22,22
183:1,2
**writing** 67:8 82:15 133:9
152:22 153:19
**written** 82:8 85:9,12
121:13 125:19 152:23
179:18 184:8
**wrong** 143:15 177:15
**wrote** 111:18 116:20
117:5 144:24 145:9
153:20
**ws** 36:12

## X

**X** 3:1
**Xs** 67:12

## Y

**yeah** 14:19 15:13 19:17
22:2 25:5 31:4 36:1
39:7 46:3 49:24 70:6
75:20 78:14 84:16
86:10,16 96:2,2,7
102:19 103:10 108:4
117:6,11,11 131:8
132:16 133:19 134:19
136:10 138:13 148:4
149:9 157:22 164:24
166:1 175:11 178:3
179:9,12 190:5
**year** 12:24 13:13,15
17:17 19:5 21:10 23:7
33:22 45:23 48:4
56:23,24 57:1 64:20
64:21 71:17 73:7 86:3
**years** 14:11,18,20,22
15:2,7 17:16 19:3,5,7
20:11 23:24 24:4 29:6
34:12 39:19 57:2,4
59:15,16 60:3 62:17
65:19 70:4 73:5 78:22
78:23 81:15,20 85:2
86:4,7,9 123:16
158:16 162:15,22
163:16 164:5 184:2
**yell** 178:24
**yelled** 79:9 99:6 101:8
101:11 105:23 113:21
115:18,20
**yellow** 72:16 73:3
**younger** 158:15,22
160:15,17,18 162:17
163:3,15,23 164:12
165:19

**youngest** 11:8

## Z

**zero** 50:20,24

## 0

**0545** 91:21
**06** 117:16
**0600** 91:22
**084-003611** 196:17

## 1

**1** 3:16 17:14,15,20 18:1
18:4 19:5 25:16,20
30:18 40:13 46:5 63:3
64:23 70:9 90:11
194:14
**10** 3:21 16:20 30:18
86:11 89:24 90:1
122:18 126:7 129:14
151:17,22
**10:00** 1:24
**100** 1:22 2:6
**107:16** 3:19
**11** 3:21 26:12 40:13 65:9
140:2 154:12,16
**12** 86:11 89:24 90:1
141:2
**1200** 14:7
**121:16** 3:19
**1218** 140:3
**123** 97:6
**128** 90:11
**135:1** 3:20
**139:12** 3:20
**13th** 2:13
**14** 57:7 86:4 170:2
**15** 16:20
**151:16** 3:21
**154:11** 3:21
**16** 13:20 29:2 139:24
**1600** 93:5
**17** 179:8
**17-CV-2048** 1:5 194:5
**1700** 93:5
**181:14** 3:9
**19** 36:12
**191:3** 3:10
**193** 194:14
**1960** 23:9
**198** 24:23
**1987** 81:1,7
**199** 10:8
**1990** 21:7 22:20 37:12
45:18,22 81:2,7
158:14
**1991** 45:19,20 80:19
85:22
**1993** 159:16
**1995** 28:6,8,16,19 29:7
29:10,13,16 30:5
37:10 159:16
**1996** 16:2 19:23
**1997** 19:1
**19th** 65:12

## 2

**2** 3:16 63:6,10 74:10
90:11
**2:35** 193:9
**20** 18:22 50:18 51:12
65:6 67:21 90:4 157:6
184:2 185:5 186:7
**2000** 10:12 14:7
**2000s** 57:6
**2004** 19:3
**2007** 17:19 18:23
**2009** 73:8
**2011** 19:5 26:19,24 57:7
65:6,9 67:21 69:15
74:13 170:7
**2012** 19:6 169:24
**2013** 19:7 57:7,8 87:17
**2014** 44:6,12 73:6,9
87:10,17 168:20 169:7
**2015** 11:16,16,22,23
33:1 38:9 40:1,8,9
43:19,19 44:12 45:3
45:15 60:5,6,17 61:11
61:11,12 62:6,18
71:19 72:1,12 74:6,7
75:7,8 76:3 77:12
79:16 85:23 87:7,9,19
87:23 88:7 89:6,23
90:24 91:9 99:23
117:16 138:3 140:3
155:18 161:19 166:20
179:8 184:16,22
185:11
**2018** 1:24 194:23 195:9
196:14
**206** 1:22 2:5 195:9
**20th** 65:14
**21st** 65:13
**22** 16:2 19:23 26:7
**22nd** 196:14
**2323** 124:17
**24** 26:7 29:24
**25** 17:9
**25:15** 3:16
**26th** 124:19,20
**29** 15:2 86:7 123:16

## 3

**3** 3:17 90:6,10,13 102:23
**30** 17:9 51:12
**312** 2:7,14
**31st** 124:19
**39** 63:13 64:7 66:11

## 4

**4** 3:17 21:6,8,11,12
93:19 138:3 140:3
184:16,22 185:11
**4:00** 93:6
**4:1** 3:8
**40** 13:15 63:13 64:23
70:8 188:5
**452** 168:11
**453** 168:11

## 5

**5** 3:18 10:8 99:16,20

**5:00** 93:6
**5:30** 89:17
**5:45** 89:17
**50** 7:10 50:18 182:12
**56** 34:12
**5th** 1:23 88:2 89:9 195:8

## 6

**6** 3:19 87:23 88:7 89:6
90:24 91:9 99:23
107:15,19,19,21 116:9
117:21 118:1 120:16
122:9,17 126:6
**6,000** 173:13
**6/20/11** 65:3
**6:00** 92:24
**603-1426** 2:14
**60602** 2:13
**60661** 2:6
**63/35** 94:11
**63:5** 3:16
**655-7660** 2:7
**69** 2:12
**6th** 88:2 89:9,10

## 7

**7** 3:19 29:24 121:17,21
**7,000** 161:18 162:4
172:20 176:16
**71** 26:12,13,13,15
**72** 34:22
**73** 40:12
**74** 41:2 49:11
**78** 46:5 49:9

## 8

**8** 3:20 30:20 135:2,6,6
139:24 181:16 182:18
**8/25/17** 26:6
**83** 161:24
**86** 161:20
**87** 51:19 82:19
**87,000** 161:20
**88** 117:13

## 9

**9** 3:20 19:13 20:5,22
21:1,9,13,17 139:13
139:17
**90** 77:24 82:20 162:1
**90:5** 3:17
**90s** 9:13
**91** 84:23,23 86:8
**92** 157:11,24
**93** 20:12 21:1 84:23,24
157:11
**93-ish** 161:22
**93:18** 3:17
**94** 157:12 158:11
**95** 19:18 20:12 167:6
**96** 21:18,22 170:15
**97** 20:1
**98** 72:22
**99:15** 3:18