# EXHIBIT 12



**THOMAS J. DART**
Sheriff of Cook County
Richard J. Daley Center
50 Washington Street, Suite 704
Chicago, Illinois 60602

December 19, 2016

Brad Sandefur
7935 Berkshire
Hanover Park, IL 60133

RE: Notification of Disqualification
Via Certified Mail and Cook County Email

Dear Brad Sandefur,

This letter is to notify you that you are disqualified from the promotional process for the position of Police Officer with the Sheriff's Police Department due to failure to meet the requirements for the following:

☐ Attendance   ☒ Discipline   ☐ Physical Ability Test

☐ Other: **Brady Violation - MI2015-0073**

The requirements for the above can be found in the *SEAM Article B Merit Rank and Promotional Procedures*, which is posted on the Sheriff's Office website: www.cookcountysheriff.org.

If you wish to dispute disqualification for attendance or discipline, you must contact Compliance Officer Robert Egan at (312) 603-4380 within seven (7) days of receipt of this letter. *Note: You may only appeal a disqualification for attendance or discipline reasons. Your appeal will only be considered if a timekeeping or recordkeeping error is discovered in which you would otherwise be deemed qualified pursuant to the attendance and discipline standards in the applicable SEAM article.

*I certify, that no political reasons or factors were considered in any decision I made or action I took relating to this employment action. Further, I do not know of, or have any reason to believe that, anyone else considered or took action based on political reasons or factors with respect to this employment action.*

Sincerely,

Brian White
Bureau Chief - First Deputy Chief of Police
Cook County Sheriff's Office

cc: Robert Egan, Compliance Officer

P00075